Wm. Thomas Lewis, Esq. (CSB No. 116695)
**ROBERTSON & LEWIS**
An Association of Attorneys
Post Office Box 1257
Gilroy, CA 95021-1257
Telephone: (408) 294-3600

Attorneys for Secured Creditor
Heritage Bank of Commerce

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 20-30095 |
|---|---|
| **DOUCE FRANCE,** | Chapter 11 |
| Debtor. | CERTIFICATE OF SERVICE OF SECURED CREDITOR HERITAGE BANK OF COMMERCE'S OBJECTION TO DEBTOR'S PLAN AND DISCLOSURE STATEMENT |
| | Date: October 15, 2020<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>  Courtroom 19<br>  450 Golden Gate Avenue<br>  16th Floor<br>  San Francisco, CA 94102<br>Judge: Hon. Hannah L. Blumenstiel |

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within above-entitled action; my business address is Robertson & Lewis, P.O. Box 1257, Gilroy, CA 95021-1257.

1. **Served by the Court via Notice of Electronic Filing (NEF):** On the date set forth below, the foregoing document will be served by the court via NEF and hyperlink to the document: SECURED CREDITOR HERITAGE BANK OF COMMERCE'S OBJECTION TO DEBTOR'S PLAN AND DISCLOSURE STATEMENT. On the date set forth below, I checked the CM/ECF docket for this action and determined that the following persons are on the

Electronic Mail List to receive NEF transmission at the e-mail addresses stated below:

| NAME | E-MAIL ADDRESS(ES) |
|---|---|
| Steven Robert Fox | emails@foxlaw.com |
| Jared A. Day | jared.a.day@usdoj.gov<br>ankey.to@usdoj.gov |
| Michael S. Greger | mgreger@allenmatkins.com |
| William Thomas Lewis | wtl@roblewlaw.com<br>kimwrenn@msn.com |
| Martha J. Simon | mjs@mjsimonlaw.com, mjsecf@gmail.com |
| Office of the U.S. Trustee/SF | USTPRegion17.SF.ECF@usdoj.gov |

2. On the date set forth below, the above-entitled document was served on the interested parties in said action by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing, following ordinary business practices, in the United States mail at the above business address, addressed as shown below. The list of parties served is provided below.

I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service and, in the ordinary course of this firm's business, correspondence would be deposited with the United States Postal Service the same day it was placed for collection and processing.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 6, 2020, Gilroy, California.

/s/ *Kimberly D. Wrenn*

KIMBERLY D. WRENN

*****SERVICE LIST******

| | | |
|---|---|---|
| Citibank<br>P.O. Box 78019<br>Phoenix, AZ 85062-8019 | Citibank<br>PO Box 790034<br>St. Louis, MO 63179-0034 | City of Redwood City<br>P.O. Box 841201<br>Los Angeles, CA 90084-1201 |
| City of Redwood City<br>1017 Middlefield Road<br>Redwood City, CA 94063-1993 | Cold Storage<br>850 92nd Ave # 5<br>Oakland, CA 94603 | Daylight Foods<br>30200 Whipple Road<br>Union City, CA 94587-1524 |
| Discover Bankruptcy Dept.<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Douce France<br>P.O. Box 7207<br>Redwood City, CA 94063 | Forward Financing LLC<br>Fast Business Financial LLC<br>6420 Wilshire Blvd.<br>Los Angeles, CA 90048-5502 |
| HSBC - Undeliverable<br>P.O. Box 6003<br>Hagerstown, MD 21747 | Joanne Ferreira<br>686 Broadway Street<br>Redwood City, CA 94063-3103 | JP Morgan Chase Bank, NA<br>P.O. Box 6026<br>Chicago, IL 60680-6026 |
| JPMorgan Chase Bank N A<br>Bankruptcy Department Mail Intake Team<br>700 Kansas Lane Floor 01<br>Monroe, LA 71203-4774 | Pacful<br>11311 White Rock Rd<br>Rancho Cordova, CA 95742-6876 | Sears<br>8725 W Sahara Avenue<br>The Lakes, NV 89163 |
| Travelers Insurance<br>9954 Maryland Drive, # 6100<br>Henrico, VA 23233 | Unique Funding Solutions<br>71 S Central Avenue<br>Valley Stream, NY 11580-5495 | Channel Partners Capital LLC<br>11100 Wayzata Blvd, #305<br>Minnetonka, MN 55305-5537 |
| Channel Partners Capital Loan Docs<br>11100 Wayzata Blvd, #305<br>Hopkins, MN 55305 | Susquehanna Salt Lake, LLC<br>136 E S Temple<br>Suite 1400<br>Salt Lake City, UT 84111 | Mauro R. Ferreira<br>686 Broadway Street<br>Redwood City, CA 94063 |
| Bank of America<br>P.O. Box 982238<br>El Paso, TX 79998 | Capital One<br>P.O. Box 60599<br>City of Industry, CA 91716-0599 | Capital One Bank (USA) NA<br>by American InfoSource as Agent<br>4515 N. Santa Fe Ave.<br>Oklahoma City, OK 73118-7901 |
| Capital One Bank (USA) NA<br>by American InfoSource as Agent<br>P.O. Box 71083<br>Charlotte, NC 28272-1083 | Challenge Dairy<br>6701 Donlon Way<br>Dublin, CA 94568 | Credit Collection Services<br>725 Canton Street<br>Norwood, MA 02062 |

| | | |
|---|---|---|
| Financial Pacific Leasing, Inc.<br>3455 S. 344th Way, Suite 300<br>Federal Way, WA 98001 | Francis T. Sakamaki<br>Sakamaki Law Firm<br>500 N. State College Blvd, Ste 1100<br>Orange, CA 92868 | Joe Lieberman Esq.<br>P.O. Box 356<br>Cedarhurst, NY 11516 |
| Matthews Law Firm, Inc.<br>2522 Chambers Rd., Suite 100<br>Tustin, CA 92780 | Mybusinessloan.com, LLC<br>1901 Camino Via Robles<br>Suite 120<br>Carlsbad, CA 92008 | CA Employment Development Dept<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| California Dept of Tax & Fee Admin<br>121 Spears St., Ste 460<br>San Francisco, CA 94105 | Chief Tax Collection Section<br>Employment Development Dept<br>P.O. Box 826203<br>Sacramento, CA 94230-0001 | Franchise Tax Board<br>BANKRUPTCY SECTION<br>MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | San Mateo County Property Tax<br>555 County Center, 1st Floor<br>Redwood City, CA 94063 | The U.S. Securities & Exchange Commission<br>Attn: Bankruptcy Counsel<br>444 S. Flower St., #900<br>Los Angeles, CA 90071-9591 |
| Forward Finance<br>100 Summer St., #1175<br>Boston, MA 02110 | Forward Finance<br>c/o John Lockwood<br>Kearns, Brinen, Monaghan<br>20 East Division St., 2nd Flr.<br>Dover, DE 19910 | |