**Entered on Docket**
**January 22, 2021**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**




**Signed and Filed: January 22, 2021**

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | ) Case No. 20-30095 HLB |
| DOUCE FRANCE, | ) Chapter 11 |
| Debtor. | ) |

**ORDER CONFIRMING AND APPROVING ON A FINAL BASIS COMBINED PLAN AND DISCLOSURE STATEMENT DATED NOVEMBER 16, 2020**

This case came before the court on January 21, 2021 for a hearing to consider (1) confirmation of Debtor's plan; and (2) final approval of Debtor's disclosure statement.[1] Appearances were as noted on the record.

Given that no creditors or other parties in interest have objected to confirmation of the plan or to final approval of the disclosure statement, the court **ORDERS** as follows:

**1.** The Combined Plan and Disclosure Statement dated November 16, 2020 is hereby confirmed and approved on a final basis.

**2.** Without further order of the court, the Debtor may execute, deliver, file, or record any document or instrument

[1] Debtor's Combined Plan and Disclosure Statement dated November 16, 2020 (Dkt. 126).

and take any other action necessary or desirable to implement the plan, this order, or any other transactions contemplated under the plan.  If applicable non-bankruptcy law requires the consent or approval of the Debtor, Debtor’s shareholders, or Debtor’s directors and/or officers, this order shall constitute such consent and approval.

**3.** The court retains jurisdiction to the extent specified in Part 6(g) of the plan.

**4.** The Effective Date shall be the fifteenth day following entry of this order, consistent with Part 7(a) of the plan.

**5.** Except as provided by Parts 5(b) and 5(c) of the plan, all property of the estate shall vest in the reorganized Debtor, consistent with 11 U.S.C. § 1141(b) and Part 5(b) of the plan.

**6.** The Debtor shall receive a discharge as of the Effective Date, as stated in Part 5(a) of the plan.

**7.** Except as otherwise provided in the plan, all creditors asserting claims secured by property of the estate shall, within 30 days following entry of this order, provide written releases of their security interests to the Debtor in a form suitable for recordation.

**8.** The Debt Instruments of Heritage Bank of Commerce shall continue in full force and effect, consistent with Part 7(l) of the plan.

****END OF ORDER****

**Court Service List**

[None]