**THE FOX LAW CORPORATION, INC.**
Steven R. Fox, SBN 138808
Janis Abrams, SBN 98331
17835 Ventura Blvd., Suite 306
Encino, CA 91316
Tele: (818)774-3545; Telecopier (818)774-3707
srfox@foxlaw.com
JAbrams@foxlaw.com

Attorneys for Post-Confirmation Debtor

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN  DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | CASE NO.:   20-30095-HLB |
| DOUCE FRANCE, | CHAPTER 11 |
| Debtor. | **APPLICATION FOR COMPENSATION ON A FINAL BASIS FOR COUNSEL FOR DEBTOR-IN-POSSESSION; DECLARATIONS OF MAURO FERREIRA AND STEVEN R. FOX** |
| | Date   : March 11, 2021<br>Time  : 10:00 a.m.<br>Place  : Courtroom 19, 16th floor (Remote Hearing Only) |
| | Petition filed: January 29, 2020 |

**Concise Statement**

The Court confirmed the Debtor's Plan of Reorganization by Order entered January 22, 2021.

Duly employed counsel for the Debtor seeks allowance and approval of its fees and expenses on a final basis and a direction to the Debtor to pay the allowed fees and expenses as discussed below.

Applicant, the Fox Law Corporation, Inc. ("Applicant" or "Fox Law") proffers that its services were valuable and were beneficial to the estate and to

creditors.  The Debtor entered chapter 11 in precarious condition, Covid 19 hammered the business and the Debtor recovered in Fall, 2020.  Applicant assisted the Debtor through its representation, described below, helping the Debtor to remain in business and to navigate chapter 11 in a very challenging environment.  In part, Applicant assisted the Debtor to move to new business locations despite the former landlord's motion for relief from stay, Applicant negotiated the agreement with Heritage Bank of Commerce to greatly reduce the bank's monthly charges and Applicant obtained the use of cash collateral on multiple occasions.

Applicant submits that its services were valuable and benefitted the estate within the meaning of 11 U.S.C. §330.  [1]

---

[1]  The Court approved the employment of a certified public accountant but the Debtor did not pay the retainer to the CPA who did not provide any services to the estate.

Case 20-30095   Doc# 156   Filed: 02/12/21   Entered: 02/12/21 13:38:30   Page 2 of 164

## MEMORANDUM OF POINTS AND AUTHORITIES

1. The Debtor commenced its case by filing a voluntary petition for relief under chapter 11 of the U.S. Bankruptcy Code on January 29, 2020. The Debtor's plan was confirmed by order entered January 22, 2021.

2. Applicant's members are attorneys at law duly licensed to practice law in the State of California and before the United States District Court and the United States Bankruptcy Court for the Northern District of California.

3. Applicant was employed by order of the Court. A copy of that Order is attached hereto, marked **Exhibit "A"**, and incorporated herein by reference. **Exhibit "B,"** the Application for Authority to Employ Counsel, includes the resumes of the Applicant's professionals who provided the professional services for which compensation is now sought. The time period of this Application is January 29, 2020 through January 22, 2021.

4. All services for which compensation is sought were performed for and on behalf of the Debtor and not on behalf of any committee, creditor, or any other person.

5. All services rendered herein are compensable as administrative expenses under the provisions of 11 U.S.C. §330 and Rule 2016 of the F.R.B.P.

6. **Exhibit "C"** is a chronological summary of Applicant's services in this case from the petition date through January 22, 2021. **Exhibit "D"** summarizes Applicant's services by category, time devoted and amount of professional services. **Exhibit "E"** lists charges by professional. **Exhibit "F"** shows Applicant's charges by category.

## I.

## GENERAL HISTORY OF THE CASE

7. The attached declaration of Mauro Ferreira discusses the case history. His discussion is incorporated here. The Debtor operates a wholesale bakery business which, prepetition, was beset by years of financial and operating

difficulties as well as the ruinous consequences of hard money loans. During this case, and despite the need to change business locations and to deal with the difficult impact of Covid 19 and the recession, the Debtor remained in business and was able to get its plan confirmed.

## II. [2]

### PROFESSIONAL SERVICES PROVIDED BY APPLICANT DURING THE TIME ENCOMPASSED BY THIS FEE APPLICATION

**Asset Disposition D1**

8.    Applicant negotiated with the Debtor's former landlord.  The Debtor had been a long term tenant in space which was now down the street from a new large high tech complex.  Property values were up and the landlord wanted the Debtor out.  Applicant was not able to convince the landlord to let the Debtor remain in the premise.  The landlord brought motions to be able to evict the Debtor (discussed below in Litigation - Motion for Relief From Stay).  Following a hearing, the landlord and the Debtor reached an agreement on the Debtor remaining in the premises for no rent for a period of months with a hard moving out date of July 1, 2021.  Applicant prepared the stipulation and the motion to have the stipulation approved. Applicant assisted the Debtor on the move out.

9.    Application also prepared the motion to enter into new leases for the two new locations.

|  |  |
|---|---|
| Time Billed: | 21.60 hours |
| Time No Charged: | 3.7 hours |
| Amount Due: | $8,502.50 |

---

[2]    This section discusses Applicant's professional services by category, using the United States Trustee's billing categories.  In addition, Applicant separately breaks out professional services related to the requirements of the U.S. Trustee, e.g. compliance and MORs.

**Business Operations D2**

10. Applicant prepared orders on the first day motions, e.g. for utilities and for payroll. Applicant prepared and mailed to utilities notices of deposit and dealt with various utilities related inquires. Applicant also addressed and handled a disconnection of service by one utility. PG&E was particularly interested in increasing its deposit. Applicant and PG&E's counsel attempted to negotiate a resolution but Covid 19 halted those discussions.

11. With Covid 19 closing the Bay Area in March, 2020, Applicant began working with the Debtor to focus the Debtor on how to remain in business, scouting out which competitors had shut their doors giving the Debtor opportunities to pick up new customers, etc.

|  | Time Billed: | 17 hours |
|---|---|---|
|  | Time No Charged: | 2.2 hours |
|  | Amount Due: | $6,725.00 |

**Case Administration D3**

12. Applicant worked to revise the initial bankruptcy papers and completed the first day motions. Applicant continued its work on the First Day Declaration of Mauro Ferreira. Applicant attended the hearings on the First Day Motions. (Five of the billing slips from the first day hearings on February 4, 2020 were mistakenly billed to Litigation.)

13. Applicant responded to inquires. Applicant prepared status reports as necessary and attended status conferences. Applicant's counsel conferred to review the case and to ascertain what steps to take to assist the Debtor.

|  | Time Billed: | 31.60 hours |
|---|---|---|
|  | Time No Charged: | 3.8 hours |
|  | Amount Billed: | $11,432.50 |

**Claims D4**

14. Applicant reviewed claims through an internally generated claims register.

| | | |
|---|---|---|
| 1 | Time Billed: | .6 hour |
| 2 | Amount Due: | $107.50 |

**Disclosure Statement and Plan  D5**

15. By August, 2020, and despite the Debtor's financial difficulties, it was clear that for the Debtor, the worst of its financial problems were over.  The types of customers and the sizes of orders indicated that the business was on the road to recovery.  Applicant worked with Debtor personnel to prepare financial cash flow projections for the plan.  Applicant also prepared the liquidation analysis.

16. Crucially, Applicant opened up discussions at the same time with counsel for Heritage Bank of Commerce.  The discussions where lengthy in part because the bank intended to make the §1111(b) election.  Applicant worked with the bank's counsel to reach a resolution on the amount of the bank's secured and unsecured claim.  The counsel discussed case law on the §1111(b) election, noted their points of difference and then worked out their disagreements.  During this time, the bank provided a four page, point by point, detailed analysis of the disclosure statement and the parties negotiated these terms.  As a result of these lengthy negotiations, the parties avoided a disputed confirmation hearing with the need to retain experts on both sides.

17. Applicant prepared the initial disclosure statement and plan and reviewed it line by line with the Debtor's personnel.  Applicant also took the time to confirm with the Bank that the negotiated terms were contained therein.  The Court directed that the Debtor used the Court's combined disclosure statement/plan instead.  Applicant prepared the revised disclosure statement/plan.

18. Applicant prepared two motions under §§1121(e) and 1129(e) to extend time to confirm a plan.  The Court approved both motions.

19. Applicant attended the hearing on the amended Disclosure Statement which the Court approved.

20. Applicant solicited ballots and prepared papers for the Plan Confirmation hearing. Applicant prepared the ballot summary and a plan confirmation memorandum.

21. Applicant attended the plan confirmation hearing where the Court confirmed the Debtor's Plan. Prior to the hearing, Applicant studied relevant documents and prepared the Debtor's principal to give testimony.

| | |
|---|---|
| Time Billed: | 67.70 hours |
| Time Not Charged: | 7.9 hours |
| Amount Due: | $28,405 |

**Employment Applications and Applications for Compensation D6**

22. Applicant prepared employment applications for itself and for an accounting firm. Both applications were approved. The Debtor did not pay the Court approved post-petition retainer to the accounting firm and that firm was not retained.

| | |
|---|---|
| Time Billed: | 5.80 hours |
| Time No Charged: | 1.2 hours |
| Amount Due: | $2,070.00 |

**Financing D7**

23. Applicant prepared motions for authority to use cash collateral on various occasions and responded to the initial objections by Heritage Bank of Commerce. Heritage had about nine different demands or requests with respect to the use of cash collateral. Applicant traveled to San Francisco - prior to Covid 19 - for hearings on cash collateral.

24. Applicant continued to work with the Debtor on projections during the chapter 11 case. Updating was necessary given the changing business environment.

|  | Time Billed: | 34.90 hours |
|--|--------------|-------------|
|  | Time No Charged: | 8.1 hours |
|  | Amount Due: | $12,485.00 |

**Litigation D8**

25. During the bankruptcy case, persons filed lawsuits against agents of the Debtor in the superior court. During the case, Applicant sent emails or letters to various counsel regarding these lawsuits and the automatic stay.

26. Under this category, Applicant discussed one lawsuit with the Debtor's carrier's counsel and advised the client. [3]

|  | Time Billed: | .50 hours |
|--|--------------|-----------|
|  | Amount Due: | $225.00 |

**Litigation - Motion for Relief From Stay   D9**

27. The former landlord filed a motion to terminate the stay so that it could evict the Debtor. The motion and the opposition raised substantial legal questions, including the propriety of bringing the motion before the time to move to assume or reject had passed. It was the Debtor's position that the lease was valid through December, 2020 and the landlord argued that the lease had already terminated. At the hearing on the motion, the Court granted the motion but stayed its implementation until late August, 2020. Neither parties was satisfied with the Court's order and its terms. For the landlord, the Debtor was able to remain for about 120 days and the landlord wanted the Debtor out. The Debtor would have to pay full rent in order to remain and, given Covid 19, money was extremely tight. As a result, the parties entered into serious negotiations. Those negotiations culminated in a stipulation that is discussed in the Asset Disposition category above.

---

[3]    Two slips totaling $90 on this matter are contained in Lit-MRS. (D-9)

|   |                    |                |
|---|--------------------|----------------|
|   | Time Billed:       | 19.80 hours    |
|   | Time No Charged:   | .8 hours       |
|   | Amount Due:        | $8,672.50      |

**Litigation - State Court and Litigation D-10**

28. These are two general litigation categories.  Applicant prepared a notice of stay in one non-bankruptcy action and reviewed documents from the superior court action Heritage Bank brought against the Debtor.

29. Most of the billing under these two categories concerns the First Day Motions, approximately 6.5 hours, that should have been billed elsewhere.

|   |              |                                  |
|---|--------------|----------------------------------|
|   | Time Billed: | 7.7 hours (two lit. categories)  |
|   | Amount Due:  | $3,637.50                        |

**U.S. Trustee D11**

30. There is not a formal activity category for matters pertaining to the UST and to its guidelines but breaking out these activities separately is useful given the amount of work undertaken that is related to the U.S. Trustee and its requirements.

31. Applicant in this case, as with others cases, places a lot of emphasis on assembling and preparing materials responsive to the UST's guidelines. This takes time.

32. Applicant assisted the Debtor to open its debtor-in-possession accounts. The bank determined it would put a lengthy hold on all deposited monies into the DIP accounts and Applicant worked with the bank to stop that.

33. Also, Applicant, in-house, did a work up for each monthly operating report looking to make sure that its numbers tied out internally and from month to month.

34. Applicant prepared the Debtor for the IDI and the §341(a) meeting, traveled to San Francisco for both meetings and assisted the Debtor at both meetings.  At the IDI meeting, the analyst for the U.S. Trustee

requested additional documents.  Applicant worked with the Debtor to obtain those documents.

| | |
|---|---|
| Time Billed: | 40.10 hours |
| Time Not Charged: | 11.4 hours |
| Amount Due: | $12,727.50 |

**III.**

**DISBURSEMENTS**

35.  On behalf of the Debtor, Applicant has advanced costs for which it has not been compensated.  In view of the size, difficulties and complexity of the case, Applicant believes that the costs are neither unusual or large. As of January 22, 2021, disbursements were as follows:

| | | |
|---|---|---|
| All Paper Output | $ | 4,221.50 |
| Court Fees | $ | 273.50 (includes CourtCall charges) [4] |
| Messenger | $ | 0.00 |
| Misc. | $ | 0.00 |
| Online Review | $ | 182.40 |
| Postage | $ | 2,262.85 |
| Telephone | $ | 0.00 |
| Travel | $ | 1,589.90 |
| Total Costs: | | $8,580.40 |

**IV.**

**Benefit to the Estate.**

36.  The Debtor was in severe financial distress.  Applicant analyzed the Debtor's business and financial situation.  Applicant discussed with the Debtor its margins and its costs for smaller orders.  Applicant encouraged the Debtor to raise its prices in order to increase its margins.  The loss of some customers would be more than offset by those customers remaining and that was the case.  Applicant encouraged the Debtor to drop smaller orders because the fixed cost for any order meant that smaller orders were inherently less profitable.  The Debtor began declining smaller orders.

---

[4]     All CourtCall charges are found under Court Fees with one exception.

1 | Applicant encouraged the Debtor to drop some of its product lines to
2 | streamline its production and thereby increase its margins and the Debtor
3 | did so.

4 | 37. When Covid 19 hit and the Debtor had to consider whether to remain in
5 | business. Applicant worked with the Debtor, encouraging it to remain
6 | open, to locate competitors who had closed their businesses and to try to
7 | take their customers.

8 | 38. When the Debtor was short of funds in August, 2020, Applicant advised
9 | the Debtor concerning the receipt of $20,000 of monies its principal
10 | infused into the Debtor.

11 | 39. With respect to the former landlord, Applicant negotiated an agreement
12 | that gave the Debtor 3 months free rent for that location, a waiver of that
13 | landlord's administrative claim and a chance to survive to another day.

14 | 40. As to the Bank and plan confirmation, Applicant negotiated the terms of
15 | the §1111(b) election before the disclosure statement was filed. The
16 | confirmation hearing was uncontested. No party needed to offer valuation
17 | experts and engage in discovery regarding value.

18 | 41. Considering 11 U.S.C. §330(a)(3), Applicant makes the following
19 | observations:

20 | • The time devoted to the different tasks was not excessive but
21 | instead was reasonable. Though this is a small chapter 11 case, the
22 | problems were not small.

23 | • The rates Applicant charged are reasonable and are within the
24 | normal charges both within the bankruptcy community and in the
25 | non-bankruptcy community. Each attorneys providing services has
26 | many years of experience handing chapter 11 cases.

27 | • The services rendered were necessary and beneficial for the reasons
28 | stated above. For example, Applicant negotiated the terms of the

§1111(b) election.  Applicant helped the Debtor obtain a confirmed plan.  Applicant negotiated a deal with the former landlord, wiping out administrative claims and giving the Debtor free rent.

• Applicant performed its services in a reasonable amount of time commensurate with the complexity, importance and nature of the tasks.  In particular, the total amount of fees sought in connection with taking the Debtor through a contested chapter 11 case (with Covid 19 and the recession) is relatively low.

• Applicant has demonstrated skill in advising the Debtor, preparing pleadings, negotiating with creditors and obtaining confirmation of the Debtor's plan.  The resumes attached also reflect considerable experience representing businesses in chapter 11.

• The attorneys here charged between $450 and $475 per hour.  In the bankruptcy community, these hourly charges are not high but are reasonable.

• Applicant took steps to avoid duplication of services.  For example, some of the time slips that are no charged are no charged because two attorneys were meeting to discuss a problem in this case.

## V.

## Fee and Retainer Information

42. Retainer Paid.  The Debtor paid $45,000.00 prepetition to Applicant as a pre-petition retainer.  Of this amount, $29,295.00 remained on hand when the chapter 11 case began.

43. Applicant alleges that in connection with all services rendered the total time involved, as of January 22, 2021, was 207.70 hours (plus 39.10 hours that were no charged - more than 15% of all time billed was no charged) of professional time expended and that Applicant appeared in Court on the occasions set forth herein above.

44. By reason of the skill Applicant exhibited in assisting the Debtor during this case and the time Applicant devoted to performing services for the Debtor, $94,765.00 for attorney's fees incurred during the chapter 11 case plus costs of $8,580.40 comprise a reasonable final amount to award Applicant for professional services rendered in this case.

45. Applicant is entitled to compensation at the rates, prevailing when the case commenced as follows:

| | | |
|---|---|---|
| Attorney: | $475.00/hour | (Steven R. Fox) |
| Attorney: | $450.00/hour | (Lesley Davis) |
| Paralegal: | $125.00/hour | |

46. Applicant's Employment Application lists the rates Applicant charged for each professional or employee of Applicant for all professional services rendered during the period encompassed by this Application.

47. Applicant has no agreement, written, express or implied, direct or indirect to divide or share the compensation to be awarded in this case with any creditor, any attorney, accountant or with any person whomsoever, in violation of the provisions of the Bankruptcy Code. To the extent required by local rule or custom, Applicant also seeks approval of the retainer previously approved by the Court.

48. All services Applicant has rendered have been necessary, proper and beneficial to the estate. All services performed throughout the case have been performed in a professional, skilled, and expeditious manner requiring substantially less time than would have been required if counsel were less experienced in this type of case. Every action was taken to reduce hours expended and, where appropriate, matters not demanding the services of an attorney were assigned to a paralegal.

49. Applicant and the Debtor previously agreed that notwithstanding the amount of fees and expenses the Court allows, the Debtor will pay the first

$20,000 the Court allows from the new value monies deposited into Applicant's client trust account and thereafter will make payments to counsel toward allowed fees and expenses as the Debtor can afford.

**V.**

**Conclusion**

50.   The Award Sought. Applicant seeks an order allowing the following sums:

- A final award of $94,765.00 for attorney's fees incurred in the case;
- Costs incurred during the case of $8,580.40;
- For a final award of $103,345.40;
- Less the retainer on hand when the case commenced: $29,295.50, leaving $74,049.90 to be paid.

51.   Applicant requests that the Court authorize Applicant to pay fees and costs awarded under this Application from the $20,000 new value monies Applicant is holding in its client trust account and from the Debtor if and when the Debtor can afford to make payments.

Dated: February 9, 2021                Respectfully submitted,

The Fox Law Corporation, Inc.

/s/Steven R. Fox
Steven R. Fox, counsel for Post-
Confirmation Debtor

# DECLARATION OF STEVEN R. FOX

I, Steven R. Fox, declare as follows:

1.  I am an attorney at law, duly admitted to practice before the courts of the State of California and before the United States District Court for the Northern District of California. My business address is 17835 Ventura Blvd., Suite 306, Encino, CA 91316. I make this Declaration in support of The Fox Law Corporation's Application for Compensation on a Final Basis for Counsel for Debtor-in-Possession. The foregoing facts are within my personal knowledge and if called upon, I am competent to testify thereto.

2.  True and correct (and conformed) copies of the Order granting the Application For Authority to Employ Counsel for Debtor-in-Possession and Applicant's Application for Authority to Employ Counsel, which includes the resumes of the professionals who provided services in this case, are attached to the Application respectively as **Exhibits "A"** and **"B."**

3.  Attached to the Application are true and correct copies of various time and expense reports generated by Applicant's TimeSlips software. I have used TimeSlips since 1994 and I have found its reporting to be reliable. **Exhibit "C"** is a chronological summary of services from the petition date through January 22, 2021. **Exhibit "D"** summarizes Applicant's services by category. **Exhibit "E"** lists Applicant's charges by professional. **Exhibit "F"** lists Applicant's expenses.

Executed on February 9, 2021, at Encino, California.

I declare under the penalty of perjury that the foregoing is true and correct.

/s/Steven R. Fox
Steven R. Fox

**DECLARATION OF MAURO FERREIRA**

I, Mauro Ferreira, declare as follows:

1.    I am the owner and sole shareholder of the Debtor, Douce France. ("Douce" or the "Debtor"). I make this declaration in support of the Debtor's First Day Motions identified above in the case caption. My business address is 3553 Haven Ave, Menlo Park, CA 94025. My statements here are based on my personal knowledge. If called to testify concerning the contents of this Declaration, I could and would do so competently.

**The Final Fee Application of The Fox Law Corporation.**

2.    I have read the Application. I believe that its factual statements are correct.

3.    During the case, I have been provided with Applicant's monthly billing statements. I have read the application of The Fox Law Corporation ("TFLC Application") carefully. I understand counsel will file this Application with the Court, both the Court and the U.S. Trustee will review the Application, and the Court will make an award of fees and costs to counsel as the Court believes is appropriate the U.S. Trustee may object to some of the fees sought. The Court may not allow certain fees and costs; it may allow fees and costs in full. I understand the Debtor will be obligated to pay counsel according to the Court's order.

4.    This has been a difficult case and that there has been a lot of legal work. Perhaps not everything was done perfectly but Applicant has represented the Debtor's interests. I note that Applicant has no charged $17,325 of its billing or 39.10 hours.

5.    I have reviewed the Application and the billing sheets. Applicant seeks a final award of $103,345.40 (including fees and expenses) for services during the chapter 11 case. This amount will be reduced by the retainer

1  remaining on hand when the case began, $29,295.50 and by the $20,000

2  of my personal funds deposited into Applicant's client trust account.

3  6.  It will take time but the Debtor will pay the fees and expenses that the

4      Court approves.

5  7.  I would prefer that Applicant's fees and costs be less but they are what

6      they are.

7  8.  The Debtor made an appropriate selection of counsel to represent it.  This

8      case has been difficult.  Applicant helped to take the company through a

9      difficult process.

10 9.  Perhaps not everything was done perfectly but given the difficulties the

11     Debtor has faced, I am satisfied with Applicant's services and guidance.

12     The Court should award fees and costs as the Court finds appropriate.

13 10. With respect to the Debtor's finances, the Debtor had a good December,

14     2020 and now a good January, 2021.

15

16     Executed on February 5, 2021, at City of Redwood, California.

17     I declare under the penalty of perjury and under the laws of the U.S. of

18 America that the foregoing is true and correct.

19

20     _____

21     Mauro Ferreira

22

23

24

25

26

27

28

- 17 -

# Exhibit "A"

Exhibit "A" page_018

**Entered on Docket**
**April 03, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



THE FOX LAW CORPORATION, INC.
Steven R. Fox, SBN 138808
Lesley B. Davis, SBN 188731
17835 Ventura Blvd., Suite 306
Encino, CA 91316
(818)774-3545; FAX (818)774-3707
sfox@foxlaw.com
ldavis@foxlaw.com

Proposed Attorneys for Debtor
and Debtor-in-Possession

Signed and Filed: April 3, 2020

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN  DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

In re                                            ) CASE NO.:20-30095-HLB

DOUCE FRANCE,                        ) CHAPTER 11

)  ORDER AUTHORIZING EMPLOYMENT
   OF THE FOX LAW CORPORATION,
   FOR DEBTOR AND DEBTOR-IN-
   POSSESSION

                 Debtor.              )

_____)

       On February 4, 2020, Debtor filed an Application to Employ The Fox Law
Corporation as Counsel.  There being no opposition, and for good cause shown,
the Court hereby Orders as follows:

       1.      Debtor is authorized to employ Steven R. Fox and his firm ("Counsel")
               as general bankruptcy counsel.

       2.      Counsel shall place the unearned balance of any initial retainer in
               Counsel's trust account.  Notwithstanding any agreement to the
               contrary, fees may not be considered earned until the work is
               performed at Counsel's normal hourly rate.  Counsel may draw funds
               out of the trust account as they are earned for services benefitting the
               estate only.  No order of Court is necessary.

3. Counsel shall accept no further funds from Debtor beyond the initial retainer without an authorizing court order.

4. Under no circumstances shall Counsel represent Debtor personally where such representation is contrary to the interests of the bankruptcy estate.

5. Counsel may represent Debtor personally in matters which do not benefit the estate, so long as such matters are not contrary to the interests of the bankruptcy estate, such as defending dischargeablility actions or avoiding a lien on exempt property.

6. Counsel may not use retainer funds to pay for the services described in paragraph 5 above. Counsel may seek compensation for such services in a fee application, provided the services are segregated and properly identified. Fees may be awarded for such services where the Court finds that the services contributed to a successful reorganization or the fees will not be paid by the estate.

7. All funds paid to Counsel in connection with the representation approved pursuant to this order are subject to review and final approval by the Court.

8. Any terms contained in Counsel's engagement agreement with the Debtor that are contrary to the Bankruptcy Code or Rules are void.

9. Counsel shall file applications for approval of fees and expenses in accordance with 11 U.S.C. §§ 326-331(as applicable); Fed. R. Bankr. Proc. 2016(a), 2002(a), ( c), and (k); B.L.R. 9014-1(b)(1); and the Northern District's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees. Fee applications that do not comply with the foregoing authority may be denied.

10. The terms of this order may be modified only upon notice to all creditors and the U.S. Trustee, and only after an actual hearing,

Exhibit "A" page 020

Case: 20-30095   Doc# 156   Filed: 02/12/21   Entered: 02/12/21 15:03:23   Page 22 of 164

1    regardless of whether there is any opposition.

2

3                           **END OF ORDER**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit "A" page 021

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>Court Service List</u>

Exhibit "A" page_022

# Exhibit "B"

Exhibit "B" page _023

**THE FOX LAW CORPORATION, INC.**
Steven R. Fox, SBN 138808
Lesley B. Davis, SBN 188731
17835 Ventura Blvd., Suite 306
Encino, CA 91316
(818)774-3545; FAX (818)774-3707
sfox@foxlaw.com
ldavis@foxlaw.com

Proposed Attorneys for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | CASE NO.: 20-30095-HLB |
| DOUCE FRANCE, | CHAPTER 11 |
| Debtor. | APPLICATION FOR AUTHORITY TO EMPLOY COUNSEL FOR DEBTOR AND DEBTOR-IN-POSSESSION; DECLARATION OF STEVEN R. FOX |
| | Date : No Hearing Required<br>Time :<br>Place : |
| | Petition filed: January 29, 2020 |

### Concise Statement

The Debtor filed its voluntary petition for relief under chapter 11 seeking to reorganize and to remain in business. To do this, the Debtor needs to employ counsel to represent it in the chapter 11 case. The Debtor has selected The Fox Law Firm, Inc. ("TFLC") which has extensive experience representing business debtors. TFLC which is a disinterested person and holds no conflicts of interest.

The Debtor requests that the Court enter an order authorizing the Debtor to employ TFLC as its general bankruptcy counsel.

Exhibit "B" page 024

## Memorandum of Points and Authorities

1. The Debtor, a California corporation in good standing, applies to the Court under 11 U.S.C. §327(a) for authority to employ The Fox Law Corporation, Inc. ("TFLC", or the "Firm") as general bankruptcy counsel. This Application is brought pursuant to Sections 327(a) and 328 of the Bankruptcy Rules, Federal Rules of Bankruptcy Procedure 2014 and the Guidelines of the Office of the United States Trustee.

2. TFLC is proposed general bankruptcy counsel to the Debtor. Applicant desires to retain TFLC as its counsel in this case. Its attorneys are duly admitted to practice before this Court.

3. This case was commenced by filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on January 29, 2020, and since said date, the Debtor has been, and continues to be, a Debtor-in-Possession. No trustee, examiner or official committee of unsecured creditors has been established in this case.

4. The Debtor creates bakery products, wholesale, in the San Francisco Bay area.

5. The problems leading to the Chapter 11 filing and the solutions the Debtor has implemented and will continue to implement are described in detail in the First Day Declaration of Mauro Ferreira.

6. To reorganize, Applicant will require general bankruptcy counsel. The services to be provided include the following:

   a. To advise Applicant with respect to its powers and duties as a debtor-in-possession and the management of the property of the estate and to assist Applicant in performing the duties required of it as a debtor-in-possession;

   b. To negotiate, formulate, draft, and confirm a plan of reorganization and to attend hearings before this Court in connection

- 2 -

## Memorandum of Points and Authorities

1. The Debtor, a California corporation in good standing, applies to the Court under 11 U.S.C. §327(a) for authority to employ The Fox Law Corporation, Inc. ("TFLC", or the "Firm") as general bankruptcy counsel. This Application is brought pursuant to Sections 327(a) and 328 of the Bankruptcy Rules, Federal Rules of Bankruptcy Procedure 2014 and the Guidelines of the Office of the United States Trustee.

2. TFLC is proposed general bankruptcy counsel to the Debtor. Applicant desires to retain TFLC as its counsel in this case. Its attorneys are duly admitted to practice before this Court.

3. This case was commenced by filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") on January 29, 2020, and since said date, the Debtor has been, and continues to be, a Debtor-in-Possession. No trustee, examiner or official committee of unsecured creditors has been established in this case.

4. The Debtor creates bakery products, wholesale, in the San Francisco Bay area.

5. The problems leading to the Chapter 11 filing and the solutions the Debtor has implemented and will continue to implement are described in detail in the First Day Declaration of Mauro Ferreira.

6. To reorganize, Applicant will require general bankruptcy counsel. The services to be provided include the following:

   a. To advise Applicant with respect to its powers and duties as a debtor-in-possession and the management of the property of the estate and to assist Applicant in performing the duties required of it as a debtor-in-possession;

   b. To negotiate, formulate, draft, and confirm a plan of reorganization and to attend hearings before this Court in connection

- 2 -

with any proposed disclosure statements and plans of reorganization, and, then and there, to conduct, if necessary, examinations of interested parties and to advise Applicant in connection with any proposed plan of reorganization or any proposal made in connection with a plan of reorganization;

c.    To examine all claims filed in these proceedings in order to determine their nature, extent, validity and priority;

d.    To advise and assist Applicant in connection with the collection of assets, the sale of assets, or the refinancing of same in order to implement any plan of reorganization which  might be confirmed in these proceedings;

e.    To take such actions as may be necessary to protect the properties of this estate from seizure or other proceedings, pending confirmation and consummation of the plan of reorganization in this case;

f.    To advise Applicant with respect to the rejection or affirmation of executory contracts;

g.    To advise and assist Applicant in fulfilling its obligations as fiduciaries of the Chapter 11 estate;

h.    To prepare all necessary pleadings pertaining to matters of bankruptcy law before the Court;

I.    To prepare such applications and reports as are necessary and for which the services of an attorney are required including responding to the compliance requirements of the U.S. Trustee;

j.    To render other legal services for Applicant for which the services of a bankruptcy attorney may be necessary during the pendency of this case.

k.    All legal services required to assist the Debtor in fulfilling its

Exhibit "B" page _026

1    duties under 11 U.S.C. §§1106 and 1107, including all contested

2    matters but excluding  tax and securities related services.

3  7.    The Debtor selected TFLC to provide general bankruptcy counsel services for

4         it in this case.

5         a.    TFLC is experienced in Chapter 11 and can provide the legal services

6               required in a competent and efficient manner.

7         b.    TFLC is familiar with bankruptcy practice and with the provisions of

8               Chapter 11 of the Bankruptcy Code and the Federal Rules of

9               Bankruptcy Procedure;

10        c.    TFLC has extensive experience representing Chapter 11 debtors-in-

11              possession.  The firm has represented many business and non-

12              business debtors in Chapter 11, represents creditors in Chapter 11

13              and engages in litigation in the bankruptcy courts.

14        d.    TFLC, in anticipation of the approval of employment, is now working

15              closely with Applicant to plan their reorganization.

16 8.    The Debtor believes employment of TFLC as its counsel is in the estate's best

17       interest.  Attached hereto, marked  **Exhibit "A,"** are the resumes of the

18       attorneys of the firm.  The rates may change from time to time, and

19       Applicant will be charged in accordance with rates in effect at the time the

20       work is performed, as reflected by the rates on file with the United States

21       Trustee.

22 9.    To the best of the Debtor's knowledge, including consideration of the

23       Declaration of Steven R. Fox attached hereto, the Debtor believes and

24       alleges that TFLC is a disinterested person as that term is defined in 11

25       U.S.C. §101(14), and holds no interest adverse to the Debtor, creditors, or

26       the estate.  A disinterested person is a person or entity who is not a creditor

27       of the Debtor, an equity security holder of the Debtor, or an insider of the

28       Debtor, or a person or entity who is not and was not, within 2 years before

Exhibit "B" page_027

1  the date of the filing of the petition, a director, officer, or employee of the

2  Debtor, and is a person or entity who does not have an interest materially

3  adverse to the interest of the bankruptcy estate or of any class of creditors or

4  equity security holders, by reason of any direct or indirect relationship to,

5  connection with, or interest in, the Debtor, or for any other reason.

6  10.   To the best of Applicant's knowledge, TFLC and its attorneys, have no

7       connection with the creditors or any other party-in-interest or their respective

8       attorneys and accountants or the United States Trustee for the Northern

9       District of California (or any relative of a designee for, or assistant to, the

10      United States Trustee) or any Judge of this Court.

11  11.  TFLC agrees to apply for compensation, after notice and a hearing, as

12      required by the Bankruptcy Code.  TFLC will accept as compensation such

13      sums as the Court deems reasonable, based primarily upon the firm's

14      customary fees charged to clients and the standards for approval of

15      applications for compensation in the Ninth Circuit.  TFLC reserves the right

16      to request a fee enhancement based upon the results of its services under

17      appropriate legal standards.

18  12.  Compensation will be sought under 11 U.S.C. §330.

19  13.  TFLC's hourly rate are listed below.  Rates may thereafter be adjusted on

20      thirty (30) days notice filed with the Court and served to the Debtor.

21      Applicant has agreed to retain TFLC based on time at the rate of $475.00

22      per hour Principal, $250.00 to $450.00 per hour Associate time, and

23      $125.00 per hour Law Clerk/Paralegal time and standard billable charges

24      for expenses.

25

26

27

28

Exhibit "B" page_028

| Attorney | Rate |
|----------|------|
| Steven R. Fox | $475/hr |
| Janis Abrams | $450/hr |
| Lesley Davis | $450/hr |
| Paralegal | $125/hr |

14. Attached hereto, marked **Exhibit "B,"** is a copy of the "Fee and Expense Schedule" for TFLC. These fees are based on each staff member's respective years of experience, specialization in training and practice and level of professional achievement.

15. Prepetition, the Debtor paid $45,000.00 to TFLC as Applicant's retainer and also as the Court's filing fee of $1,717.00. Prepetition, TFLC incurred fees and costs of $15,625.00. TFLC issued a courtesy credit to the Debtor of $1,637.50 leaving $29,295.50 on hand in TFLC's client trust account when the Chapter 11 case began. The Debtor and TFLC agree that $13,987.50 of the retainer was earned by TFLC for services performed prepetition.

16. The Debtor is the source of the retainer.

17. The balance of the retainer is an advance against fees retainer. It is refundable pursuant to the retainer agreement to the extent that counsel does not perform services which are to be paid for from the retainer. A true and correct copy of the Retainer Agreement is attached here marked **Exhibit "C."**

18. Applicant and TFLC have discussed the Guidelines issued by the Office of the United States Trustee. TFLC will follow the Guidelines issued by the Office of the United States Trustee concerning payment of fees and fee statements.

**WHEREFORE**, the Debtor respectfully requests the following relief:

That this Court approve the employment of The Fox Law Corporation as its general bankruptcy counsel to render services as described above, with

1 | compensation to be paid as an administrative expense in such amounts as this

2 | Court may hereafter determine and allow.

3

4 | Dated: January ___31___, 2020          Respectfully submitted,

5

6 |                                        By _____, PRES.

7 |                                        Maura Ferreira
                                          Chief Executive Officer, Douce France
8 |                                        Debtor and Debtor-in- Possession

9 |                                        The Fox Law Corporation, Inc.

10

11 |                                       /s/ Steven R. Fox
                                          Steven R. Fox, proposed counsel for
12 |                                       Debtor-in-Possession

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 7 -

## DECLARATION OF STEVEN R. FOX

I, Steven R. Fox, declare as follows:

1. I am an attorney at law, duly admitted to practice before all courts of the State of California and before the United States District Court and the United States Bankruptcy Court for the Northern District of California, and maintain offices for the practice of law at 17835 Ventura Blvd., Suite 306, Encino, CA 91316. I make this Declaration in support of the application to employ TFLC as counsel for the Debtor-in-Possession in this Chapter 11 bankruptcy case.

2. The employees of TFLC and I are disinterested persons within the meaning of Sections 101(14) and 327 of the United States Bankruptcy Code and Bankruptcy Rule 5002.

3. Neither the employees of TFLC nor I are, nor ever have been, a creditor, stockholder, director, officer, or employee of the Debtor nor the underwriter of any securities of the Debtor, nor attorney for such; nor do any employee of TFLC or I hold any interest materially adverse to the interests of any class of creditors or stockholders herein, by reason of any other direct or indirect relationship, any connection with, or interest in, the Debtor, or for any other reason. None of the employees of TFLC nor I have been or are now related to any Judge of this Court; neither are any of the aforementioned related to the United States Trustee (or any relative of a designee of, or assistant to, the United States Trustee) for the Northern District of California.

4. Neither the employees of TFLC nor I have had any connection with the Debtor prior to the planning for the filing of the petition herein, the creditors or any other party-in-interest herein, or their respective attorneys or accountants; nor do we represent any interest adverse to the Debtor-in-Possession or the estate in matters upon which TFLC seeks to be employed. Neither the employees of TFLC nor I hold or assert any prepetition or post-

Exhibit "B" page 031

1      petition claims against the estate, nor against any of the creditors, equity

2      security holders or insiders of the Debtor.

3  5.    Neither the employees of TFLC nor I, within three (3) years before the date

4      of the filing of the petition herein, were an investment banker for the

5      securities of the Debtor, or an attorney for such an investment banker in

6      connection with the offer, sale, or issuance of any security of the Debtor.

7  6.    Neither the employees of TFLC nor I have been, within two (2) years before

8      the date of the filing of the petition herein, a director, officer, or employee of

9      the Debtor or any investment banker for any security of the Debtor.

10  7.    I am familiar with the U.S. Bankruptcy Code, the Bankruptcy Rules of

11      Procedure, and the Local Bankruptcy Rules and will comply with them. I am

12      aware of the provisions of 11 U.S.C. §101(14) and agree that

13      notwithstanding the terms and conditions of employment set forth here, the

14      Court may allow compensation different from that provided for here if such

15      terms and conditions prove improvident in light of developments

16      unanticipated at the time of the filing of this Application. Attached to the

17      Application as **Exhibit "B"** is a true and correct statement of TFLC's current

18      fees and costs schedule which I provided to Applicant. The fees are based

19      on each staff member's respective years of experience, specialization,

20      training and practice and level of professional achievement.

21  8.    I intend to follow the Guidelines issued by the Office of the United States

22      Trustee regarding fees, payment of fees and fee statements.

23  9.    Prepetition, the Debtor paid $45,000.00 to TFLC. Applicant understands

24      that this sum represents the retainer and also the Court's filing fee of

25      $1,717.00. Prepetition, the firm incurred fees and costs of $15,625.00.The

26      firm issued a courtesy credit to the Debtor of $1,637.50 leaving $29,295.50

27      on hand in Applicant's client trust account when the Chapter 11 case

28      began. The Debtor and TFLC agree that $13,987.50 of the retainer was

Exhibit "B" page _032

Case: 20-30095   Doc# 156   Filed: 02/04/21   Entered: 02/04/21 14:37:30   Page 9 of 10

164

1     earned by Applicant for services performed prepetition.

2 10.   I deposited the retainer monies into my client trust account. Prepetition, I

3       withdrew the $13,987.50 monies earned prepetition and the filing fee of

4       $1,717.00 from the client trust account.  I will not withdraw from any more

5       funds except in compliance with the U.S. Trustee Guideline and/or by order

6       of the Court.  The retainer is an advance against fees for services to be

7       rendered.

8 11.   Attached to the Application as **Exhibit "A** are true and correct copies of the

9       firm's employees' resumes.  I recognize the resumes for what they appear to

10       be.

11 12.   Attached to the Application as **Exhibit "C"** is a true and correct copy of the

12       Retainer Agreement between the Debtor and TFLC.  It bears my signature.

13       The foregoing facts are within my personal knowledge and if called upon, I

14 am competent to testify thereto.

15       Executed on January   _31_  , 2020, at Encino, California.

16       I declare under the penalty of perjury that the foregoing is true and correct.

17

18                                 /s/Steven R. Fox
                                 STEVEN R. FOX

19

20

21

22

23

24

25

26

27

28

Exhibit "B" page 033

Exhibit "A"

# STEVEN ROBERT FOX
## ATTORNEY AT LAW

Born Kansas City, MO, January 3, 1958
Admitted to bar: California 1988
U. S. District Court (C.D. Calif.) 1989 and other districts in California

## EDUCATION

Loyola School of Law:  J.D. 1988
University of California, Los Angeles:  B.A., History, 1980;
Secondary Teaching Credential California 1981

## LEGAL POSITIONS

The Fox Law Corporation, Inc., 2017 to present (bankruptcy practice)
Law Office of Steven R. Fox, 1994 to 2017 (bankruptcy practice)
Partner, Laing & Fox, 1991-1994 (bankruptcy practice)
Associate, Law Office of Charles T. Morrison, Jr., Inc., 1989-1991
(bankruptcy practice)
Law Clerk to the Honorable Richard Stair Jr., U.S. Bankruptcy Judge,
Eastern District of Tennessee, 1988/89

## AUTHORSHIPS

Mr. Fox has authored numerous articles on bankruptcy topics for bankruptcy
practitioners and for other attorneys.  Recent articles include:

- Seven Concepts to Make Small Chapter 11 Cases Work (NACBA Consumer Bankruptcy Journal, spring, 2018)
- The Bankruptcy Crisis in Chicago (NACBA Consumer Bankruptcy Journal, summer, 2017)
- Recovering Attorney's Fees in Bankruptcy (Valley Lawyer, February, 2018)
- Developments in Bankruptcy Law - Jevic (Valley Lawyer, September, 2017)

MEMBERSHIPS

State Bar of California (admitted 1988)
National Association of Consumer Bankruptcy Attorneys (1990s to present)
Central District Consumer Bankruptcy Attorneys Association (a founder)
San Fernando Valley Bar Association: Section Chair of Bankruptcy Section
American Bankruptcy Institute

The Fox Law Corporation, Inc.
17835 Ventura Blvd, Suite 306
Encino, CA 91316

telephone: (818) 774-3545
facsimile: (818) 774-3707
srfox@foxlaw.com

www.foxlaw.com

Exhibit "B" page 036

JANIS G. ABRAMS
ATTORNEY AT LAW

Ms. Abrams has more than thirty years of experience in complex bankruptcy and commercial litigation matters. More recently, she was appointed Practice Administrator by the Probate Court to wind up the practice of bankruptcy attorney Steven A. Schwaber. In addition to continuing litigation and bankruptcy work, she has gained experience in Compliance pursuant to the *Bank Secrecy Act*, attended site inspections of casinos and other money servicing businesses for Independent Testing/Consulting for Regulatory Compliance (Anti-Money Laundering) and drafted audit reports. She represented a small Silicon Valley tech firm in state court business tort litigation, and, on a contract basis, provided legal oversight to Sun West Mortgage Company in bankruptcy cases and mortgage repurchase litigation and conducted foreclosure and bankruptcy training for servicing staff, updating its training manual.

Employment History:
●Senior Attorney, September 2009-January 2012.
Federal Deposit Insurance Corporation-Legal Division
West Coast Temporary Satellite Office.
Irvine, California.
Served as the FDIC's attorney in matters relating to mortgage and real estate-related litigation nationally. Manage bankruptcy cases within the context of FDIC Receiverships for closed banks. Managed outside counsel relating to defense of real-estate related litigation arising out of failed financial institutions and receivership claims. Defended Financial Freedom Senior Funding Corporation, reverse-mortgage subsidiary of IndyMac Bank, in litigation alleging Elder Abuse, RESPA violations. Provided legal advice to the FDIC's business units on complex issues involved in the resolution of assets through foreclosure in bankruptcy cases. Received multiple Mission Achievement Awards.

●Of Counsel, April 2007-July 2009.
The Gersh Law Firm, Inc., Encino, California.
As senior attorney in commercial litigation boutique, represented businesses in complex commercial and insolvency-related litigation in all phases of litigation from inception through trial. Counseled clients on issues relating to corporate formation. Defended preference claims and claims objections.

●Of Counsel, January 2006-April 2007
MacGregor & Berthel. Woodland Hills, California.
Of Counsel in litigation boutique, defending Allstate Insurance Company in
bad-faith litigation arising out of property insurance litigation. Participated in
trial preparation; drafted dispositive motions, discovery and general litigation
matters prior to trial.

●Of Counsel, February 2001-July 2005.
SulmeyerKupetz, APC. Los Angeles, California.
Litigated commercial litigation caseload, from inception to resolution,
representing Assignees for the Benefit of Creditors in trial and appellate
courts. Represented bankruptcy trustees, assignees and debtors in possession
in contested matters, adversary proceedings and Chapter 7 and 11 case
administration. Prosecuted fraudulent conveyance and preference actions
against insiders. Co-counsel in Sherwood Partners, Inc. v. Lycos, Inc., 394
F.3d 1198 (9th Cir. 2005.) (Re: preemption of state's preference law in an
ABC).

●Of Counsel, November 1998-February 2001.
Samaha Grogin, LLP. Pasadena, California.
Defended student loan guaranty agencies (Educational Credit Management
Corporation, California Student Aid Commission) under the U.S. Bankruptcy
Code against debtors seeking undue-hardship-based hardship, including trial
and appeal. Represented mortgage companies in commercial collection and
general business litigation matters. Represented Countrywide re loan
repurchase claims.

●Attorney, March 1993-December 1996.
Federal Deposit Insurance Corporation (FDIC), Legal Division
Los Angeles, California
Part of two-member bankruptcy unit in the Los Angeles Legal Services Office
with commercial caseload consisting of defensive litigation and asset-based
litigation, prosecuted for the benefit of the Receivership estate in relief from
stay, real estate work-outs and bankruptcy claims-related litigation, judicial
and nonjudicial foreclosures.

●Senior Associate, February 1988-November 1991.
Cutler & Cutler/Dilworth, Paxson, Kalish & Kauffman. Los Angeles, California.
Nationally-recognized commercial litigation firm representing Fortune 500
companies. Represented creditors and shareholders in bankruptcy cases. In In
re Whiteman Enterprises, represented shareholders in a surplus Chapter 7

Exhibit "B" page .038

estate through objection to payment of Chapter 7 Trustee's fees, cutting the Trustee's fees by 40%. Represented Penske Motors in prosecution of relief from stay motion in In re Van de Kamp Bakeries (truck fleet); defense of preference matters in In re Grand Chevrolet. Non-bankruptcy commercial practice included defending TRW, in actions under Fair Credit Reporting Act from inception through trial.

Education:
A.B., Economics, June 1977.
University of California.
Berkeley, California.
Additional Field of Emphasis: Art History.

J.D., 1980.
Whittier College School of Law.
Los Angeles, California.
Member, Law Review.


Representative Cases Histories

Bankruptcy-Related Litigation:
•Represented Chapter 7 Trustees, Nancy Knupfer, Alberta Stahl, Helen Ryan Frazier, Jeffrey Golden and Tim Yoo re: sale of property, claims objections, compromise of claims re: administration of Chapter 7 cases, including mediation at the trial and appellate levels.
•Defended Educational Credit Management Corporation, California Student Aid Commission and other student loan guaranty agencies in student loan dischargeability adversary proceedings in the bankruptcy court.
•Represented shareholders in a surplus Chapter 7 estate, objecting to payment of Chapter 7 Trustee's fees in In re Whiteman Enterprises, achieving significant reduction in fees and costs that was returned to the shareholders.
•Represented individual Debtor seeking to dismiss Chapter 7 case filed on her behalf by her son, via forgery and appearance "in drag" before the Bankruptcy Court.
•Pro Bono representation, thru Public Counsel, of negotiated discharge of student loans due to total and permanent disability.
•Prosecuted successful motion for summary judgment in bankruptcy court in favor of the FDIC, as Receiver for Independence Bank in In re Trend Products, Inc., leading to dismissal of a six-year old Chapter 11 case, ending years of litigation that had begun before the bank's closure, in the state, district and bankruptcy courts and foreclosed on residence pledged as security for

Exhibit "B" page_039

guaranty of corporate debt.

<u>Commercial & Business Litigation</u>:
•Successfully challenged legal fees charged to FDIC Receivership for IndyMac, resulting in $750,000 savings over 18-month period, transferring responsibility to acquiring institution.
•Co-counsel, *Sherwood Partners, Inc. v. Lycos, Inc.*, 394 F. 3d 1198 (9th Cir. 2005) (Ninth Circuit held that California's preference-avoidance statute in an assignment for benefit of creditors is preempted by Bankruptcy Code § 547.)
•Successful prosecution to judgment of $1,000,000 wired by client by mistake to one of its mortgage brokers.
•Filed ABC's in Delaware Chancery Court on behalf of Sherwood Partners, Inc., Assignee for the Benefit of Creditors in LaserComm, MetroOptix, and TechSmart.
•Represented Assignee in preference cases and insider preference cases. (*Sherwood v. NBC; Haberbush v. Vantiger, Cummins and Gemmel*) and in successful prosecution of preference/fraudulent conveyance action. (*Sherwood v. Frito-Lay, PepsiCo.*)
•Represented the FDIC in *Texful Textile Limited v. Cotton Express Textile, Inc.*, 891 F. Supp. 1381 (C.D. Cal. 1995) (re: deposit insurance issue in an international letter of credit dispute.)

# LESLEY BARBARA DAVIS
## ATTORNEY AT LAW

Born Brooklyn, New York, August 25, 1961
Admitted to bar: California 1997
U. S. District Court (C.D. Calif.) 1997 and other districts in California

## EDUCATION

Western State University College of Law:  J.D. 1986
State University of New York at Buffalo:  B.S., Accounting, 1982

## LEGAL POSITIONS

The Fox Law Corporation, Inc., 2019-present
Lesley Davis Law, 2014-2019
Knapp, Petersen & Clarke, 2012-2014
Lesley Davis Law, 2010-2012
Ezra Brutzkus & Gubner, 2006-2010
Moldo, Davidson, Fraioli, Seror & Sestanovich, 2003-2006
Law Office of Elisabeth Crampton, 2002-2003
Law Offices of Shalom Rabinowitz, 2002
Bankruptcy Administrator/Paralegal, Saltzburg Ray & Bergman, 1992-1997
Bankruptcy Administrator, Neilson, Elggren, Durkin & Co., 1989-1992

## AUTHORSHIPS

Mr. Davis has authored the following article: NABT Talk, April 1999,
Finding & Administering Assets

## MEMBERSHIPS

State Bar of California (admitted 1997)

# Vanessa Tagre

**PROFESSIONAL EXPERIENCE:**

- ➤ Utilize advanced Word skills including, but not limited to Excel, Access, Power Point, Outlook, QuickBooks, Word Perfect AILA, Immigration Form Software, Time Matters(accounting program), Time Slips (accounting program), Pacer, Bankruptcy CHP 7/13, Legal Solutions, legal research, Lexis Nexis and West Law.

- ➤ Deposit slips preparation, Accounts Reconciliation and Balancing, Accounts Payable and Receivables, Profit and loss statements, cash receipts and expenditures, run payroll, pay employee taxes.

- ➤ Prepare, revise, finalize and manage state filings and federal E-filings.
- ➤ Communicate with court clerks regarding all matters related to cases; frequent interaction by telephone with clients and opposing counsel regarding same.
- ➤ Maintain and manage attorney's calendar.
- ➤ Accountable for the maintenance of client files.
- ➤ Experienced with ECF filing and civil electronic filing state and federal.
- ➤ Docket responses to moving papers, discovery deadlines, and other pertinent litigation and family law dates.
- ➤ Conduct day-to-day administrative operations.
- ➤ Tax preparer/PTIN active/EIN/CTEC.

---

**WORK HISTORY:**

**TAGRE & ASSOCIATES**
**01/2017 – PRESENT**

**LAW OFFICE OF JIMENEZ**
**12/15/2015 – PRESENT (Family Law)**
**Paralegal**

**LOS ANGELES COUNTY COUNSEL OFFICE, LANCASTER COURTHOUSE**
**08/2015 – 11/30/2015 (Temporary Position)**
**Litigation Secretary to the County Counsel of Los Angeles.**

**LAW OFFICES OF LEVIN AND LEVIN, WOODLAND HILLS, CA**
**03/2013 – 08/1/2015**
**Paralegal/Litigation Department**

**LAW OFFICE OF GARY E. MOLL, PALMDALE, CA**
**03/09 – 03/2013**
**Paralegal**
**Bankruptcy and Family Law**

**LAW OFFICE OF JOHN R. PERRY, ENCINO, CA**
**11/06 – 3/09**
**Paralegal**
**Immigration Law / Family Law**

**LAW OFFICE OF PHILLIP FALESE, LOS ANGELES, CA**
**2/00 – 7/04**
**Legal Assistant**
**Family and Bankruptcy Law**

Exhibit "B" page_042

Exhibit "B"

Case: 20-30095   Doc# 156-2   Filed: 02/04/21   Entered: 02/04/21 16:27:53   Page 43 of 164

# FEES AND EXPENSES SCHEDULE

**I.** Hourly Rates of Compensation:

| NAME | POSITION | STANDARD HOURLY |
|------|----------|-----------------|
| Steven R. Fox | Attorney | $475.00 |
| Associates | Attorney | $250.00-450.00 |
| Law Clerk/Paralegal | | $125.00 |

**II.** Rate of Reimbursement For Expenses:

| Expense Item | Rate of Reimbursement |
|--------------|------------------------|
| 1. Photocopy/Scan charges: | .25 cents per page |
| 2. Telephone charges | actual |
| 3. Facsimile charges (in or out): | .25 cents per page |
| 4 Postage charges: | actual |
| 5. Messenger Service charges: | actual |
| 6. Computer Research charges: | actual |

# Exhibit "C"

Exhibit "B" page_045

**The Fox Law Corporation, Inc.**
Bankruptcy & Related Matters

17835 Ventura Boulevard
Suite 306
Encino, CA 91316
818. 774. 3545 Ph / 818. 774. 3707 FAX
Srfox@foxlaw.com

June 16, 2019

Mauro Ferreira, CEO
Douce France
P.O. Box 7207
Redwood City, CA 94063

      Re:   Retainer Letter; Chapter 11 filing

Dear Sir:

### Purpose of this Retainer Letter

It is to the benefit of both Douce France (in this letter "you" or "your") and to this firm that we have a written understanding explaining the legal services we are expected to render on your behalf and the fees which we expect to be paid.

We do this to help reduce misunderstandings about our employment (what we will or will not do) and our charges and compensation.

Please review this letter carefully and let me know if you have any questions concerning any portion of this letter. You have the right to have another attorney review this letter and explain its contents to you. Please feel free to take this letter to another attorney for his/her comments and advice.

By this letter, Douce France hires The Fox Law Corporation, Inc., as its attorney to represent Douce France in a chapter 11 reorganization case. We have advised you regarding the differences between Chapters 7 (liquidation) and 11 (reorganization). You have elected to file under Chapter 11.

Chapter 11 is a difficult process. It requires a lot of time and effort from the client, its personnel and also from counsel. It requires a lot of patience and perseverance. Chapter 11 is also an expensive process. Our fees will exceed the retainer. Once the retainer is used up, our fees and costs can be paid during the chapter 11 case but only with the Court's permission which given a secured creditor will likely not happen. Our fees and costs will probably be paid in full when the Court approves the plan.

You are not hiring a specific attorney; you are hiring the Fox Law Corp.

# THE FOX LAW CORPORATION

Douce France
June 16, 2019

### Who is the Client?

The client is Douce France.  No one else.  For example, Mauro Ferreira is not the client.

### The Retainer and Charges

You agree to pay to this firm a retainer of $55,000.00 as the retainer (and which includes the court's filing fee). The retainer is an initial retainer against fees and costs to be billed.   The source of the funds to pay the retainer is the Debtor.

In most chapter 11 cases, our fees exceed the retainer amount.  This happens in chapter 11 cases.  Fees and costs above the retainer amount are normally paid in different ways:

- In some cases, the bankruptcy has approved a procedure for counsel to draw down on the retainer on a regular basis; and/or
- By payment following approval of regular fee applications we may make to the Court.  In this event, we provide our bills to the Court and to creditors and the Court determines how much you are obligated to pay to us.

Attorneys fees and costs in a chapter 11 typically are substantial and almost always exceed the retainer by a considerable amount.

On occasion, a debtor will believe that the retainer paid is the entire fee, a flat fee.  This understanding is incorrect.  If our charges exceed the retainer, we expect to be paid monies owed.  If our charges are less than the retainer amount, then we return the unused portion of the retainer to you.

We place retainer monies in our client trust account at Chase Bank.  Please let us know if you have any monies deposited at this bank.

Right before the chapter 11 petition is filed, we will withdraw from the client trust account monies we have earned for pre-bankruptcy work, expenses and the filing fee. By your signature below, you are authorizing us to do so.

Once the chapter 11 petition is filed, the monies shall remain in the client trust account and shall be withdrawn after we apply to the Court for permission to withdraw monies for our fees. Depending on the practices of the particular court, we may do this monthly or perhaps quarterly through a process of applying for approval of our fees and costs from the Court.  See the discussion above.

Our hourly billing rates are Steven Fox $475.00 per hour, associate attorneys at $250.00 to $450.00 and $125.00 paralegal/law clerk.  These are the firm's customary rates.

Exhibit "B" page_047

# THE FOX LAW CORPORATION

Douce France
June 16, 2019

Our costs are as follows: .25 per photocopy or scan, court online research and online legal research at cost, postage at cost, facsimiles .25 per page incoming and outgoing, and delivery and messenger expenses at cost. We will charge for travel expenses including airfare (at economy or coach), car rental, food and hotel charges. Depending on the practices of the local court, our costs may be lower.

We bill our time in 6 minute increments. Our attorney's fees charges may increase during the pendency of this case. If so, we will notify you, the Court and the U.S. Trustee of any such increase and follow the court's and the U.S. Trustee's policies concerning increased hourly rates.

## Different Bankruptcy Chapters

You have hired us to represent you in a Chapter 11 case. There are different types of bankruptcies, chapters 7 and 11, available for corporate entities.

You have decided to file a chapter 11 where you will propose a plan to pay some or all of your debts over time. The payment amount depend on various factors including earnings and the value of assets at liquidation. In chapter 7, a trustee liquidates assets. Entities which file for chapter 7 often do so with an expectation its business activities will cease.

Corporations and other artificial entities do not receive a forgiveness of debt (or discharge) in chapter 7. Also they do not get a forgiveness of debt is the company is liquidated or closed as part of a chapter 11 plan.

## Scope of Representation

You have retained this office as legal counsel and attorney-in-fact to represent you in this case and related legal matters. We will not act as your attorney in non-bankruptcy court actions unless otherwise agreed to at a future date.

We may decline to represent you in certain legal matters if we believe a conflict of interest would exist by representing you or if we deem the representation to be beyond our area of practice.

We will not give any tax advice.

## No Guarantees

We do not guarantee the outcome of our representation on your behalf. Any predictions we make concerning the successful outcome of your case are merely opinions and are in no respect binding.

Exhibit "B" page 048

THE FOX LAW CORPORATION

Douce France
June 16, 2019

Here, your goal is to reorganize the business operation. It may turn out that this goal is not achievable.

## Requirement to Make Full Disclosure of Assets and Liabilities

You must make a full, honest and complete disclosure of <u>all</u> of your assets and liabilities in your bankruptcy papers. Federal law requires you to fully and completely list all of your assets and debts. You may not pick and chose which debts to list or not to list. If you fail to do so, it is possible that the United States government could prosecute you. Your discharge of debts may be denied. You may be fined or jailed.

You agree to cooperate to provide information and documents on a prompt basis, and to assist us in our representation here. You agree to thoroughly review the bankruptcy petition, schedules, statement of affairs and other documents given to you to ensure their accuracy and truthfulness.

When you sign the bankruptcy papers or future papers in this case, you are doing so under penalty of perjury and you are stating that the information is true and correct. You are subjecting yourself to potential criminal liability should you knowingly make false statements.

## Termination of Representation

Should it become necessary for us to withdraw from representing you, you will sign a Substitution of Attorney on demand.

You have the right, at any time, to hire other counsel as you deem appropriate. We may withdraw from representing you in certain circumstances. These could include a breakdown in communication between us or a conflict of interest which is discovered after we begin to represent you. If payment of fees due is not timely made, we may withdraw. These examples are not intended to be a complete list of circumstances warranting our withdrawal as counsel. To the extent required, we will withdraw on appropriate notice, and on our part execute a Substitution of Attorney.

## Employment of Professionals; Compensation

In chapter 11, the bankruptcy court must approve the employment of your professionals such as your counsel and your accountant. This firm will prepare these applications and will provide them to you for your review and approval.

Professionals are typically paid prior to a chapter 11 filing by a retainer, during the case with Court approval and then through the chapter 11 plan. Where a creditor holds a security interest in a debtor's monies, professionals usually can not be compensated by the Debtor's monies during the chapter 11 case. Here it is likely that at least one entity will assert it holds a security interest in your monies including your receivables.

## THE FOX LAW CORPORATION

Douce France
June 16, 2019

### Costs of Court

You agree that we will not advance costs or other expenses on your behalf in connection with any action where we represent you. You agree to pay all costs in advance immediately on our request. During this case, the Court may send you periodic bills for its "noticing" charges. These bills typically request payment of a couple of hundred dollars. You must pay these bills when the Court bills you.

### Contact Us If You Are Unhappy With Our Work

I hope you will be satisfied with our services. Please contact us if our services do not meet your expectations. You may be dissatisfied. You have the right, at any time, to hire other counsel.

We may decide that we must withdraw from representing you. We may withdraw from representing you in certain circumstances including a breakdown in communication between us or a conflict of interest which we discover after the representation begins. If this happens, you agree now that you will sign a substitution of attorney on our request. If we need to withdraw during the chapter 11 case, we would do so following the Court's rules.

### Disputes Concerning Payment of Professional Fees and Costs

The following discussion concerns a dispute over fees and costs where the Bankruptcy Court does not determine the dispute. In chapter 11 cases, the Bankruptcy Court typically resolves these issues.

Attorneys and clients may have a dispute concerning services provided or a client may fail to pay fees and expenses. Normally any dispute concerning fees owed in a chapter 11 case are addressed by the bankruptcy court.

Please review the following regarding our agreement in the event that the bankruptcy court does not determine a dispute. Except for a claim for your failure to pay fees for professional services and/or expenses, if any dispute arises out of, or relates to a claimed breach of this agreement, the professional services rendered by us or any other disagreement of any kind, such dispute shall be resolved by binding arbitration by the Beverly Hills Bar Association.

Should the Beverly Hills Bar Association not then offer these services, then by the Los Angeles County Bar Association arbitration services shall be utilized as binding. Each party shall bear his or her own costs and attorney's fees. Any dispute as to your failure to pay fees and costs for our services shall be resolved in accordance with the requirements of California state law and, if possible under state law, by binding arbitration before the Beverly Hills Bar Association (or the Los Angeles County Bar Association if the former association no longer offers arbitration services)

Case: 20-30095   Doc# 1563   Filed: 02/04/21   Entered: 02/04/21 16:27:53   Page 50 of
Exhibit "B" page _050

# THE FOX LAW CORPORATION

Douce France
June 16, 2019

with the prevailing party entitled to recover actual attorney's fees, costs, expert witness fees and associated expenses, whether or not the action proceeds to judgment.

I do not belong to either of these organizations.

If the parties cannot agree on the selection of the arbitrator, then the provider shall appoint the arbitrator but the parties here agree that the arbitrator must have extensive experience with bankruptcy matters.

The parties shall have the right to discovery in connection with any arbitration proceeding. Code of Civil Procedure, §1283.05

Except for a claim based on your failure to pay fees for professional services and/or expenses, all parties shall bear their own costs, expenses, attorneys' fees and each party shall be responsible for an equal share of the arbitrators' charges and any administrative fees of the arbitration.

You and I have read and understand these paragraphs concerning fee disputes and arbitration and we voluntarily agree to binding arbitration. This means we are voluntarily giving up an important constitutional right to have a trial by a judge or by a jury and a right to take an appeal. You may wish to consult with an independent attorney to review this retainer letter including these provisions about arbitration before you sign this retainer letter below.

Notwithstanding the discussion above about binding arbitration of all disputes, we acknowledge that in any dispute over attorneys' fees, costs or both, you have the right to elect arbitration pursuant to procedures as set forth in California Business & Professions Code §§ 6200-6206 (the Mandatory Fee Arbitration Act). If after receiving a notice of client's right to fee arbitration, you do not elect to proceed under the Mandatory Fee Arbitration Act procedures by failing to file a request for fee arbitration within 30 days, then any dispute over fees, charges, costs or expenses, will be resolved by binding arbitration as discussed in the previous paragraphs above.

Arbitration under the Mandatory Fee Arbitration Act is non-binding unless the parties agree in writing after the dispute has arisen, to be bound by the arbitration award. This Act's procedures permit a court trial after non-binding arbitration, or a subsequent binding contractual arbitration if the parties have agreed to binding arbitration, if either party rejects the award within 30 days after the award is mailed to the parties.

The prevailing party in any action or proceeding arising out of this letter shall be entitled to reasonable attorneys fees and costs incurred in that action or proceeding plus any attorneys' fees and costs incurred in enforcing any judgment or awarded rendered. This provision does not apply to any fee arbitration or mediation held under B&P §§6200-6206 or similar proceeding.

6

# THE FOX LAW CORPORATION

Douce France
June 16, 2019

Notwithstanding any of the above, we can to try to settle all disputes through private mediation with both parties to bear their own legal fees for mediation and with both parties being equally liable for the charges of the mediator.

## Tax Issues

We do not practice tax law. To the extent that you need tax advice, you must retain an accountant or tax attorney to provide that advice.

There are certain tax advantages available as a result of a bankruptcy petition, e.g., the short tax year election. Consult with your accountant to learn more about these tax advantages. The time to make this election is very short, only a matter of months following the chapter 11 filing.

## Whole Agreement; No Oral Representations

This letter is the whole agreement between us. There are no promises other than those stated here. This letter supersedes all previous representations or agreements.

## Maintaining the Case File

We will keep your file for five years after our services have ended, generally running from the date your discharge should be granted. We send files to storage once the case has been concluded or, in our judgment, it is no longer necessary to keep a certain file in our office. The files are your property and, on reasonable notice, you are entitled to the file. Our storage company charges a retrieval fee which you agree to pay. Most clients do not desire to keep their files as we send copies of pleadings and letters to our clients during the case.

By your signature at the end of this letter, you authorize us to dispose of your files after the five year period passes. This will happen without any further notice and without your further consent.

## Client Duties

You agree to be truthful with us and to not withhold information.

You agree to cooperate with us and to keep us informed of any relevant information or developments which may come to your attention.

You agree to abide by the terms of this retainer letter and to pay our bills when the Court permits.

You agree to let us know if you move and have new contact information.

Exhibit "B" page _052

# The Fox Law Corporation

Douce France
June 16, 2019

You agree to assist us by timely providing necessary information and documents.

You agree to appear at court hearings as necessary and to assist us in our work.

Professional Liability Insurance

We carry legal malpractice insurance.

Miscellaneous

You give us power of attorney to sign all documents connected with the bankruptcy including pleadings, agreements, releases, dismissals, orders and all other documents that clients can execute.

You have the option to have an independent attorney review this agreement and advise you about its contents.

By your signature(s) below, you are acknowledging the terms set forth in this letter and your agreement with the terms and acknowledge that this is a binding agreement.

_____
Mauro Ferreira, CEO
Douce France

_____
Steven R. Fox, Attorney,
The Fox Law Corp

Exhibit "C"

The Fox Law Corporation
17835 Ventura Blvd., Suite 306
Encino, CA 91316

# Chronological Report

Invoice submitted to:
Douce France d/b/a Douce France Bakery
686 Broadway Street,
Redwood City, CA 94063

February 3, 2021

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/29/2020 | P | Work through a plethora of emails with attachments from bookkeeper updating various reports. Review the initial bankruptcy papers page by page with LBD, make changes, review documents looking for more information, prepare final set of bankruptcy papers for filing. | 4.00 125.00/hr | 500.00 |
|  | LBD | Telephone call to bookkeeper regarding inter-company transfers and to verify information for critical vendors. Review the schedules with Vanessa. Continue reviewing local rules for the first day motions. Make changes on Schedule D. Go through court dockets to get updated information for the various lawsuits. Review the employment application for Fox and its exhibits. Work on first day declaration, revise the employment application and work on other first day motions. | 3.70 450.00/hr | 1,665.00 |
|  | SRF | Work with staff on first day motions (preparing them in part). Review schedules and other matter for filing. | 1.50 475.00/hr | 712.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/29/2020 | LBD | Review and revise order re employment of TFLC to comply with Judge Blumenstiel's order re authorizing employment. | 0.60 450.00/hr | 270.00 |
|  | SRF | Review and revise the first day declaration. | 0.30 475.00/hr | 142.50 |
|  | LBD | Commence preparation of ex parte application for order shortening time re First Day Motions. | 0.70 450.00/hr | 315.00 |
|  | LBD | Work on the first day declaration of M. Ferriera. | 1.50 450.00/hr | 675.00 |
| 1/30/2020 | SRF | Prepare the cash collateral motion. | 1.50 475.00/hr | 712.50 |
|  | SRF | Prepare the payroll motion.  (.9) Work telephonically with bookkeeper, MR and Lesley Davis to figure out payroll issues, e.g. what employees will be owed what and how the employees will be paid.  (.6) | 1.50 475.00/hr | 712.50 |
|  | SRF | Review and revise the motion to shorten time for first day hearings. | 0.30 475.00/hr | 142.50 |
|  | SRF | Utilities Motion.  Work on the utilities motion. | 0.50 475.00/hr | 237.50 |
|  | LBD | Telephone conference to Judge's law clerks re filing of ex parte and first day motions. | 0.10 450.00/hr | 45.00 |
|  | LBD | Left message for J. Day at OUST re filing of ex parte and first day motions | 0.20 450.00/hr | 90.00 |
| 1/31/2020 | SRF | Telephone call to bookkeeper Tammy Broadlick (TB) to discuss payroll and accounting problems. | 0.20 475.00/hr | 95.00 |
| 2/2/2020 | SRF | Email M.F. regarding the first day hearings. | 0.20 475.00/hr | 95.00 |
| 2/3/2020 | LBD | Email to M. Ferreira  and bookkeeper T. Broadlick re scheduling a time to review of all documents in preparation of first day motion hearing. | 0.10 450.00/hr | NO CHARGE |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/3/2020 | LBD | Review Judge Blumenstiel's procedures for telephonic appearances | 0.10 450.00/hr | NO CHARGE |
|  | LBD | Conference call with M. Ferreira and T. Broadlick re review of first day motions and declarations and review of petition and schedules re preparation for first day hearing | 1.70 450.00/hr | 765.00 |
|  | LBD | Telephone conference with UST J. Day re first day motions and exhibits and application to employ TFLC. | 0.60 450.00/hr | 270.00 |
|  | LBD | Email to T. Broadlick re OUST compliance and adding OUST as additional insured on insurance policies. | 0.10 450.00/hr | 45.00 |
|  | LBD | Prepare spreadsheets of payrolls to be approved and paid per the payroll motion. | 0.50 450.00/hr | NO CHARGE |
|  | LBD | Prepare supplement to Declaration of M. Ferreira re payroll motion exhibits | 0.20 450.00/hr | 90.00 |
| 2/4/2020 | LBD | Telephone conference with T. Broadlick re payroll spreadsheet for current payroll. | 0.20 450.00/hr | 90.00 |
|  | LBD | Review and revise current payroll spreadsheet. | 0.20 450.00/hr | 90.00 |
|  | LBD | Prepare cash collateral order. | 0.50 450.00/hr | 225.00 |
|  | LBD | Prepare payroll order. | 0.50 450.00/hr | 225.00 |
|  | LBD | Prepare Utility order. | 0.50 450.00/hr | 225.00 |
|  | LBD | Revise cash collateral order. | 0.20 450.00/hr | 90.00 |
|  | LBD | Court call re first day motions. Listen in to the hearing on the first day motions. Use the information gathered from the hearing to prepare the orders on the first day motions. | 0.90 450.00/hr | NO CHARGE |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/4/2020 | LBD | Revise order approving use of cash collateral on interim basis after hearing on first day motions | 0.30 450.00/hr | 135.00 |
| | LBD | Revise payroll order after hearing on first day motions. | 0.40 450.00/hr | 180.00 |
| | LBD | Review and revise Utility Order after hearing on first day motions | 0.40 450.00/hr | 180.00 |
| | SRF | Travel to SFO.  This is a partial charge for travel time. | 2.00 475.00/hr | 950.00 |
| | SRF | Begin working at 12 noon for the hearing. | 1.00 475.00/hr | 475.00 |
| | SRF | Meet with principals from 1:00  to 3:00 p.m. | 2.00 475.00/hr | 950.00 |
| | SRF | Attend the hearings on cash collateral, payroll and utilities. Motions granted. | 0.70 475.00/hr | 332.50 |
| | SRF | Confer following the hearings with principals. | 0.80 475.00/hr | 380.00 |
| 2/5/2020 | SRF | Return to LA from SF the morning after the first day hearings.  Total time for travel from hotel to airport, to LA to office 5 hours.  Time charged 2.5 hours. | 2.50 475.00/hr | 1,187.50 |
| | SRF | No charged portion of 5 hours travel time from SF to LA following first day hearings. | 2.50 475.00/hr | NO CHARGE |
| | LBD | Telephone conference with J. Balico at Bank of the West re holds on DIP accounts. | 0.20 450.00/hr | 90.00 |
| | LBD | Telephone conference with M. Ferreira re holds on funds on DIP accounts. | 0.20 450.00/hr | 90.00 |
| | LBD | Prepare notices of deposit for each of utility companies to be mailed with a copy of the entered utility order. | 0.50 450.00/hr | 225.00 |
| | LBD | Prepare Notice of Final Hearing on cash collateral, utility and payroll motions. | 0.40 450.00/hr | 180.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/6/2020 | LBD | Telephone conference with M. Ferreira re problems with DIP accounts. | 0.10 450.00/hr | 45.00 |
|  | LBD | Telephone conference with R. Pena re releasing holds on account. | 0.10 450.00/hr | 45.00 |
|  | LBD | Telephone conference with S. Pang at Bank of the West re issues with DIP accounts. | 0.20 450.00/hr | 90.00 |
|  | LBD | Telephone conference with A. Allan at Bank of the West re issues with DIP accounts and holds. | 0.50 450.00/hr | 225.00 |
| 2/7/2020 | LBD | Commence preparation of chapter 11 initial reporting requirements. | 0.80 450.00/hr | 360.00 |
| 2/10/2020 | LBD | Email to M. Ferreira re information regarding attorney authorization with OUST and information needed for the response to the initial reporting requirementsl | 0.20 450.00/hr | 90.00 |
|  | LBD | Email to T. Broadlick re adding OUST re additional insured. | 0.10 450.00/hr | 45.00 |
|  | LBD | Email to A. Allan re copies of signature cards re DIP accounts. | 0.10 450.00/hr | 45.00 |
|  | LBD | Work on Chapter 11 Initial Reporting and prepare exhibits thereto.  6.5 hours devoted.  Charge is 3.5 hours. No charge 3.0 hours. | 3.50 450.00/hr | 1,575.00 |
|  | LBD | Multiple emails with T. Broadlick re information needed to respond to the OUST Initial Reporting. | 0.60 450.00/hr | 270.00 |
| 2/11/2020 | SRF | Work with attorney Lesley Davis on UST compliance matters. | 0.20 475.00/hr | NO CHARGE |
| 2/13/2020 | LBD | Review and revise certificate of service for service of utility order and notice of deposit re service on February 4th. | 0.20 450.00/hr | 90.00 |
| 2/17/2020 | SRF | Telephone call to bookkeeper TB to discuss the budget to actual report and potential changes to the cash | 0.40 475.00/hr | 190.00 |

|            |     |                                                                                                                          | Hrs/Rate          | Amount    |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
|            |     | collateral projections.  (.2)  Telephone call to MF to discuss the same.  (.2)                                            |                   |           |
| 2/18/2020  | LBD | Left message for C. Horton at PG&E re letter requesting adequate assurance.                                               | 0.10 450.00/hr    | 45.00     |
| 2/19/2020  | LBD | Travel to/ from San Fransciso (same day travel) to attend the IDI meeting. 7.0 hours total travel time.  No charge 2.5 hours via separate slip.  4.5 hours travel time charged. | 4.50 450.00/hr    | 2,025.00  |
|            | LBD | Attend IDI with client.                                                                                                   | 1.50 450.00/hr    | 675.00    |
|            | LBD | Meeting with client re IDI.                                                                                               | 1.00 450.00/hr    | 450.00    |
| 2/21/2020  | LBD | Telephone conference with AT&T re disconnection notice.                                                                   | 0.50 450.00/hr    | 225.00    |
|            | LBD | Email to M. Ferreira re discussion with AT&T and no disconnection.                                                        | 0.10 450.00/hr    | 45.00     |
|            | LBD | Telephone conference to C. Horton at PG&E re adequate assurance request.                                                  | 0.40 450.00/hr    | 180.00    |
|            | LBD | Follow up with C. Horton re February 18 voicemail message left for PG&E.                                                  | 0.10 450.00/hr    | 45.00     |
|            | LBD | Telephone conference with T. Broadlick re UST request for items from the IDI.                                             | 0.80 450.00/hr    | 360.00    |
| 2/22/2020  | SRF | Read Heritage Bank's 9 point demand on cash collateral.  Prepare a lengthy draft responsive communication for client comment.  As part of this send 2 emails to client personnel. | 0.30 475.00/hr    | 142.50    |
| 2/24/2020  | LBD | Telephone conference with I. White and B. McGuffee re Credit Collection Services multiple letters and not able to associate to Debtor. | 0.50 450.00/hr    | 225.00    |
| 2/26/2020  | SRF | Return MF's phone call about a business license issue.  Discuss that issue and case/business issues.                      | 0.20 475.00/hr    | 95.00     |

|            |     |                                                                                                                          | Hrs/Rate          | Amount     |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------|-------------------|------------|
| 2/25/2020  | LBD | Travel to/from San Francisco for creditors' meeting.  Total travel time to/from at 7 hours.  5 hours charged, 2 hours not charged. | 5.00<br>450.00/hr | 2,250.00   |
|            |     | Attend meeting of creditors (1.0)<br>Total 8 Hours.                                                                       |                   |            |
|            | LBD | Review Landlord motion for relief from stay.                                                                             | 2.00<br>450.00/hr | 900.00     |
| 2/26/2020  | LBD | Telephone call with Shannon at AT&T Bankruptcy Department re disconnection of service despite already receiving notice of the bankruptcy. | 0.30<br>450.00/hr | 135.00     |
|            | LBD | Email to M. Ferreira re requesting written confirmation of the credit the landlord has indicated.                        | 0.10<br>450.00/hr | 45.00      |
|            | SRF | Telephone conference with MF and Lesley Davis to review the landlord's motion to terminate the stay, the IDI and 341(a) and other issues. | 0.80<br>475.00/hr | NO CHARGE  |
|            | LBD | Conference call with M. Ferreira and S. Fox re business license renewal, upcoming hearings and Landlord's motion for relief from stay. | 0.80<br>450.00/hr | 360.00     |
| 2/27/2020  | LBD | Prepare for filing with court, Demand of Adequate Assurance Request by PG&E and Declaration of L. Davis in support.       | 1.00<br>450.00/hr | 450.00     |
|            | LBD | Telephone conference with T. Broadlick re revised budget for cash collateral hearing.                                    | 0.20<br>450.00/hr | 90.00      |
|            | LBD | Continue reviewing exhibits to motion for relief from stay by Landlord.                                                   | 1.00<br>450.00/hr | 450.00     |
| 2/28/2020  | LBD | Telephone conference with T. Broadlick re revised projections and other financial statements for the OUST.               | 0.20<br>450.00/hr | 90.00      |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/10/2020 | LBD | No charge portion of 2/10/2020 slip working on UST compliance. 6.5 hours total. 3.0 hours no charged via this slip. | 3.00 450.00/hr | NO CHARGE |
| 2/19/2020 | LBD | IDI meeting/travel day. Total travel time 7.0 hours. 4.5 hours charged via separate slip. No charge time 2.5 hours. | 2.50 450.00/hr | NO CHARGE |
| 2/25/2020 | LBD | No charge for portion of Meeting of Creditors under 341(a) travel day. 2.5 hours travel time not charged. | 3.00 450.00/hr | NO CHARGE |
| 3/2/2020 | SRF | Work with bookkeper and LD on the reports for the cash collateral supplement. | 0.20 475.00/hr | 95.00 |
| | LBD | Prepare letter to K. McAbee, Bankruptcy Analyst, re additional documents requested after IDI. | 0.50 450.00/hr | 225.00 |
| | LBD | Prepare exhibits to letter to K. McAbee re additional documents requested. | 2.50 450.00/hr | 1,125.00 |
| | LBD | Prepare amended SOFA and attachments to questions 4 and 30 re response to OUST. | 0.30 450.00/hr | 135.00 |
| | LBD | Telephone conference with M. Simon, counsel to PG&E, re adequate assurance. | 0.30 450.00/hr | 135.00 |
| | LBD | Conference call with T. Broadlick, bookkeeper and S. Fox re budget to actual and revised projections. | 0.20 450.00/hr | 90.00 |
| | LBD | Review and revise order re employment of Debtor's counsel. | 0.10 450.00/hr | 45.00 |
| 3/3/2020 | LBD | Prepare a notice of stay proceedings in Heritage Bank of Commerce lawsuit filed in San Mateo. | 0.20 450.00/hr | 90.00 |
| | LBD | Left message for M. Simon re adequate assurance payment. | 0.10 450.00/hr | 45.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/3/2020 | LBD | Telephone call with T. Broadlick, bookkeeper, re discussions of PG&E deposit and where we can cover the adequate assurance payment. | 0.40 450.00/hr | 180.00 |
|  | LBD | Email to M. Simon re copy of the current billing statement. | 0.10 450.00/hr | 45.00 |
|  | LBD | Telephone conference with M. Simon re settlement discussions re adequate assurance payment. | 0.20 450.00/hr | 90.00 |
| 3/4/2020 | LBD | Telephone conference with M. Ferreira re PG&E proposed settlement and payroll re upcoming hearing. | 0.20 450.00/hr | 90.00 |
|  | LBD | Telephone conference with T. Broadlick re payroll payments re upcoming hearing. | 0.20 450.00/hr | 90.00 |
|  | SRF | Work with attorney LD on tomorrow's hearing on cash collateral. | 0.50 475.00/hr | NO CHARGE |
|  | LBD | Meeting with S. Fox re review of issues raised in cash collateral motion by Heritage for upcoming hearing. | 0.50 450.00/hr | 225.00 |
|  | LBD | Prepare Debtor's revised projection through June 20, 2020 for filing with court. | 0.30 450.00/hr | 135.00 |
|  | LBD | Telephone conference with T. Broadlick, bookkeeper, re accounts receivable for January and February and review of budget to actual re upcoming hearing on cash collateral. | 0.80 450.00/hr | 360.00 |
| 3/5/2020 | SRF | Telephone call to MF, ahead of the hearing, regarding today's hearing on cash collateral. | 0.20 475.00/hr | NO CHARGE |
|  | SRF | Telephone call from MF, following the hearing, regarding results. (.2) Telephone call to Lesley Davis regarding the same. (.2) | 0.40 475.00/hr | NO CHARGE |
|  | LBD | Attend via court call final hearing on payroll and cash collateral. Use of cash collateral granted. | 1.50 450.00/hr | 675.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/5/2020 | LBD | Conference call with S. Fox and M. Ferreira re cash collateral hearing. | 0.20<br>450.00/hr | NO CHARGE |
| 3/6/2020 | LBD | Prepare notice of continued hearing on final hearing for cash collateral and prepetition payroll. | 0.50<br>450.00/hr | 225.00 |
| | LBD | Prepare certificate of service re notice of final hearing. | 0.30<br>450.00/hr | NO CHARGE |
| 3/9/2020 | LBD | Email to T. Broadlick re backup for the loans to shareholders re declaration to be provided to the court. | 0.10<br>450.00/hr | 45.00 |
| 3/10/2020 | LBD | Telephone conference with M. Simon re stipulation re reduced adequate assurance. | 0.10<br>450.00/hr | 45.00 |
| | LBD | Email to T. Broadlick re payment of new PG&E bill. | 0.10<br>450.00/hr | NO CHARGE |
| 3/12/2020 | LBD | Research and review caselaw re opposition to relieve from stay by landlord. | 2.90<br>450.00/hr | 1,305.00 |
| | LBD | Further discussions with M. Simon re settlement of PG&E adequate assurance. | 0.20<br>450.00/hr | 90.00 |
| 3/13/2020 | SRF | Utilities.  Work telephonically with LBD on utility issues. | 0.20<br>475.00/hr | NO CHARGE |
| 3/16/2020 | SRF | Work on the opposition to the landlord's motion for relief from stay. Review the draft L.Davis has prepared.  (.2)  Telephone call to LD to discuss.  (.2)   Telephone call to Debtor's bookkeeper to obtain information for the opposition.  (.1)<br><br>Later, work through next draft of the opposition with LD and conference call in Debtor's bookkeeper.  (.4)<br><br>Then call LD to go through the principal's declaration.  (.2)  Conduct a conference call with Debtor's principal to review his declaration, line by line.  (.2) | 1.30<br>475.00/hr | 617.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/13/2020 | LBD | Research caselaw re landlord's motion for relief from stay and prepare a draft of the opposition. | 2.00 450.00/hr | 900.00 |
| 3/16/2020 | LBD | Work on opposition to landlord's motion for relief. | 3.50 450.00/hr | 1,575.00 |
| | LBD | Further research re section 365 and 362 case law re opposition. | 1.90 450.00/hr | 855.00 |
| | LBD | Prepare declaration of M. Ferreira in support of opposition to motion for relief. | 0.80 450.00/hr | 360.00 |
| 3/19/2020 | LBD | Review Monthly operating report with T. Broadlick. | 0.30 450.00/hr | 135.00 |
| 3/20/2020 | SRF | Telephone call from MF, for our scheduled 7 a.m. call, to discuss his efforts yesterday to obtain new business.  Work with him on an email to a contact at the SBA looking for payment relief. | 0.30 475.00/hr | 142.50 |
| 3/21/2020 | SRF | Work telephonically with attorney LD of firm on things to do in the DF case. Go through motions needed, issues with the corona virus and UST matters. | 0.30 475.00/hr | NO CHARGE |
| | LBD | Work telephonically with attorney S. Fox of firm on things to do in the DF case. Go through motions needed, issues with the corona virus and UST matters. | 0.30 450.00/hr | NO CHARGE |
| 3/23/2020 | LBD | Prepare declaration of M. Ferreira re explanation of loans to shareholders from January statement of cash flows. | 0.50 450.00/hr | 225.00 |
| | LBD | Multiple emails with T.Broadlick re corrections to Monthly operating report and attachments to Monthly operating report. | 0.40 450.00/hr | 180.00 |
| | LBD | Email to K. McAbee re delay in receiving Monthly operating report due to illness of bookkeeper and coronavirus. | 0.10 450.00/hr | 45.00 |
| | SRF | Declaration of MF regarding loans. Review and revise the declaration of MF regarding loans.  As part of this | 0.40 475.00/hr | 190.00 |

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
|  |  |  | call the company's bookkeeper to obtain more information.  (.3) |  |  |
|  |  |  | Follow up call with LD of my office to go through the edits.  (.1) |  |  |
| 3/24/2020 | SRF | | Declaration of shareholder loans. Review and revise the declaration. | 0.10 475.00/hr | NO CHARGE |
|  | LBD | | Telephone conference with M. Simon re stipulation status with PG&E due to coronavirus. | 0.20 450.00/hr | 90.00 |
|  | LBD | | Review email from M. Simon re PG& E Stipulation | 0.10 450.00/hr | 45.00 |
| 3/25/2020 | SRF | | Ch. 11 Status Report.  Telephone call from bookkeeper TB to discuss the cash flow projections and other financial reports we intend to provide with the chapter 11 status report being filed later this week. | 0.20 475.00/hr | 95.00 |
| 3/26/2020 | SRF | | Review and revise the status report for the 04 2020 hearing.  (.4) | 0.60 475.00/hr | 285.00 |
|  |  | | Further revisions.  (.2) |  |  |
|  | SRF | | First read through of the landlord's reply to the motion for relief from stay. Send to client principal with comments. | 0.30 475.00/hr | 142.50 |
|  | SRF | | Conference call with client personnel regarding projections of income and expenses going forward. | 0.40 475.00/hr | 190.00 |
|  | LBD | | Reviewed and downloaded documents from state court litigation in Heritage Bank v. Douce France (.5); Email to client re copy of request for entry of default (.1) | 0.60 450.00/hr | 270.00 |
| 3/27/2020 | LBD | | Telephone with T. Broadlick re Monthly operating report issues. | 0.30 450.00/hr | 135.00 |
|  | SRF | | Lengthy discussion of Covid 19, impact on orders, the revised projections, means to raise monies, etc. | 0.80 475.00/hr | 380.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/27/2020 | SRF | Telephone call to attorney for landlord to see if settlement discussions would be fruitful. (.3) Follow up email to DF regarding the same. (.1) | 0.40 475.00/hr | 190.00 |
| | SRF | Work with Lesley Davis on the various case and business issues presently outstanding. | 0.20 475.00/hr | NO CHARGE |
| 3/28/2020 | SRF | Telephone call to MF for scheduled call to discuss projections, competition, rebuilding from Covid 19, the landlord and Heritage Bank. | 1.30 475.00/hr | 617.50 |
| | LBD | Prepare Monthly operating report for filing. | 0.30 450.00/hr | NO CHARGE |
| | LBD | Telephone conference with M. Ferreira re review of current customer list for March. | 0.20 450.00/hr | 90.00 |
| | LBD | Email to T. Lewis re accounts receivable list for February and February customer list. | 0.10 450.00/hr | NO CHARGE |
| 3/27/2020 | LBD | Review monthly operating report for January and February. | 1.50 450.00/hr | 675.00 |
| 3/29/2020 | SRF | With revised projections in light of Covid 19 and the Debtor's changes to its business, prepare a supplemental filing explaining this. (.4) Email to associate attorney and then to MF asking for work to be done. (.2)  Emails to/from MF about the customer lists for February and March and the WIP listings. (.2) | 0.80 475.00/hr | 380.00 |
| 3/28/2020 | SRF | Telephone call to company personnel to discuss the projections. | 0.30 475.00/hr | NO CHARGE |
| 3/30/2020 | LBD | Review and revise supplement to cash collateral regarding revised projections for cash collateral hearing. | 0.80 450.00/hr | 360.00 |
| | LBD | Review projections and WIP and revise footnotes to projection in support of supplement to cash collaterals for hearing. | 0.90 450.00/hr | NO CHARGE |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                       | Hrs/Rate          | Amount     |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------------|
| 3/31/2020  | LBD | Review and reply to M. Simon re adequate assurance with PG&E                                                                                                                                                                                                                                                                                                                                                                                                                                           | 0.10<br>450.00/hr | 45.00      |
|            | LBD | Email to M. Ferreira re adequate assurance payment to PG&E                                                                                                                                                                                                                                                                                                                                                                                                                                             | 0.10<br>450.00/hr | NO CHARGE  |
| 3/25/2020  | LBD | Prepare status report.                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 | 2.50<br>450.00/hr | 1,125.00   |
| 3/26/2020  | LBD | Prepare M. Ferreira declaration insurance support of status report.                                                                                                                                                                                                                                                                                                                                                                                                                                   | 2.50<br>450.00/hr | 1,125.00   |
|            | LBD | Email with T. Broadlick re revised projections.                                                                                                                                                                                                                                                                                                                                                                                                                                                       | 0.10<br>450.00/hr | 45.00      |
|            | LBD | Multiple emails with T. Broadlick re customer lists.                                                                                                                                                                                                                                                                                                                                                                                                                                                   | 0.20<br>450.00/hr | 90.00      |
| 3/31/2020  | SRF | With notes from Debtor's principal, prepare a proposed settlement offer to the landlord.  Provide to client with comments.                                                                                                                                                                                                                                                                                                                                                                             | 0.40<br>475.00/hr | 190.00     |
| 4/1/2020   | SRF | Prepare an offer to settle to the landlord based on my notes to MF and his acceptance of the terms I had suggested.                                                                                                                                                                                                                                                                                                                                                                                    | 0.30<br>475.00/hr | 142.50     |
|            | SRF | Work telephonically with MF to prepare a counter offer to the Bank.                                                                                                                                                                                                                                                                                                                                                                                                                                    | 0.70<br>475.00/hr | 332.50     |
| 4/2/2020   | SRF | Prepare for hearing on cash collateral, payroll motion and status conference. Read through the materials and devote time to analyzing the bank's objection to the use of cash collateral. (.6)  Call in to the hearing and wait for the matter to be called.  Participate in the hearings.  The two motions were granted and the status conference was continued.  (1.0)  Telephone call from MF at the Debtor to discuss the hearing and moving forward.  (.2) Telephone call to associate Lesley David to have her work on the two older orders, the orders from today and the amended Statement of Financial Affairs. (.4) | 2.20<br>475.00/hr | 1,045.00   |

| Date | | | Hrs/Rate | Amount |
|------|---|--|----------|--------|
| 4/2/2020 | LBD | Discussion with S. Fox regarding the results of the hearing on cash collateral and payroll motions. | 0.40 450.00/hr | NO CHARGE |
| 4/3/2020 | SRF | Telephone call from landlord's attorney to discuss potential settlement of issues. | 0.20 475.00/hr | 95.00 |
| 4/2/2020 | LBD | Prepare cash collateral order. | 0.60 450.00/hr | 270.00 |
| | LBD | Prepare order granting payroll motion on final basis. | 0.50 450.00/hr | 225.00 |
| | LBD | Review and revise order granting payroll motion. | 0.20 450.00/hr | 90.00 |
| 4/3/2020 | LBD | Prepare order continuing status conference and setting other deadlines. | 0.50 450.00/hr | 225.00 |
| 4/2/2020 | SRF | Telephone call from building landlord with a proposal to settle the dispute. Following call, put together notes to understand the proposal. | 0.30 475.00/hr | 142.50 |
| 4/3/2020 | SRF | Prepare lengthy email to MF at DF discussing the landlord's proposal to settle, look at options and make a recommendation. | 0.30 475.00/hr | 142.50 |
| 4/6/2020 | SRF | Telephone conference with LD of my office to review things to do in this case including the Certified public accountant 327 application and the landlord Motion for relief from stay being heard on Thursday. | 0.20 475.00/hr | NO CHARGE |
| | SRF | Telephone call from attorney for landlord to continue settlement discussions.  (.3)  Prepare email to MF regarding status.  (.2) | 0.50 475.00/hr | 237.50 |
| 4/9/2020 | SRF | Prepare for hearing.  Read through the various pleadings and the exhibits. Prepare notes and argument.  (1.0) Telephone call to MF ahead of the hearing to discuss.  (.2)  Call in for the hearing, wait over one hour for the matter to be discussed and appear at | 2.70 475.00/hr | 1,282.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | the hearing on the landlord's motion to terminate the stay. (1.5) |  |  |
| 4/10/2020 | LBD | Finalize application to employ Lucove, Say &Co. | 0.40 450.00/hr | 180.00 |
|  | LBD | Prepare declaration of R. Say in support of application to employ. | 0.60 450.00/hr | 270.00 |
|  | LBD | Prepare Notice to Employ Accountant and Post-Petition Retainer. | 0.20 450.00/hr | 90.00 |
|  | LBD | Review previously filed schedules and prepare amended schedule F and SOFA. | 1.50 450.00/hr | 675.00 |
|  | LBD | Email to R. Say re declaration for signature. | 0.20 450.00/hr | NO CHARGE |
|  | LBD | Email to M. Ferreira re declaration re verification of schedules and SOFA requiring review and signature. | 0.20 450.00/hr | NO CHARGE |
| 4/6/2020 | LBD | Telephone conference with  S. Fox to review things to do in the case including the application to employ Certified public accountant  and  the landlord Motion for relief from stay being heard on Thursday. | 0.20 450.00/hr | NO CHARGE |
| 4/10/2020 | LBD | Telephone conference with M. Ferreria re declaration verifying the schedules and amended Schedule F and SOFA. | 0.30 450.00/hr | 135.00 |
|  | LBD | Telephone conference with M. Ferreira re application to employ for review and signature. | 0.20 450.00/hr | 90.00 |
|  | LBD | Email to M. Ferreira re application to employ accountant re signature. | 0.10 450.00/hr | NO CHARGE |
|  | LBD | Review NEF rejection from court re order appointing responsible party and refile. | 0.20 450.00/hr | NO CHARGE |
|  | LBD | Email court re issues with cash collateral order. | 0.20 450.00/hr | 90.00 |
|  | LBD | Multiple email with R. Say services covered in engagement letter. | 0.30 450.00/hr | 135.00 |

Case: 20-30095    Doc# 156    Filed: 02/12/21    Entered: 02/12/21 13:38:30    Page 70 of
164

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/10/2020 | LBD | Review and respond to S. Fox email re application to employ certified public accountant. | 0.20 450.00/hr | 90.00 |
| | LBD | Multiple emails with J. Day re listing of personal credit cards on Sched F and related issues. | 0.20 450.00/hr | 90.00 |
| | LBD | Email to T. Boradlick re insurance on cargo vehicle per OUST email . | 0.10 450.00/hr | 45.00 |
| | LBD | Review and respond to T. Broadlick re status of obtaining insurance coverage on the cargo vehicle. | 0.20 450.00/hr | 90.00 |
| | LBD | Email to M. Ferreira re update case status re employment of Certified public accountant and other issues. | 0.20 450.00/hr | 90.00 |
| 4/8/2020 | LBD | Review email from K. McAbee re outstanding documents form review of additional documents provided to the OUST from the IDI. | 0.10 450.00/hr | 45.00 |
| 4/9/2020 | LBD | Multiple emails with K. McAbee re the handling of amending the schedules to properly reflect the loan to the Debtor by use of principal credit cards for business purposes. | 0.40 450.00/hr | 180.00 |
| | LBD | Email to M. Ferreira re 2008 Chevy Cargo status as operational vehicle. | 0.10 450.00/hr | 45.00 |
| | LBD | Review and respond to M. Ferreira re status of cargo vehicle and insurance. | 0.20 450.00/hr | 90.00 |
| | LBD | Prepare application to employ Lucove, Say & Co. as accountants. | 1.80 450.00/hr | 810.00 |
| 4/10/2020 | LBD | Prepare amended declaration concerning Debtor's schedules and amendment cover sheet. | 0.30 450.00/hr | 135.00 |
| 4/9/2020 | LBD | Email to M. Ferreira re approval of March accounts receivable report and customer list to be sent to Heritage Bank. | 0.10 450.00/hr | 45.00 |
| | LBD | Email to T. Lewis and C. Torres re March Accounts receivable report and customer list. | 0.20 450.00/hr | 90.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/9/2020 | LBD | Multiple emails with K. McAbee re outstanding documents request and handling properly the Debtor's use of personal credit cards of the shareholder. | 0.40 450.00/hr | 180.00 |
| | LBD | Follow up email with T. Broadlick re adequate protection payment to Heritage Bank. | 0.10 450.00/hr | 45.00 |
| | LBD | Research procedure for drawn down of retainer in Local Bankruptcy Rules and on OUST website for Region 17. | 0.50 450.00/hr | NO CHARGE |
| | LBD | Multiple emails with J. Day re OUST policy and/or form for drawn downs on retainers per court order. | 0.30 450.00/hr | NO CHARGE |
| | LBD | Email to R. Say re engagement letter and resume for application to employ. | 0.10 450.00/hr | NO CHARGE |
| | LBD | Email to M. Ferreira re verification about personal credit card use on behalf of the Debtor. | 0.10 450.00/hr | 45.00 |
| 4/7/2020 | LBD | Review court NEF message regarding cash collateral order and service. | 0.10 450.00/hr | NO CHARGE |
| | LBD | Revise order re cash collateral. | 0.20 450.00/hr | NO CHARGE |
| | LBD | Prepare certificate of service re cash collateral order. | 0.20 450.00/hr | NO CHARGE |
| | LBD | Prepare Order re appointment of responsible person. | 0.10 450.00/hr | 45.00 |
| 4/3/2020 | LBD | Review and file order re application to employ  Fox Law Corp. | 0.20 450.00/hr | 90.00 |
| 4/6/2020 | LBD | Review and finalize cash collateral order. | 0.20 450.00/hr | 90.00 |
| | LBD | Oversee filing of payroll order. | 0.20 450.00/hr | NO CHARGE |
| 4/12/2020 | LBD | Review Heritage Bank  of Commerce proof of claim. | 0.10 450.00/hr | 45.00 |
| | LBD | Email to T. Broadlick re status of March Monthly operating report. | 0.10 450.00/hr | 45.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/14/2020 | SRF | Telephone call to MG for the landlord. Discuss terms of a new potential deal. (.1)  Work on notes and thoughts for next call.  (.1) Telephone call to MF at the Debtor to discuss.  (.2) | 0.60 475.00/hr | 285.00 |
| | | Return later call from Mauro F with a question about  the deal terms.  (.1) Call from MG, landlord's counsel, regarding terms.  (.1) | | |
| | LBD | Multiple emails with T. Broadlick re Monthly operating report. | 0.20 450.00/hr | 90.00 |
| | LBD | Email to M. Ferreira re status of insurance information on 20008 cargo vehicle re response to UST email. | 0.10 450.00/hr | 45.00 |
| | LBD | Review and assemble March Monthly operating report. | 1.90 450.00/hr | NO CHARGE |
| 4/15/2020 | SRF | Work through the draft March, 2020, Monthly operating report. | 0.20 475.00/hr | 95.00 |
| | SRF | Leasehold.  Telephone call to landlord's attorney to discuss paper over the phone the terms of what we believe is the deal.  (.2)  Prepare detailed memo to client regarding the same.  (.2) | 0.40 475.00/hr | 190.00 |
| 4/17/2020 | LBD | Telephone conference with  S. Fox to review things to do in the case including cash collateral order, new cash collateral motion and other issues. | 0.30 450.00/hr | NO CHARGE |
| | LBD | Multiple emails with T. Broadlick re issues with the Monthly operating report. | 0.20 450.00/hr | 90.00 |
| 4/19/2020 | LBD | Revise Monthly operating report with footnote re total assets and liabilities as of petition date (.2); Email to T. Broadlick re canceled checks re Monthly operating report.(.1). | 0.30 450.00/hr | 135.00 |
| | LBD | Oversee filing of March Monthly operating report. | 0.20 450.00/hr | NO CHARGE |

|            |     |                                                                                                                                                                                                                                                                    | Hrs/Rate            | Amount    |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------|-----------|
| 4/20/2020  | SRF | Read through the filed March Monthly operating report.                                                                                                                                                                                                             | 0.10<br>475.00/hr   | NO CHARGE |
| 4/21/2020  | SRF | Lease rejection.  Read through the stipulation by the landlord to reject the lease and for other relief.  Make changes to it.  Pull up the original lease and summarize relevant provisions for DF.  (.3) Prepare an email to DF personnel regarding the rejection and its various provisions. (.2) | 0.50<br>475.00/hr   | 237.50    |
| 4/22/2020  | SRF | Telephone call to MF to review the landlord's drafted stipulation with him. Answer his questions and review portions of the building lease with him. While on the call, draft much of an email to the landlord's attorney and get MF's approval.  (.4)  Following call, continue to prepare the communication.  (.2) | 0.60<br>475.00/hr   | 285.00    |
|            | SRF | Building lease.  Telephone call to landlord's attorney to discuss stipulation terms.                                                                                                                                                                                | 0.20<br>475.00/hr   | 95.00     |
| 4/23/2020  | SRF | Go back to the stipulation and go through it again with an eye on yesterday's call to the landlord's attorney.  Call MF to discuss deal terms and today's inspection of the premises by the landlord.  (.3)  Follow up email to landlord's attorney regarding final terms to stipulation.  (.1) | 0.40<br>475.00/hr   | 190.00    |
| 4/25/2020  | SRF | Building Lease.  Telephone call from MF to discuss the latest draft of the rejection stipulation.                                                                                                                                                                   | 0.30<br>475.00/hr   | 142.50    |
| 4/29/2020  | SRF | Telephone conference with MF to discuss the landlord stipulation and repair/maintenance costs.                                                                                                                                                                      | 0.20<br>475.00/hr   | 95.00     |
| 5/6/2020   | SRF | Email to landlord's attorney with update about move and proposed change to settlement terms.                                                                                                                                                                        | 0.10<br>475.00/hr   | 47.50     |
| 5/7/2020   | SRF | Telephone call to MF to obtain approval of the settlement terms. (.1) Email to landlord's attorney regarding                                                                                                                                                        | 1.40<br>475.00/hr   | 665.00    |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | the same.  (.1)  Begin to draft the settlement motion.  (1.2) |  |  |
| 5/11/2020 | SRF | Work on administrative matters in the case. | 0.80<br>475.00/hr | NO CHARGE |
|  | SRF | Work through the April 2020 Monthly operating report. | 0.20<br>475.00/hr | 95.00 |
| 5/12/2020 | SRF | Respond to inquiry by landlord about the settlement. | 0.10<br>475.00/hr | 47.50 |
|  | SRF | Work on cash collateral issues in part emailing counsel for Heritage Bank. | 0.20<br>475.00/hr | 95.00 |
| 5/13/2020 | SRF | Work on the cash collateral order from the April hearing and upload it. | 0.50<br>475.00/hr | NO CHARGE |
| 5/14/2020 | SRF | Further work on the motion and notice for the compromise motion with the landlord.  Approx. 2 hours spent. | 0.50<br>475.00/hr | 237.50 |
|  | SRF | No charged portion of time spent working on the compromise motion and notice.  2.0 hours total.  1.5 hours no charged. | 1.50<br>475.00/hr | NO CHARGE |
|  | P | Work on internal claims register used to track claims and for plan projections. | 0.50<br>125.00/hr | 62.50 |
| 5/15/2020 | SRF | Complete the landlord compromise motion and notice.  (.4)<br><br>Telephone call to MF to discuss the motion and a new location.  (.2) During call, send him two emails. | 0.60<br>475.00/hr | 285.00 |
|  | SRF | Begin work on the next cash collateral motion. | 0.60<br>475.00/hr | 285.00 |
| 5/16/2020 | SRF | Further work on the compromise motion with the landlord, the notice and the COS. | 0.80<br>475.00/hr | 380.00 |
| 5/17/2020 | SRF | Further work on the 2nd supplement to the cash collateral application and the MF declaration. | 0.80<br>475.00/hr | 380.00 |

|            |     |                                                                                                                                                                                                                                                                                                                                                                             | Hrs/Rate            | Amount     |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------|------------|
| 5/18/2020  | SRF | Download and review the two motions (borrow and cash collateral), the notices and the COS.  Provide to client personnel with comments.                                                                                                                                                                                                                                       | 0.30<br>475.00/hr   | NO CHARGE  |
| 5/19/2020  | SRF | Prepare amended notices on hearings on the cash collateral                                                                                                                                                                                                                                                                                                                   | 0.20<br>475.00/hr   | NO CHARGE  |
|            | SRF | Prepare amended notice of hearing on the lease rejection compromise.                                                                                                                                                                                                                                                                                                         | 0.20<br>475.00/hr   | NO CHARGE  |
| 6/1/2020   | SRF | Prepare status report ahead of 6/2 deadline.  Emails to/from bookkeeper for financial information.  Draft the status report.                                                                                                                                                                                                                                                 | 0.90<br>475.00/hr   | 427.50     |
| 6/2/2020   | SRF | Status Report.  Final revisions to the status report and speak with the bookkeeper and then MR about figures for the status report and final revisions.                                                                                                                                                                                                                      | 0.40<br>475.00/hr   | 190.00     |
| 6/4/2020   | SRF | Telephone call from MF regarding Heritage's Bank's notice of inspect/valuation and efforts to move the business.  (.2)                                                                                                                                                                                                                                                       | 0.20<br>475.00/hr   | NO CHARGE  |
| 6/11/2020  | SRF | Prepare for the hearings on the motion to use cash collateral through 12/202, the compromise with the landlord on the chapter 11 status conference.  (.3) Call in to CourtCall and wait for docket to begin and case to be called.  (.7)  Appear at hearing on the two motions and the status conference.  (.3)                                                                | 1.30<br>475.00/hr   | 617.50     |
|            | SRF | Prepare order on the use of cash collateral.  (.3)  Forward to bank's counsel for his signature with comments.  (.1)                                                                                                                                                                                                                                                         | 0.40<br>475.00/hr   | 190.00     |
|            | SRF | Landlord compromise.  Prepare order on the compromise order.  Re-draft the stipulation into the order. (.5) Then send to landlord's counsel with comments and questions.  (.1)                                                                                                                                                                                                | 0.60<br>475.00/hr   | 285.00     |
|            | SRF | Telephone call to MF regarding the lease situation and moving.                                                                                                                                                                                                                                                                                                               | 0.20<br>475.00/hr   | 95.00      |

|            |     |                                                                                                                                                                                                                                                           | Hrs/Rate            | Amount      |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------|-------------|
| 6/12/2020  | SRF | Prepare COS and final set up for order authorizing use of cash collateral.  Check local rule and website requirements.  Upload the COS and the order.                                                                                                       | 0.50<br>475.00/hr   | NO CHARGE   |
|            | SRF | Review and revise the order on the compromise with the landlord.  Return by email to the landlord's attorney with comments.                                                                                                                                | 0.30<br>475.00/hr   | 142.50      |
| 6/16/2020  | SRF | Landlord motion.  Final check to the order and then upload.                                                                                                                                                                                                | 0.50<br>475.00/hr   | NO CHARGE   |
| 6/19/2020  | SRF | Telephone call from bookkeeper to discuss the May Monthly operating report.                                                                                                                                                                                | 0.10<br>475.00/hr   | 47.50       |
|            | SRF | Email from MF regarding a writ of execution by Challenge Dairy.  Read through the 18 pages, pull up and read other documents I have on the state court lawsuit (.2)  and call MF to discuss potential steps to take.  (.2)                                   | 0.40<br>475.00/hr   | 190.00      |
| 6/24/2020  | SRF | Begin work on the motion to enter into the lease and the sub-lease.  Read the leases and start drafting the motion.                                                                                                                                         | 1.20<br>475.00/hr   | 570.00      |
| 6/25/2020  | SRF | Continue working on the motion to enter into the lease and the sub-lease. (.6)<br><br>Telephone call to MF to go through the motion line by line looking for information, etc.  (.8)<br><br>Continue working on the motion.  (.8)                            | 2.40<br>475.00/hr   | 1,140.00    |
| 6/26/2020  | SRF | Leases.  Work on the application to shorten time for notice of hearing (.5) and also email MF with requests of things for him to do in connection with the motion. (.1) Call MF with a question for him (.1), send him one email with other requests (.1) and one call from MF with a question for me about the motion.  (.1)<br><br>Call the two landlords and the one sub-landlord to discuss the ex parte | 1.40<br>475.00/hr   | 665.00      |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | application and the motion with each of them.  (.4)  Follow up call to MF to keep him on track to get one more signed document.  (.1) | | |
| 7/1/2020 | SRF | Telephone call from MF regarding the 7/1 move out and the landlord's inspection. | 0.20 475.00/hr | 95.00 |
| 7/2/2020 | SRF | Leases.  Continue work on the motion to enter into the new leases, the declaration and the motion to shorten time. | 1.60 475.00/hr | 760.00 |
| 7/1/2020 | SRF | Work with staff on filing issues for the motion to enter into new leases and to shorten time for notice of a hearing. | 0.80 475.00/hr | NO CHARGE |
| 7/7/2020 | SRF | Telephone call from DF's bookkeeper to discuss ongoing issues for the company.  (.1) | 0.40 475.00/hr | 190.00 |
| | | Prepare declaration of MF regarding move from the prior leasehold to the new locations.  (.3) | | |
| 7/8/2020 | SRF | Prepare COS for declaration on vacating the prior leasehold premises. Upload both. | 0.40 475.00/hr | NO CHARGE |
| | SRF | Old leasehold.  Return call from old landlord's attorney regarding the move out. (.2)  Follow up by phone with MF on one question the landlord has.  (.1) | 0.30 475.00/hr | 142.50 |
| 7/9/2020 | SRF | Motion to enter into new leases. Prepare for hearing.  (.3)  Call in and wait for matter to be called. Participate in the hearing.  Motion granted.  (.5)  Telephone call to MF to discuss hearing and also last issue with prior landlord.  (.1)  Prepare order granting the motion.  (.3) | 1.20 475.00/hr | 570.00 |
| | SRF | Prepare a notice of opportunity to object and work with staff on filing and service issues. | 0.50 475.00/hr | NO CHARGE |
| 7/15/2020 | SRF | Telephone call from MF to discuss financing issues, in particular, doing a PPP loan, and cash flow issues. | 0.20 475.00/hr | 95.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/27/2020 | SRF | Work through the June Monthly operating report. | 0.30 475.00/hr | 142.50 |
| | SRF | Telephone call to MF to discuss business status and infusion of monies. | 0.20 475.00/hr | 95.00 |
| 8/2/2020 | SRF | Begin work on the Disclosure Statement by emailing DF personnel including its bookkeeper asking questions and seeking information. Do some discussion of necessary items for a Disclosure Statement and the projections. | 0.40 475.00/hr | 190.00 |
| 8/5/2020 | SRF | Work on the liquidation analysis. (.2) Send email to MF regarding his work on the analysis. (.1) Prepare email to Heritage Bank's counsel about the bank's treatment. (.2) | 0.50 475.00/hr | 237.50 |
| 8/6/2020 | SRF | Telephone call to counsel for Heritage Bank to discuss plan provisions and the business. (.4) | 0.60 475.00/hr | 285.00 |
| | | Email to client to discuss settlement issues. (.2) | | |
| 8/8/2020 | SRF | Email to bank's counsel regarding the settlement discussions we have started. | 0.10 475.00/hr | 47.50 |
| | SRF | Telephone call to MF to discuss various matters including the plan projections, confirmation issues, insurance and business status. | 0.40 475.00/hr | 190.00 |
| 8/11/2020 | SRF | Work with bookkeeper on the initial draft of the projections. Go item by item, question assumptions and check back-up information. Conclude with tasks to be followed up on to complete a decent draft of the projections. | 0.80 475.00/hr | 380.00 |
| | SRF | Email to counsel for Heritage Bank, continuing settlement discussions. | 0.20 475.00/hr | 95.00 |
| 8/12/2020 | SRF | Telephone call from D.F.'s bookkeeper to further discuss the projections. | 0.20 475.00/hr | 95.00 |

Exhibit "C" page 079

Case: 20-30095  Doc# 156  Filed: 02/12/21  Entered: 02/12/21 13:38:30  Page 79 of 164

|            |     |                                                                                                               | Hrs/Rate       | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------|----------------|----------|
| 8/13/2020  | SRF | Work through the projections draft and make additional suggestions for changes.                               | 0.30 475.00/hr | 142.50   |
| 8/17/2020  | SRF | Prepare the first draft of the Disclosure Statement.                                                          | 3.20 475.00/hr | 1,520.00 |
|            | SRF | Final review of the July Monthly operating report.                                                            | 0.20 475.00/hr | 95.00    |
|            | SRF | Telephone call to MF to work through the spreadsheet he sent to me yesterday.  Follow up email to bank's counsel regarding the same spreadsheet. | 0.30 475.00/hr | 142.50   |
| 8/18/2020  | SRF | Continued work on the Disclosure Statement.                                                                   | 0.80 475.00/hr | 380.00   |
|            | SRF | Telephone conference with MF to discuss in detail the Heritage Bank proposal on the plan.  Discuss the proposal and a counter proposal. | 0.50 475.00/hr | 237.50   |
| 8/19/2020  | SRF | Email to MF regarding a counter to the bank.  (.1)  Telephone call to MF regarding the same.  (.1)  Upon receiving authorization, draft a proposal to the bank.  (.4) | 0.60 475.00/hr | 285.00   |
|            | SRF | Go through the projections with MF, asking about assumptions and individual categories.                       | 0.60 475.00/hr | 285.00   |
| 8/24/2020  | SRF | Examine and then prepare communication to client regarding bank's present settlement position.               | 0.30 475.00/hr | 142.50   |
|            | SRF | Continued work on the Disclosure Statement.                                                                   | 1.80 475.00/hr | 855.00   |
|            | SRF | Continued work at night on the draft Disclosure Statement.                                                    | 0.60 475.00/hr | 285.00   |
| 8/25/2020  | SRF | Telephone conference with MF and Joanne F. to discuss the settlement discussions with the bank and to form a counter proposal.  (.6)  Following the call, draft a proposed counter offer, prepare an amortization chart and send both to DF with | 2.60 475.00/hr | 1,235.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | comments.  (.4) |  |  |
|  |  | Continued work on the draft disclosure statement. Complete a first draft of the Disclosure Statement, the declaration and the liquidation analysis.  (1.6) |  |  |
| 8/26/2020 | SRF | Continued work on the Disclosure Statement, editing and inputting information from the projections. | 0.50 475.00/hr | 237.50 |
|  | SRF | With authorization from MF, edit and complete the latest counter offer to the bank. | 0.30 475.00/hr | 142.50 |
|  | SRF | In light of bank's stated intent to take the 1111(b) election, do legal research concerning classification of unsecured portion, what payment stream the creditor is entitled to under the election, etc. | 0.70 475.00/hr | 332.50 |
|  | SRF | Go line by line through the Disclosure Statement  with MF, asking questions, answering questions and confirming information. | 1.80 475.00/hr | 855.00 |
|  | SRF | Phone conference with bank's counsel to discuss intricacies of the 1111(b) election, looking to see if the parties approach the election in the same way.  Discuss the current counter proposal. (.5) Memo to MF regarding the call. (.1) | 0.60 475.00/hr | 285.00 |
| 8/27/2020 | SRF | Work further on the Disclosure Statement. | 1.60 475.00/hr | 760.00 |
|  | SRF | Spend time at the court's website reading about Disclosure Statement and plan requirements, forms, procedures, etc. | 0.70 475.00/hr | NO CHARGE |
|  | SRF | Emails to/from bank counsel (.2)  then call from counsel to discuss settlement further.  (.1) | 0.30 475.00/hr | 142.50 |
| 8/28/2020 | SRF | Continued work on the Disclosure Statement in light of MF's changes and general editing.  Incorporate | 2.30 475.00/hr | 1,092.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | additional provisions into the Disclosure Statement. | | |
| 8/28/2020 | SRF | Work on the plan. | 1.60 475.00/hr | 760.00 |
| 8/29/2020 | SRF | Complete work on the Disclosure Statement and Plan. (1.8) Prepare the notice of hearing - completed. (.1) Prepare the certificate of service. (.2) Review the LBR and the judge's procedures for any potential issues with the Disclosure Statement and Plan. (.2) | 2.30 475.00/hr | 1,092.50 |
| 8/31/2020 | SRF | Assist staff with preparing Disclosure Statement and related materials for filing, service and efiling. | 1.40 475.00/hr | NO CHARGE |
| 9/2/2020 | SRF | Prepare the status report and declaration for the 9/10 hearing. | 1.20 475.00/hr | 570.00 |
| 9/10/2020 | SRF | Prepare motion to extend time under 1121/1129(e) for SBD cases. Complete by 8:15 a.m. (1.5) Telephone call from MF to discuss his declaration. (.1) Following the status conference on this date, revise a portion of the motion and declaration and review with MF. (.4) | 2.00 475.00/hr | 950.00 |
| | SRF | Prepare for (.2) and attend the status conference. (.6) Following the status conference, go through files and find the PACER version of the notice of hearing on the Disclosure Statement that the Court could not find, speak with MF about moving forward and getting the PPP monies back to the lender (.2) and revise the notice of hearing for filing today. (.2) Telephone call from Bank's attorney regarding the next steps. (.2) | 1.40 475.00/hr | 665.00 |
| | SRF | Work with staff on filing issues for the motion to extend time and its notice and COS and also the notice of Disclosure Statement hearing and its COS. Work on the items with staff and assist with the efiling. | 1.60 475.00/hr | NO CHARGE |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/13/2020 | SRF | On a Sunday morning, work on the bank's 4 page letter regarding the Disclosure Statement and changes the bank would like (.3) before a telephone conference with MF discussing the bank's points and how to respond. (1.1) | 1.40 475.00/hr | 665.00 |
| 9/15/2020 | SRF | Work through the bank's 4 page letter of requested changes to the Disclosure Statement and provide responses and thoughts, item by item. As part of this conduct legal research on status of lien under an 1111(b) election when the secured portion of the claim is paid. | 1.30 475.00/hr | 617.50 |
| 9/16/2020 | SRF | Work further on the response to the bank's issues with the Disclosure Statement and Plan. | 0.20 475.00/hr | 95.00 |
| | SRF | Upon receipt of 2nd reviewing email from MF, complete draft of response to the bank concerning its potential objections to the Disclosure Statement and plan. | 0.20 475.00/hr | 95.00 |
| | P | Work on the August Monthly operating report looking to make sure that the numbers tie up, etc. | 0.70 125.00/hr | 87.50 |
| 9/17/2020 | P | Work on the final version of the August, Monthly operating report, e.g. redacting. | 0.20 125.00/hr | NO CHARGE |
| 9/20/2020 | SRF | Lengthy conference call with MF to discuss the bank's responses on the various Disclosure Statement and plan issues that the bank has raised. | 0.80 475.00/hr | 380.00 |
| 9/22/2020 | SRF | Further response to bank on its positions about changes to the Disclosure Statement and the Plan. | 0.30 475.00/hr | 142.50 |
| 9/30/2020 | SRF | Further revisions to the negotiating terms with the bank on the Disclosure Statement and plan. During this work, call MF to obtain guidance and instructions. (.5) Telephone call from Tom Lewis for the bank regarding the changes. (.1) | 0.60 475.00/hr | 285.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/5/2020 | SRF | Work on the First Amended Disclosure Statement. | 0.80 475.00/hr | 380.00 |
| 10/8/2020 | SRF | Work with staff to complete the status report and the COS, work to get them served and efiled. | 0.90 475.00/hr | NO CHARGE |
| 10/14/2020 | SRF | Telephone call to MF to discuss the impact of the hospitalization on the business and the changes he will make at the business going forward to compensate. | 0.20 475.00/hr | 95.00 |
| 10/15/2020 | SRF | Prepare for hearing on the original Disclosure Statement, the motion to extend time to confirm a plan and the status conference.  Read the Disclosure Statement  plus the amended Disclosure Statement with the changes the bank and the debtor have agreed to, put notes together for the hearing.  Emails to/from counsel for bank to discuss our remaining difference.  (.8)  Appear at the hearing on the Disclosure Statement, the status conference and the motion to extend time to confirm a plan.  Wait for matters to be called.  (.7) Telephone call to MF following the hearing.  (.1) | 1.60 475.00/hr | 760.00 |
| 10/16/2020 | SRF | Work with bookkeeper on DF projections.  Note the absence of the $20k new value monies, look at the rate of growth at 1% and other items to see if more net income can be generated.  Adjust payment amounts for the bank's two claims. | 0.40 475.00/hr | 190.00 |
| 10/29/2020 | SRF | Work on the FADS. | 0.90 475.00/hr | 427.50 |
| 11/2/2020 | SRF | Work on the revised Disclosure Statement  and plan. | 0.80 475.00/hr | 380.00 |
| 11/10/2020 | SRF | Work on the Firs Amended Disclosure Statement  and Plan with bank's edits. | 0.50 475.00/hr | 237.50 |
| 11/11/2020 | SRF | Further work on the FADS/Plan. | 0.50 475.00/hr | 237.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/12/2020 | SRF | Further work on the Disclosure Statement on own looking for missing information (.3) and then page by page with bank's counsel. (.3) | 0.60 475.00/hr | 285.00 |
| | SRF | Speak by phone with MF regarding the debtor's FADS. | 0.20 475.00/hr | 95.00 |
| 11/13/2020 | SRF | Further work on the FADS/Plan. (.8) Confer by phone with MF (.3) | 1.10 475.00/hr | 522.50 |
| 11/15/2020 | SRF | Continued work on the FADS/Plan. Two calls with MF to discuss. | 1.00 475.00/hr | 475.00 |
| 11/16/2020 | SRF | Work on the October Monthly operating report. | 0.20 475.00/hr | 95.00 |
| 11/17/2020 | SRF | Further work on the Disclosure Statement /Plan. Go through the COS and direct edits/ changes. Prepare the notice of hearing. Email to/from court clerk regarding a hearing date (as the court's procedures state that the hearing may not be unilaterally set). Go back through the Disclosure Statement /Plan for issues. (1.2)  Work with staff (at no charge) to get the papers (the Disclosure Statement /Plan, the Notice, exhibits, COS, etc.) ready for filing. (.4) | 1.60 475.00/hr | NO CHARGE |
| 11/30/2020 | SRF | Telephone call to bookkeeper to discuss the financial reports I had requested for the cash collateral motion. | 0.20 475.00/hr | 95.00 |
| 12/3/2020 | SRF | Prepare for hearing on the FADS. (.5)  Attend the hearing, wait for it to be called and discuss the Disclosure Statement with the court. (.7) Call to MF and to JF to discuss the court's concerns about feasibility. Discuss means to satisfy court's concern. Also address other case issues. (.5)  Prepare email to bank's counsel regarding feasibility, the last day to obtain approval and cash collateral. (.2) | 2.50 475.00/hr | 1,187.50 |

|            |     |                                                                                                                                                                                          | Hrs/Rate            | Amount      |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------|-------------|
|            |     | Prepare order giving tentative approval of the disclosure statement. (.6)                                                                                                                 |                     |             |
| 12/5/2020  | SRF | Work on and come close to finalizing the 2nd motion to extend time to confirm a plan.  Work on the ex parte application to shorten time for notice of the hearing.  Email UST and bank's counsel for their positions on the ex part motion. | 1.50 475.00/hr      | 712.50      |
| 12/6/2020  | SRF | Further work on the motion to extend time to confirm a plan and the ex parte application to shorten time.                                                                                  | 0.40 475.00/hr      | 190.00      |
|            | SRF | Work on the next cash collateral motion.                                                                                                                                                  | 1.90 475.00/hr      | 902.50      |
| 12/9/2020  | SRF | Work further on the cash collateral motion.  (Filed and served this day.)                                                                                                                 | 0.30 475.00/hr      | 142.50      |
|            | SRF | Work with staff on filing and service issues for the 2nd motion to extend time to assume lease.  (.5)                                                                                      | 0.50 475.00/hr      | NO CHARGE   |
| 12/11/2020 | SRF | Prepare notice of confirmation hearing.                                                                                                                                                   | 0.30 475.00/hr      | 142.50      |
| 12/15/2020 | SRF | Review the November Monthly operating report and provide instructions to staff regarding redactions and efiling.                                                                          | 0.20 475.00/hr      | 95.00       |
| 12/16/2020 | SRF | Work telephonically with MF regarding obtaining ballots, going through solicitation rules and process.                                                                                     | 0.50 475.00/hr      | 237.50      |
|            | SRF | Work on the stipulation on cash collateral.                                                                                                                                               | 0.40 475.00/hr      | 190.00      |
| 1/2/2021   | SRF | Work on a first draft of the plan confirmation memorandum and motion.                                                                                                                     | 1.40 475.00/hr      | 665.00      |
| 1/5/2021   | SRF | Prepare order on 3rd supplement to use of cash collateral.  Forward to bank's counsel with comments.                                                                                      | 0.20 475.00/hr      | 95.00       |
| 1/10/2021  | SRF | Continued work on the plan confirmation memorandum.                                                                                                                                       | 0.50 475.00/hr      | 237.50      |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/12/2021 | SRF | Telephone call from MF to discuss the status of confirmation and to review feasibility issue. | 0.30 475.00/hr | 142.50 |
| | SRF | Further work on the confirmation memo. | 0.90 475.00/hr | 427.50 |
| 1/13/2021 | SRF | Work on the plan confirmation memo focusing on the sections that discuss the concerns the court raised at the disclosure statement hearing. | 1.60 475.00/hr | 760.00 |
| | SRF | Telephone call to MF to discuss changes to business structure that will enhance plan feasibility. Discuss related issues. | 0.40 475.00/hr | 190.00 |
| 1/14/2021 | SRF | Continue work on the plan confirmation motion. | 3.50 475.00/hr | 1,662.50 |
| 1/16/2021 | SRF | Complete the plan confirmation memo, prepare the ballot summary. | 0.50 475.00/hr | 237.50 |
| 1/15/2021 | P | Prepare plan confirmation memo for filing, get attorney approval. Review the Ballot Summary, organize it for filing. Prepare the certificate of service. Get Fox approval for three efilings. | 2.10 125.00/hr | NO CHARGE |
| 1/16/2021 | SRF | Work through the December, 2020, Monthly operating report and pass it on to staff with instructions. | 0.20 475.00/hr | 95.00 |
| 1/21/2021 | SRF | Beginning at 7:30 a.m., begin reviewing the plan, the memorandum and the various financial exhibits. (.5) Telephone conference with MF and JF to review his testimony. Go through the operative documents and prepare him for questions and cross exam. (1.6) Continue preparing for the hearing. (.2) Attend the hearing and wait for calendar to be called. Plan confirmed. (.2) Telephone conference with JF and MF following to explain the next steps and to answer their questions. (.3) Prepare order on confirmation. (.7) | 3.50 475.00/hr | 1,662.50 |

Douce France d/b/a Douce France Bakery    Page    34

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 246.80 | $94,765.00 |

Exhibit "C"  page  088

# Exhibit "D"

The Fox Law Corporation
17835 Ventura Blvd., Suite 306
Encino, CA 91316

# BILLING BY
# ACTIVITY CODE

Invoice submitted to:
Douce France d/b/a Douce France Bakery
686 Broadway Street,
Redwood City, CA 94063

February 3, 2021

Professional Services

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| **Asset Disp** |  |  |  |  |  |
|  | 3/27/2020 | SRF | Telephone call to attorney for landlord to see if settlement discussions would be fruitful. (.3) Follow up email to DF regarding the same. (.1) | 0.40 475.00/hr | 190.00 |
|  | 3/31/2020 | SRF | With notes from Debtor's principal, prepare a proposed settlement offer to the landlord. Provide to client with comments. | 0.40 475.00/hr | 190.00 |
|  | 4/1/2020 | SRF | Prepare an offer to settle to the landlord based on my notes to MF and his acceptance of the terms I had suggested. | 0.30 475.00/hr | 142.50 |
|  | 4/2/2020 | SRF | Telephone call from building landlord with a proposal to settle the dispute. Following call, put together notes to understand the proposal. | 0.30 475.00/hr | 142.50 |
|  | 4/3/2020 | SRF | Telephone call from landlord's attorney to discuss potential settlement of issues. | 0.20 475.00/hr | 95.00 |
|  |  | SRF | Prepare lengthy email to MF at DF discussing the landlord's proposal to settle, look at options and make a recommendation. | 0.30 475.00/hr | 142.50 |

| Date | | Description | Hrs/Rate | Amount |
|------|------|-------------|----------|--------|
| 4/6/2020 | SRF | Telephone call from attorney for landlord to continue settlement discussions.  (.3)  Prepare email to MF regarding status.  (.2) | 0.50 475.00/hr | 237.50 |
| 4/15/2020 | SRF | Leasehold.  Telephone call to landlord's attorney to discuss paper over the phone the terms of what we believe is the deal.  (.2)  Prepare detailed memo to client regarding the same.  (.2) | 0.40 475.00/hr | 190.00 |
| 4/21/2020 | SRF | Lease rejection.  Read through the stipulation by the landlord to reject the lease and for other relief.  Make changes to it.  Pull up the original lease and summarize relevant provisions for DF.  (.3) Prepare an email to DF personnel regarding the rejection and its various provisions. (.2) | 0.50 475.00/hr | 237.50 |
| 4/22/2020 | SRF | Telephone call to MF to review the landlord's drafted stipulation with him.  Answer his questions and review portions of the building lease with him.  While on the call, draft much of an email to the landlord's attorney and get MF's approval.  (.4)  Following call, continue to prepare the communication.  (.2) | 0.60 475.00/hr | 285.00 |
| | SRF | Building lease.  Telephone call to landlord's attorney to discuss stipulation terms. | 0.20 475.00/hr | 95.00 |
| 4/23/2020 | SRF | Go back to the stipulation and go through it again with an eye on yesterday's call to the landlord's attorney.  Call MF to discuss deal terms and today's inspection of the premises by the landlord.  (.3)  Follow up email to landlord's attorney regarding final terms to stipulation.  (.1) | 0.40 475.00/hr | 190.00 |
| 4/25/2020 | SRF | Building Lease.  Telephone call from MF to discuss the latest draft of the rejection stipulation. | 0.30 475.00/hr | 142.50 |
| 4/29/2020 | SRF | Telephone conference with MF to discuss the landlord stipulation and repair/maintenance costs. | 0.20 475.00/hr | 95.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/6/2020 | SRF | Email to landlord's attorney with update about move and proposed change to settlement terms. | 0.10 475.00/hr | 47.50 |
| 5/7/2020 | SRF | Telephone call to MF to obtain approval of the settlement terms. (.1) Email to landlord's attorney regarding the same. (.1)  Begin to draft the settlement motion. (1.2) | 1.40 475.00/hr | 665.00 |
| 5/12/2020 | SRF | Respond to inquiry by landlord about the settlement. | 0.10 475.00/hr | 47.50 |
| 5/14/2020 | SRF | Further work on the motion and notice for the compromise motion with the landlord.  Approx. 2 hours spent. | 0.50 475.00/hr | 237.50 |
| | SRF | No charged portion of time spent working on the compromise motion and notice.  2.0 hours total.  1.5 hours no charged. | 1.50 475.00/hr | NO CHARGE |
| 5/15/2020 | SRF | Complete the landlord compromise motion and notice.  (.4) | 0.60 475.00/hr | 285.00 |
| | | Telephone call to MF to discuss the motion and a new location.  (.2) During call, send him two emails. | | |
| 5/16/2020 | SRF | Further work on the compromise motion with the landlord, the notice and the COS. | 0.80 475.00/hr | 380.00 |
| 5/19/2020 | SRF | Prepare amended notice of hearing on the lease rejection compromise. | 0.20 475.00/hr | NO CHARGE |
| 6/4/2020 | SRF | Telephone call from MF regarding Heritage's Bank's notice of inspect/valuation and efforts to move the business.  (.2) | 0.20 475.00/hr | NO CHARGE |
| 6/11/2020 | SRF | Telephone call to MF regarding the lease situation and moving. | 0.20 475.00/hr | 95.00 |
| | SRF | Landlord compromise.  Prepare order on the compromise order.  Re-draft the stipulation into the order. (.5) Then send to landlord's counsel with comments and questions.  (.1) | 0.60 475.00/hr | 285.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/12/2020 | SRF | Review and revise the order on the compromise with the landlord. Return by email to the landlord's attorney with comments. | 0.30 475.00/hr | 142.50 |
| 6/16/2020 | SRF | Landlord motion. Final check to the order and then upload. | 0.50 475.00/hr | NO CHARGE |
| 6/24/2020 | SRF | Begin work on the motion to enter into the lease and the sub-lease. Read the leases and start drafting the motion. | 1.20 475.00/hr | 570.00 |
| 6/25/2020 | SRF | Continue working on the motion to enter into the lease and the sub-lease. (.6)  Telephone call to MF to go through the motion line by line looking for information, etc. (.8)  Continue working on the motion. (.8) | 2.40 475.00/hr | 1,140.00 |
| 6/26/2020 | SRF | Leases. Work on the application to shorten time for notice of hearing (.5) and also email MF with requests of things for him to do in connection with the motion. (.1) Call MF with a question for him (.1), send him one email with other requests (.1) and one call from MF with a question for me about the motion. (.1)  Call the two landlords and the one sub-landlord to discuss the ex parte application and the motion with each of them. (.4) Follow up call to MF to keep him on track to get one more signed document. (.1) | 1.40 475.00/hr | 665.00 |
| 7/1/2020 | SRF | Work with staff on filing issues for the motion to enter into new leases and to shorten time for notice of a hearing. | 0.80 475.00/hr | NO CHARGE |
| | SRF | Telephone call from MF regarding the 7/1 move out and the landlord's inspection. | 0.20 475.00/hr | 95.00 |

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 7/2/2020 | SRF | | Leases.  Continue work on the motion to enter into the new leases, the declaration and the motion to shorten time. | 1.60 475.00/hr | 760.00 |
| 7/8/2020 | SRF | | Old leasehold.  Return call from old landlord's attorney regarding the move out. (.2)  Follow up by phone with MF on one question the landlord has.  (.1) | 0.30 475.00/hr | 142.50 |
| 7/9/2020 | SRF | | Prepare a notice of opportunity to object and work with staff on filing and service issues. | 0.50 475.00/hr | NO CHARGE |
| | SRF | | Motion to enter into new leases. Prepare for hearing.  (.3)  Call in and wait for matter to be called. Participate in the hearing.  Motion granted.  (.5)  Telephone call to MF to discuss hearing and also last issue with prior landlord.  (.1)  Prepare order granting the motion.  (.3) | 1.20 475.00/hr | 570.00 |
| SUBTOTAL: | | | | [     21.60 | 8,502.50] |

Biz Oper
_____

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 1/29/2020 | LBD | | Work on the first day declaration of M. Ferriera. | 1.50 450.00/hr | 675.00 |
| 1/30/2020 | SRF | | Utilities Motion.  Work on the utilities motion. | 0.50 475.00/hr | 237.50 |
| 1/31/2020 | SRF | | Telephone call to bookkeeper Tammy Broadlick (TB) to discuss payroll and accounting problems. | 0.20 475.00/hr | 95.00 |
| 2/3/2020 | LBD | | Prepare supplement to Declaration of M. Ferreira re payroll motion exhibits | 0.20 450.00/hr | 90.00 |
| | LBD | | Prepare spreadsheets of payrolls to be approved and paid per the payroll motion. | 0.50 450.00/hr | NO CHARGE |
| 2/4/2020 | LBD | | Revise payroll order after hearing on first day motions. | 0.40 450.00/hr | 180.00 |
| | LBD | | Review and revise Utility Order after hearing on first day motions | 0.40 450.00/hr | 180.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/4/2020 | LBD | Court call re first day motions. Listen in to the hearing on the first day motions. Use the information gathered from the hearing to prepare the orders on the first day motions. | 0.90 450.00/hr | NO CHARGE |
|  | LBD | Prepare Utility order. | 0.50 450.00/hr | 225.00 |
|  | LBD | Prepare payroll order. | 0.50 450.00/hr | 225.00 |
|  | LBD | Review and revise current payroll spreadsheet. | 0.20 450.00/hr | 90.00 |
|  | LBD | Telephone conference with T. Broadlick re payroll spreadsheet for current payroll. | 0.20 450.00/hr | 90.00 |
| 2/5/2020 | LBD | Prepare Notice of Final Hearing on cash collateral, utility and payroll motions. | 0.40 450.00/hr | 180.00 |
|  | LBD | Prepare notices of deposit for each of utility companies to be mailed with a copy of the entered utility order. | 0.50 450.00/hr | 225.00 |
| 2/13/2020 | LBD | Review and revise certificate of service for service of utility order and notice of deposit re service on February 4th. | 0.20 450.00/hr | 90.00 |
| 2/18/2020 | LBD | Left message for C. Horton at PG&E re letter requesting adequate assurance. | 0.10 450.00/hr | 45.00 |
| 2/21/2020 | LBD | Telephone conference with AT&T re disconnection notice. | 0.50 450.00/hr | 225.00 |
|  | LBD | Email to M. Ferreira re discussion with AT&T and no disconnection. | 0.10 450.00/hr | 45.00 |
|  | LBD | Follow up with C. Horton re February 18 voicemail message left for PG&E. | 0.10 450.00/hr | 45.00 |
|  | LBD | Telephone conference to C. Horton at PG&E re adequate assurance request. | 0.40 450.00/hr | 180.00 |
| 2/26/2020 | LBD | Email to M. Ferreira re requesting written confirmation of the credit the landlord has indicated. | 0.10 450.00/hr | 45.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/26/2020 | LBD | Telephone call with Shannon at AT&T Bankruptcy Department re disconnection of service despite already receiving notice of the bankruptcy. | 0.30 450.00/hr | 135.00 |
| | SRF | Return MF's phone call about a business license issue.  Discuss that issue and case/business issues. | 0.20 475.00/hr | 95.00 |
| | LBD | Conference call with M. Ferreira and S. Fox re business license renewal, upcoming hearings and Landlord's motion for relief from stay. | 0.80 450.00/hr | 360.00 |
| 2/27/2020 | LBD | Prepare for filing with court, Demand of Adequate Assurance Request by PG&E and Declaration of L. Davis in support. | 1.00 450.00/hr | 450.00 |
| 3/2/2020 | LBD | Conference call with T. Broadlick, bookkeeper and S. Fox re budget to actual and revised projections. | 0.20 450.00/hr | 90.00 |
| | LBD | Telephone conference with M. Simon, counsel to PG&E, re adequate assurance. | 0.30 450.00/hr | 135.00 |
| 3/3/2020 | LBD | Telephone conference with M. Simon re settlement discussions re adequate assurance payment. | 0.20 450.00/hr | 90.00 |
| | LBD | Left message for M. Simon re adequate assurance payment. | 0.10 450.00/hr | 45.00 |
| | LBD | Telephone call with T. Broadlick, bookkeeper, re discussions of PG&E deposit and where we can cover the adequate assurance payment. | 0.40 450.00/hr | 180.00 |
| | LBD | Email to M. Simon re copy of the current billing statement. | 0.10 450.00/hr | 45.00 |
| 3/4/2020 | LBD | Telephone conference with T. Broadlick re payroll payments re upcoming hearing. | 0.20 450.00/hr | 90.00 |
| | LBD | Telephone conference with M. Ferreira re PG&E proposed settlement and payroll re upcoming hearing. | 0.20 450.00/hr | 90.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/10/2020 | LBD | Email to T. Broadlick re payment of new PG&E bill. | 0.10 450.00/hr | NO CHARGE |
| | LBD | Telephone conference with M. Simon re stipulation re reduced adequate assurance. | 0.10 450.00/hr | 45.00 |
| 3/12/2020 | LBD | Further discussions with M. Simon re settlement of PG&E adequate assurance. | 0.20 450.00/hr | 90.00 |
| 3/13/2020 | SRF | Utilities.  Work telephonically with LBD on utility issues. | 0.20 475.00/hr | NO CHARGE |
| 3/20/2020 | SRF | Telephone call from MF, for our scheduled 7 a.m. call, to discuss his efforts yesterday to obtain new business.  Work with him on an email to a contact at the SBA looking for payment relief. | 0.30 475.00/hr | 142.50 |
| 3/23/2020 | SRF | Declaration of MF regarding loans. Review and revise the declaration of MF regarding loans.  As part of this call the company's bookkeeper to obtain more information.  (.3) Follow up call with LD of my office to go through the edits.  (.1) | 0.40 475.00/hr | 190.00 |
| | LBD | Prepare declaration of M. Ferreira re explanation of loans to shareholders from January statement of cash flows. | 0.50 450.00/hr | 225.00 |
| 3/24/2020 | LBD | Review email from M. Simon re PG& E Stipulation | 0.10 450.00/hr | 45.00 |
| | LBD | Telephone conference with M. Simon re stipulation status with PG&E due to coronavirus. | 0.20 450.00/hr | 90.00 |
| 3/27/2020 | SRF | Lengthy discussion of Covid 19, impact on orders, the revised projections, means to raise monies, etc. | 0.80 475.00/hr | 380.00 |
| 3/31/2020 | LBD | Email to M. Ferreira re adequate assurance payment to PG&E | 0.10 450.00/hr | NO CHARGE |
| | LBD | Review and reply to M. Simon re adequate assurance with PG&E | 0.10 450.00/hr | 45.00 |

|            |     |                                                                                                                                                                                                                                                                                                                                      | Hrs/Rate            | Amount    |
|------------|-----|------|------|------|
| 4/2/2020   | LBD | Prepare order granting payroll motion on final basis.                                                                                                                                                                                                                                                                                 | 0.50<br>450.00/hr   | 225.00    |
|            | LBD | Review and revise order granting payroll motion.                                                                                                                                                                                                                                                                                      | 0.20<br>450.00/hr   | 90.00     |
| 4/6/2020   | LBD | Oversee filing of payroll order.                                                                                                                                                                                                                                                                                                      | 0.20<br>450.00/hr   | NO CHARGE |
| 4/7/2020   | LBD | Prepare Order re appointment of responsible person.                                                                                                                                                                                                                                                                                   | 0.10<br>450.00/hr   | 45.00     |
| 4/9/2020   | LBD | Email to M. Ferreira re verification about personal credit card use on behalf of the Debtor.                                                                                                                                                                                                                                           | 0.10<br>450.00/hr   | 45.00     |
| 4/10/2020  | LBD | Review NEF rejection from court re order appointing responsible party and refile.                                                                                                                                                                                                                                                     | 0.20<br>450.00/hr   | NO CHARGE |
| 10/14/2020 | SRF | Telephone call to MF to discuss the impact of the hospitalization on the business and the changes he will make at the business going forward to compensate.                                                                                                                                                                            | 0.20<br>475.00/hr   | 95.00     |

SUBTOTAL:                                                                    [       17.00               6,725.00]

Case Admin

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            | Hrs/Rate            | Amount   |
|------------|-----|------|------|------|
| 1/29/2020  | LBD | Telephone call to bookkeeper regarding inter-company transfers and to verify information for critical vendors.  Review the schedules with Vanessa.  Continue reviewing local rules for the first day motions.  Make changes on Schedule D.  Go through court dockets to get updated information for the various lawsuits. Review the employment application for Fox and its exhibits.  Work on first day declaration, revise the employment application and work on other first day motions. | 3.70<br>450.00/hr   | 1,665.00 |
|            | SRF | Work with staff on first day motions (preparing them in part).  Review schedules and other matter for filing.                                                                                                                                                                                                                                                                                                                                                                         | 1.50<br>475.00/hr   | 712.50   |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/29/2020 | SRF | Review and revise the first day declaration. | 0.30<br>475.00/hr | 142.50 |
|  | LBD | Commence preparation of ex parte application for order shortening time re First Day Motions. | 0.70<br>450.00/hr | 315.00 |
|  | P | Work through a plethora of emails with attachments from bookkeeper updating various reports.  Review the initial bankruptcy papers page by page with LBD, make changes, review documents looking for more information, prepare final set of bankruptcy papers for filing. | 4.00<br>125.00/hr | 500.00 |
| 1/30/2020 | SRF | Review and revise the motion to shorten time for first day hearings. | 0.30<br>475.00/hr | 142.50 |
|  | LBD | Telephone conference to Judge's law clerks re filing of ex parte and first day motions. | 0.10<br>450.00/hr | 45.00 |
|  | LBD | Left message for J. Day at OUST re filing of ex parte and first day motions | 0.20<br>450.00/hr | 90.00 |
| 2/2/2020 | SRF | Email M.F. regarding the first day hearings. | 0.20<br>475.00/hr | 95.00 |
| 2/3/2020 | LBD | Review Judge Blumenstiel's procedures for telephonic appearances | 0.10<br>450.00/hr | NO CHARGE |
| 2/19/2020 | LBD | Meeting with client re IDI. | 1.00<br>450.00/hr | 450.00 |
| 2/24/2020 | LBD | Telephone conference with I. White and B. McGuffee re Credit Collection Services multiple letters and not able to associate to Debtor. | 0.50<br>450.00/hr | 225.00 |
| 3/2/2020 | LBD | Prepare amended SOFA and attachments to questions 4 and 30 re response to OUST. | 0.30<br>450.00/hr | 135.00 |
| 3/5/2020 | SRF | Telephone call to MF, ahead of the hearing, regarding today's hearing on cash collateral. | 0.20<br>475.00/hr | NO CHARGE |
| 3/9/2020 | LBD | Email to T. Broadlick re backup for the loans to shareholders re declaration to be provided to the court. | 0.10<br>450.00/hr | 45.00 |

|        |     |                                                                                                                         | Hrs/Rate          | Amount     |
|--------|-----|-------------------------------------------------------------------------------------------------------------------------|-------------------|------------|
| 3/21/2020 | SRF | Work telephonically with attorney LD of firm on things to do in the DF case. Go through motions needed, issues with the corona virus and UST matters. | 0.30<br>475.00/hr | NO CHARGE |
|        | LBD | Work telephonically with attorney S. Fox of firm on things to do in the DF case. Go through motions needed, issues with the corona virus and UST matters. | 0.30<br>450.00/hr | NO CHARGE |
| 3/24/2020 | SRF | Declaration of shareholder loans. Review and revise the declaration. | 0.10<br>475.00/hr | NO CHARGE |
| 3/25/2020 | LBD | Prepare status report. | 2.50<br>450.00/hr | 1,125.00 |
|        | SRF | Ch. 11 Status Report.  Telephone call from bookkeeper TB to discuss the cash flow projections and other financial reports we intend to provide with the chapter 11 status report being filed later this week. | 0.20<br>475.00/hr | 95.00 |
| 3/26/2020 | LBD | Prepare M. Ferreira declaration insurance support of status report. | 2.50<br>450.00/hr | 1,125.00 |
|        | SRF | Review and revise the status report for the 04 2020 hearing.  (.4)<br><br>Further revisions.  (.2) | 0.60<br>475.00/hr | 285.00 |
| 3/27/2020 | SRF | Work with Lesley Davis on the various case and business issues presently outstanding. | 0.20<br>475.00/hr | NO CHARGE |
| 3/28/2020 | SRF | Telephone call to MF for scheduled call to discuss projections, competition, rebuilding from Covid 19, the landlord and Heritage Bank. | 1.30<br>475.00/hr | 617.50 |
| 4/3/2020 | LBD | Prepare order continuing status conference and setting other deadlines. | 0.50<br>450.00/hr | 225.00 |
| 4/6/2020 | LBD | Telephone conference with  S. Fox to review things to do in the case including the application to employ Certified public accountant  and  the landlord Motion for relief from stay being heard on Thursday. | 0.20<br>450.00/hr | NO CHARGE |

|            |     |                                                                                                                              | Hrs/Rate          | Amount     |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------------------|------------|
| 4/6/2020   | SRF | Telephone conference with LD of my office to review things to do in this case including the Certified public accountant 327 application and the landlord Motion for relief from stay being heard on Thursday. | 0.20<br>475.00/hr | NO CHARGE  |
| 4/9/2020   | LBD | Review and respond to M. Ferreira re status of cargo vehicle and insurance. | 0.20<br>450.00/hr | 90.00 |
|            | LBD | Email to M. Ferreira re  2008 Chevy Cargo status as operational vehicle. | 0.10<br>450.00/hr | 45.00 |
| 4/10/2020  | LBD | Telephone conference with M. Ferreira re declaration verifying the schedules and amended Schedule F and SOFA. | 0.30<br>450.00/hr | 135.00 |
|            | LBD | Multiple emails with J. Day re listing of personal credit cards on Sched F and related issues. | 0.20<br>450.00/hr | 90.00 |
|            | LBD | Review previously filed schedules and prepare amended schedule F and SOFA. | 1.50<br>450.00/hr | 675.00 |
|            | LBD | Email to M. Ferreira re update case status re employment of Certified public accountant and other issues. | 0.20<br>450.00/hr | 90.00 |
|            | LBD | Prepare amended declaration concerning Debtor's schedules and amendment cover sheet. | 0.30<br>450.00/hr | 135.00 |
|            | LBD | Email to M. Ferreira re declaration re verification of schedules and SOFA requiring review and signature. | 0.20<br>450.00/hr | NO CHARGE |
| 4/17/2020  | LBD | Telephone conference with  S. Fox to review things to do in the case including cash collateral order, new cash collateral motion and other issues. | 0.30<br>450.00/hr | NO CHARGE |
| 5/11/2020  | SRF | Work on administrative matters in the case. | 0.80<br>475.00/hr | NO CHARGE |
| 6/1/2020   | SRF | Prepare status report ahead of 6/2 deadline.  Emails to/from bookkeeper for financial information.  Draft the status report. | 0.90<br>475.00/hr | 427.50 |

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 6/2/2020 | SRF | Status Report.  Final revisions to the status report and speak with the bookkeeper and then MR about figures for the status report and final revisions. | | 0.40 475.00/hr | 190.00 |
| 7/7/2020 | SRF | Telephone call from DF's bookkeeper to discuss ongoing issues for the company.  (.1) | | 0.40 475.00/hr | 190.00 |
|  |  | Prepare declaration of MF regarding move from the prior leasehold to the new locations.  (.3) | | | |
| 7/27/2020 | SRF | Telephone call to MF to discuss business status and infusion of monies. | | 0.20 475.00/hr | 95.00 |
| 9/2/2020 | SRF | Prepare the status report and declaration for the 9/10 hearing. | | 1.20 475.00/hr | 570.00 |
| 9/10/2020 | SRF | Prepare for (.2) and attend the status conference.  (.6)  Following the status conference, go through files and find the PACER version of the notice of hearing on the Disclosure Statement that the Court could not find, speak with MF about moving forward and getting the PPP monies back to the lender (.2) and revise the notice of hearing for filing today.  (.2) Telephone call from Bank's attorney regarding the next steps.  (.2) | | 1.40 475.00/hr | 665.00 |
| 10/8/2020 | SRF | Work with staff to complete the status report and the COS, work to get them served and efiled. | | 0.90 475.00/hr | NO CHARGE |
| SUBTOTAL: | | | [ | 31.60 | 11,432.50] |

Claims

| 4/12/2020 | LBD | Review Heritage Bank  of Commerce proof of claim. | | 0.10 450.00/hr | 45.00 |
|---|---|---|---|---|---|
| 5/14/2020 | P | Work on internal claims register used to track claims and for plan projections. | | 0.50 125.00/hr | 62.50 |

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| SUBTOTAL: |  |  |  | [       0.60 | 107.50] |
| **D/S & Plan** |  |  |  |  |  |
|  | 8/2/2020 | SRF | Begin work on the Disclosure Statement by emailing DF personnel including its bookkeeper asking questions and seeking information. Do some discussion of necessary items for a Disclosure Statement  and the projections. | 0.40 475.00/hr | 190.00 |
|  | 8/5/2020 | SRF | Work on the liquidation analysis. (.2) Send email to MF regarding his work on the analysis.  (.1)  Prepare email to Heritage Bank's counsel about the bank's treatment.  (.2) | 0.50 475.00/hr | 237.50 |
|  | 8/6/2020 | SRF | Telephone call to counsel for Heritage Bank to discuss plan provisions and the business.  (.4) Email to client to discuss settlement issues.  (.2) | 0.60 475.00/hr | 285.00 |
|  | 8/8/2020 | SRF | Email to bank's counsel regarding the settlement discussions we have started. | 0.10 475.00/hr | 47.50 |
|  |  | SRF | Telephone call to MF to discuss various matters including the plan projections, confirmation issues, insurance and business status. | 0.40 475.00/hr | 190.00 |
|  | 8/11/2020 | SRF | Email to counsel for Heritage Bank, continuing settlement discussions. | 0.20 475.00/hr | 95.00 |
|  |  | SRF | Work with bookkeeper on the initial draft of the projections.  Go item by item, question assumptions and check back-up information.  Conclude with tasks to be followed up on to complete a decent draft of the projections. | 0.80 475.00/hr | 380.00 |
|  | 8/12/2020 | SRF | Telephone call from D.F.'s bookkeeper to further discuss the projections. | 0.20 475.00/hr | 95.00 |

Douce France d/b/a Douce France Bakery                    Page    15

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/13/2020 | SRF | Work through the projections draft and make additional suggestions for changes. | 0.30 475.00/hr | 142.50 |
| 8/17/2020 | SRF | Prepare the first draft of the Disclosure Statement. | 3.20 475.00/hr | 1,520.00 |
|  | SRF | Telephone call to MF to work through the spreadsheet he sent to me yesterday.  Follow up email to bank's counsel regarding the same spreadsheet. | 0.30 475.00/hr | 142.50 |
| 8/18/2020 | SRF | Telephone conference with MF to discuss in detail the Heritage Bank proposal on the plan.  Discuss the proposal and a counter proposal. | 0.50 475.00/hr | 237.50 |
|  | SRF | Continued work on the Disclosure Statement. | 0.80 475.00/hr | 380.00 |
| 8/19/2020 | SRF | Email to MF regarding a counter to the bank.  (.1)  Telephone call to MF regarding the same.  (.1)  Upon receiving authorization, draft a proposal to the bank.  (.4) | 0.60 475.00/hr | 285.00 |
|  | SRF | Go through the projections with MF, asking about assumptions and individual categories. | 0.60 475.00/hr | 285.00 |
| 8/24/2020 | SRF | Continued work on the Disclosure Statement. | 1.80 475.00/hr | 855.00 |
|  | SRF | Continued work at night on the draft Disclosure Statement. | 0.60 475.00/hr | 285.00 |
|  | SRF | Examine and then prepare communication to client regarding bank's present settlement position. | 0.30 475.00/hr | 142.50 |
| 8/25/2020 | SRF | Telephone conference with MF and Joanne F. to discuss the settlement discussions with the bank and to form a counter proposal.  (.6)

Following the call, draft a proposed counter offer, prepare an amortization chart and send both to DF with comments.  (.4)

Continued work on the draft disclosure | 2.60 475.00/hr | 1,235.00 |

|  |  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| | | | statement. Complete a first draft of the Disclosure Statement, the declaration and the liquidation analysis.  (1.6) | | |
| 8/26/2020 | SRF | | Phone conference with bank's counsel to discuss intricacies of the 1111(b) election, looking to see if the parties approach the election in the same way.  Discuss the current counter proposal.  (.5)  Memo to MF regarding the call.  (.1) | 0.60 475.00/hr | 285.00 |
| | SRF | | Go line by line through the Disclosure Statement  with MF, asking questions, answering questions and confirming information. | 1.80 475.00/hr | 855.00 |
| | SRF | | In light of bank's stated intent to take the 1111(b) election, do legal research concerning classification of unsecured portion, what payment stream the creditor is entitled to under the election, etc. | 0.70 475.00/hr | 332.50 |
| | SRF | | With authorization from MF, edit and complete the latest counter offer to the bank. | 0.30 475.00/hr | 142.50 |
| | SRF | | Continued work on the Disclosure Statement, editing and inputting information from the projections. | 0.50 475.00/hr | 237.50 |
| 8/27/2020 | SRF | | Work further on the Disclosure Statement. | 1.60 475.00/hr | 760.00 |
| | SRF | | Spend time at the court's website reading about Disclosure Statement and plan requirements, forms, procedures, etc. | 0.70 475.00/hr | NO CHARGE |
| | SRF | | Emails to/from bank counsel (.2)  then call from counsel to discuss settlement further.  (.1) | 0.30 475.00/hr | 142.50 |
| 8/28/2020 | SRF | | Work on the plan. | 1.60 475.00/hr | 760.00 |
| | SRF | | Continued work on the Disclosure Statement in light of MF's changes and general editing.  Incorporate | 2.30 475.00/hr | 1,092.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | additional provisions into the Disclosure Statement. | | |
| 8/29/2020 | SRF | Complete work on the Disclosure Statement and Plan. (1.8) Prepare the notice of hearing - completed. (.1) Prepare the certificate of service. (.2) Review the LBR and the judge's procedures for any potential issues with the Disclosure Statement and Plan. (.2) | 2.30 475.00/hr | 1,092.50 |
| 8/31/2020 | SRF | Assist staff with preparing Disclosure Statement and related materials for filing, service and efiling. | 1.40 475.00/hr | NO CHARGE |
| 9/10/2020 | SRF | Work with staff on filing issues for the motion to extend time and its notice and COS and also the notice of Disclosure Statement hearing and its COS. Work on the items with staff and assist with the efiling. | 1.60 475.00/hr | NO CHARGE |
| | SRF | Prepare motion to extend time under 1121/1129(e) for SBD cases. Complete by 8:15 a.m. (1.5) Telephone call from MF to discuss his declaration. (.1) Following the status conference on this date, revise a portion of the motion and declaration and review with MF. (.4) | 2.00 475.00/hr | 950.00 |
| 9/13/2020 | SRF | On a Sunday morning, work on the bank's 4 page letter regarding the Disclosure Statement and changes the bank would like (.3) before a telephone conference with MF discussing the bank's points and how to respond. (1.1) | 1.40 475.00/hr | 665.00 |
| 9/15/2020 | SRF | Work through the bank's 4 page letter of requested changes to the Disclosure Statement and provide responses and thoughts, item by item. As part of this conduct legal research on status of lien under an 1111(b) election when the secured portion of the claim is paid. | 1.30 475.00/hr | 617.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/16/2020 | SRF | Work further on the response to the bank's issues with the Disclosure Statement and Plan. | 0.20 475.00/hr | 95.00 |
| | SRF | Upon receipt of 2nd reviewing email from MF, complete draft of response to the bank concerning its potential objections to the Disclosure Statement and plan. | 0.20 475.00/hr | 95.00 |
| 9/20/2020 | SRF | Lengthy conference call with MF to discuss the bank's responses on the various Disclosure Statement and plan issues that the bank has raised. | 0.80 475.00/hr | 380.00 |
| 9/22/2020 | SRF | Further response to bank on its positions about changes to the Disclosure Statement and the Plan. | 0.30 475.00/hr | 142.50 |
| 9/30/2020 | SRF | Further revisions to the negotiating terms with the bank on the Disclosure Statement and plan. During this work, call MF to obtain guidance and instructions. (.5) Telephone call from Tom Lewis for the bank regarding the changes. (.1) | 0.60 475.00/hr | 285.00 |
| 10/5/2020 | SRF | Work on the First Amended Disclosure Statement. | 0.80 475.00/hr | 380.00 |
| 10/15/2020 | SRF | Prepare for hearing on the original Disclosure Statement, the motion to extend time to confirm a plan and the status conference. Read the Disclosure Statement plus the amended Disclosure Statement with the changes the bank and the debtor have agreed to, put notes together for the hearing. Emails to/from counsel for bank to discuss our remaining difference. (.8) Appear at the hearing on the Disclosure Statement, the status conference and the motion to extend time to confirm a plan. Wait for matters to be called. (.7) Telephone call to MF following the hearing. (.1) | 1.60 475.00/hr | 760.00 |
| 10/16/2020 | SRF | Work with bookkeeper on DF projections. Note the absence of the $20k new value monies, look at the rate of growth at 1% and other items | 0.40 475.00/hr | 190.00 |

|            |     |                                                                                                                                                                                                                                                                                                                 | Hrs/Rate           | Amount     |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------|--------------------|------------|
|            |     | to see if more net income can be generated.  Adjust payment amounts for the bank's two claims.                                |                    |            |
| 10/29/2020 | SRF | Work on the FADS.                                                                                                             | 0.90<br>475.00/hr  | 427.50     |
| 11/2/2020  | SRF | Work on the revised Disclosure Statement  and plan.                                                                           | 0.80<br>475.00/hr  | 380.00     |
| 11/10/2020 | SRF | Work on the Firs Amended Disclosure Statement  and Plan with bank's edits.                                                    | 0.50<br>475.00/hr  | 237.50     |
| 11/11/2020 | SRF | Further work on the FADS/Plan.                                                                                                | 0.50<br>475.00/hr  | 237.50     |
| 11/12/2020 | SRF | Further work on the Disclosure Statement  on own looking for missing information (.3) and then page by page with bank's counsel. (.3) | 0.60<br>475.00/hr | 285.00 |
|            | SRF | Speak by phone with MF regarding the debtor's FADS.                                                                           | 0.20<br>475.00/hr  | 95.00      |
| 11/13/2020 | SRF | Further work on the FADS/Plan. (.8) Confer by phone with MF (.3)                                                              | 1.10<br>475.00/hr  | 522.50     |
| 11/15/2020 | SRF | Continued work on the FADS/Plan. Two calls with MF to discuss.                                                                | 1.00<br>475.00/hr  | 475.00     |
| 11/17/2020 | SRF | Further work on the Disclosure Statement /Plan.  Go through the COS and direct edits/ changes.  Prepare the notice of hearing.  Email to/from court clerk regarding a hearing date (as the court's procedures state that the hearing may not be unilaterally set).  Go back through the Disclosure Statement /Plan for issues.  (1.2)<br><br>Work with staff (at no charge) to get the papers (the Disclosure Statement /Plan, the Notice, exhibits, COS, etc.) ready for filing.  (.4) | 1.60<br>475.00/hr | NO CHARGE |
| 12/3/2020  | SRF | Prepare for hearing on the FADS.  (.5)<br><br>Attend the hearing, wait for it to be called and discuss the Disclosure Statement  with the court.  (.7)  Call to MF and to JF to discuss the court's concerns about feasibility.  Discuss | 2.50<br>475.00/hr | 1,187.50 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | means to satisfy court's concern. Also address other case issues. (.5) | | |
| | | Prepare email to bank's counsel regarding feasibility, the last day to obtain approval and cash collateral. (.2) | | |
| | | Prepare order giving tentative approval of the disclosure statement. (.6) | | |
| 12/5/2020 | SRF | Work on and come close to finalizing the 2nd motion to extend time to confirm a plan. Work on the ex parte application to shorten time for notice of the hearing. Email UST and bank's counsel for their positions on the ex part motion. | 1.50 475.00/hr | 712.50 |
| 12/6/2020 | SRF | Further work on the motion to extend time to confirm a plan and the ex parte application to shorten time. | 0.40 475.00/hr | 190.00 |
| 12/9/2020 | SRF | Work with staff on filing and service issues for the 2nd motion to extend time to assume lease. (.5) | 0.50 475.00/hr | NO CHARGE |
| 12/11/2020 | SRF | Prepare notice of confirmation hearing. | 0.30 475.00/hr | 142.50 |
| 12/16/2020 | SRF | Work telephonically with MF regarding obtaining ballots, going through solicitation rules and process. | 0.50 475.00/hr | 237.50 |
| 1/2/2021 | SRF | Work on a first draft of the plan confirmation memorandum and motion. | 1.40 475.00/hr | 665.00 |
| 1/10/2021 | SRF | Continued work on the plan confirmation memorandum. | 0.50 475.00/hr | 237.50 |
| 1/12/2021 | SRF | Further work on the confirmation memo. | 0.90 475.00/hr | 427.50 |
| | SRF | Telephone call from MF to discuss the status of confirmation and to review feasibility issue. | 0.30 475.00/hr | 142.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/13/2021 | SRF | Work on the plan confirmation memo focusing on the sections that discuss the concerns the court raised at the disclosure statement hearing. | 1.60 475.00/hr | 760.00 |
|  | SRF | Telephone call to MF to discuss changes to business structure that will enhance plan feasibility. Discuss related issues. | 0.40 475.00/hr | 190.00 |
| 1/14/2021 | SRF | Continue work on the plan confirmation motion. | 3.50 475.00/hr | 1,662.50 |
| 1/15/2021 | P | Prepare plan confirmation memo for filing, get attorney approval. Review the Ballot Summary, organize it for filing. Prepare the certificate of service. Get Fox approval for three efilings. | 2.10 125.00/hr | NO CHARGE |
| 1/16/2021 | SRF | Complete the plan confirmation memo, prepare the ballot summary. | 0.50 475.00/hr | 237.50 |
| 1/21/2021 | SRF | Beginning at 7:30 a.m., begin reviewing the plan, the memorandum and the various financial exhibits. (.5) Telephone conference with MF and JF to review his testimony. Go through the operative documents and prepare him for questions and cross exam. (1.6) Continue preparing for the hearing. (.2) Attend the hearing and wait for calendar to be called. Plan confirmed. (.2) Telephone conference with JF and MF following to explain the next steps and to answer their questions. (.3) Prepare order on confirmation. (.7) | 3.50 475.00/hr | 1,662.50 |

SUBTOTAL:                                                          [      67.70                  28,405.00]

Fee/Emp Apps

| 1/29/2020 | LBD | Review and revise order re employment of TFLC to comply with Judge Blumenstiel's order re authorizing employment. | 0.60 450.00/hr | 270.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/2/2020 | LBD | Review and revise order re employment of Debtor's counsel. | 0.10 450.00/hr | 45.00 |
| 4/3/2020 | LBD | Review and file order re application to employ  Fox Law Corp. | 0.20 450.00/hr | 90.00 |
| 4/9/2020 | LBD | Multiple emails with J. Day re OUST policy and/or form for drawn downs on retainers per court order. | 0.30 450.00/hr | NO CHARGE |
|  | LBD | Email to R. Say re engagement letter and resume for application to employ. | 0.10 450.00/hr | NO CHARGE |
|  | LBD | Prepare application to employ Lucove, Say & Co. as accountants. | 1.80 450.00/hr | 810.00 |
|  | LBD | Research procedure for drawn down of retainer in Local Bankruptcy Rules and on OUST website for Region 17. | 0.50 450.00/hr | NO CHARGE |
| 4/10/2020 | LBD | Finalize application to employ Lucove, Say &Co. | 0.40 450.00/hr | 180.00 |
|  | LBD | Prepare declaration of R. Say in support of application to employ. | 0.60 450.00/hr | 270.00 |
|  | LBD | Prepare Notice to Employ Accountant and Post-Petition Retainer. | 0.20 450.00/hr | 90.00 |
|  | LBD | Email to R. Say re declaration for signature. | 0.20 450.00/hr | NO CHARGE |
|  | LBD | Email to M. Ferreira re application to employ accountant re signature. | 0.10 450.00/hr | NO CHARGE |
|  | LBD | Multiple email with R. Say services covered in engagement letter. | 0.30 450.00/hr | 135.00 |
|  | LBD | Review and respond to S. Fox  email re application to employ certified public accountant. | 0.20 450.00/hr | 90.00 |
|  | LBD | Telephone conference with M. Ferreira re application to employ for review and signature. | 0.20 450.00/hr | 90.00 |

SUBTOTAL:                                                            [       5.80              2,070.00]

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| Financing |  |  |  |  |  |
|  | 1/30/2020 | SRF | Prepare the cash collateral motion. | 1.50<br>475.00/hr | 712.50 |
|  |  | SRF | Prepare the payroll motion.  (.9)<br><br>Work telephonically with bookkeeper, MR and Lesley Davis to figure out payroll issues, e.g. what employees will be owed what and how the employees will be paid.  (.6) | 1.50<br>475.00/hr | 712.50 |
|  | 2/3/2020 | LBD | Telephone conference with UST J. Day re first day motions and exhibits and application to employ TFLC. | 0.60<br>450.00/hr | 270.00 |
|  |  | LBD | Email to M. Ferreira  and bookkeeper T. Broadlick re scheduling a time to review of all documents in preparation of first day motion hearing. | 0.10<br>450.00/hr | NO CHARGE |
|  |  | LBD | Conference call with M. Ferreira and T. Broadlick re review of first day motions and declarations and review of petition and schedules re preparation for first day hearing | 1.70<br>450.00/hr | 765.00 |
|  | 2/4/2020 | LBD | Revise order approving use of cash collateral on interim basis after hearing on first day motions | 0.30<br>450.00/hr | 135.00 |
|  |  | LBD | Revise cash collateral order. | 0.20<br>450.00/hr | 90.00 |
|  |  | LBD | Prepare cash collateral order. | 0.50<br>450.00/hr | 225.00 |
|  | 2/5/2020 | SRF | No charged portion of 5 hours travel time from SF to LA following first day hearings. | 2.50<br>475.00/hr | NO CHARGE |
|  |  | SRF | Return to LA from SF the morning after the first day hearings.  Total time for travel from hotel to airport, to LA to office 5 hours.  Time charged 2.5 hours. | 2.50<br>475.00/hr | 1,187.50 |
|  | 2/17/2020 | SRF | Telephone call to bookkeeper TB to discuss the budget to actual report and potential changes to the cash | 0.40<br>475.00/hr | 190.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | collateral projections. (.2) Telephone call to MF to discuss the same. (.2) |  |  |
| 2/22/2020 | SRF | Read Heritage Bank's 9 point demand on cash collateral. Prepare a lengthy draft responsive communication for client comment. As part of this send 2 emails to client personnel. | 0.30 475.00/hr | 142.50 |
| 2/27/2020 | LBD | Telephone conference with T. Broadlick re revised budget for cash collateral hearing. | 0.20 450.00/hr | 90.00 |
| 3/2/2020 | SRF | Work with bookkeeper and LD on the reports for the cash collateral supplement. | 0.20 475.00/hr | 95.00 |
| 3/4/2020 | LBD | Telephone conference with T. Broadlick, bookkeeper, re accounts receivable for January and February and review of budget to actual re upcoming hearing on cash collateral. | 0.80 450.00/hr | 360.00 |
|  | LBD | Prepare Debtor's revised projection through June 20, 2020 for filing with court. | 0.30 450.00/hr | 135.00 |
|  | LBD | Meeting with S. Fox re review of issues raised in cash collateral motion by Heritage for upcoming hearing. | 0.50 450.00/hr | 225.00 |
|  | SRF | Work with attorney LD on tomorrow's hearing on cash collateral. | 0.50 475.00/hr | NO CHARGE |
| 3/5/2020 | SRF | Telephone call from MF, following the hearing, regarding results. (.2) Telephone call to Lesley Davis regarding the same. (.2) | 0.40 475.00/hr | NO CHARGE |
|  | LBD | Attend via court call final hearing on payroll and cash collateral. Use of cash collateral granted. | 1.50 450.00/hr | 675.00 |
|  | LBD | Conference call with S. Fox and M. Ferreira re cash collateral hearing. | 0.20 450.00/hr | NO CHARGE |
| 3/6/2020 | LBD | Prepare notice of continued hearing on final hearing for cash collateral and prepetition payroll. | 0.50 450.00/hr | 225.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/6/2020 | LBD | Prepare certificate of service re notice of final hearing. | 0.30 450.00/hr | NO CHARGE |
| 3/26/2020 | LBD | Multiple emails with T. Broadlick re customer lists. | 0.20 450.00/hr | 90.00 |
|  | LBD | Email with T. Broadlick re revised projections. | 0.10 450.00/hr | 45.00 |
|  | SRF | Conference call with client personnel regarding projections of income and expenses going forward. | 0.40 475.00/hr | 190.00 |
| 3/28/2020 | LBD | Telephone conference with M. Ferreira re review of current customer list for March. | 0.20 450.00/hr | 90.00 |
|  | LBD | Email to T. Lewis re accounts receivable list for February and February customer list. | 0.10 450.00/hr | NO CHARGE |
|  | SRF | Telephone call to company personnel to discuss the projections. | 0.30 475.00/hr | NO CHARGE |
| 3/29/2020 | SRF | With revised projections in light of Covid 19 and the Debtor's changes to its business, prepare a supplemental filing explaining this.  (.4)  Email to associate attorney and then to MF asking for work to be done.  (.2)  Emails to/from MF about the customer lists for February and March and the WIP listings.  (.2) | 0.80 475.00/hr | 380.00 |
| 3/30/2020 | LBD | Review projections and WIP and revise footnotes to projection in support of supplement to cash collaterals for hearing. | 0.90 450.00/hr | NO CHARGE |
|  | LBD | Review and revise supplement to cash collateral regarding revised projections for cash collateral hearing. | 0.80 450.00/hr | 360.00 |
| 4/1/2020 | SRF | Work telephonically with MF to prepare a counter offer to the Bank. | 0.70 475.00/hr | 332.50 |
| 4/2/2020 | LBD | Prepare cash collateral order. | 0.60 450.00/hr | 270.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/2/2020 | LBD | Discussion with S. Fox regarding the results of the hearing on cash collateral and payroll motions. | 0.40 450.00/hr | NO CHARGE |
| | SRF | Prepare for hearing on cash collateral, payroll motion and status conference. Read through the materials and devote time to analyzing the bank's objection to the use of cash collateral. (.6)  Call in to the hearing and wait for the matter to be called.  Participate in the hearings.  The two motions were granted and the status conference was continued.  (1.0)  Telephone call from MF at the Debtor to discuss the hearing and moving forward.  (.2) Telephone call to associate Lesley David to have her work on the two older orders, the orders from today and the amended Statement of Financial Affairs. (.4) | 2.20 475.00/hr | 1,045.00 |
| 4/6/2020 | LBD | Review and finalize cash collateral order. | 0.20 450.00/hr | 90.00 |
| 4/7/2020 | LBD | Review court NEF message regarding cash collateral order and service. | 0.10 450.00/hr | NO CHARGE |
| | LBD | Revise order re cash collateral. | 0.20 450.00/hr | NO CHARGE |
| | LBD | Prepare certificate of service re cash collateral order. | 0.20 450.00/hr | NO CHARGE |
| 4/9/2020 | LBD | Follow up email with T. Broadlick re adequate protection payment to Heritage Bank. | 0.10 450.00/hr | 45.00 |
| | LBD | Email to T. Lewis and C. Torres re March Accounts receivable report and customer list. | 0.20 450.00/hr | 90.00 |
| | LBD | Email to M. Ferreira re approval of March accounts receivable report and customer list to be sent to Heritage Bank. | 0.10 450.00/hr | 45.00 |
| 4/10/2020 | LBD | Email court re issues with cash collateral order. | 0.20 450.00/hr | 90.00 |

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 5/12/2020 | SRF | Work on cash collateral issues in part emailing counsel for Heritage Bank. | | 0.20 475.00/hr | 95.00 |
| 5/13/2020 | SRF | Work on the cash collateral order from the April hearing and upload it. | | 0.50 475.00/hr | NO CHARGE |
| 5/15/2020 | SRF | Begin work on the next cash collateral motion. | | 0.60 475.00/hr | 285.00 |
| 5/17/2020 | SRF | Further work on the 2nd supplement to the cash collateral application and the MF declaration. | | 0.80 475.00/hr | 380.00 |
| 5/18/2020 | SRF | Download and review the two motions (borrow and cash collateral), the notices and the COS.  Provide to client personnel with comments. | | 0.30 475.00/hr | NO CHARGE |
| 5/19/2020 | SRF | Prepare amended notices on hearings on the cash collateral | | 0.20 475.00/hr | NO CHARGE |
| 6/11/2020 | SRF | Prepare order on the use of cash collateral.  (.3)  Forward to bank's counsel for his signature with comments.  (.1) | | 0.40 475.00/hr | 190.00 |
|  | SRF | Prepare for the hearings on the motion to use cash collateral through 12/202, the compromise with the landlord on the chapter 11 status conference.  (.3)  Call in to CourtCall and wait for docket to begin and case to be called.  (.7)  Appear at hearing on the two motions and the status conference.  (.3) | | 1.30 475.00/hr | 617.50 |
| 6/12/2020 | SRF | Prepare COS and final set up for order authorizing use of cash collateral.  Check local rule and website requirements.  Upload the COS and the order. | | 0.50 475.00/hr | NO CHARGE |
| 7/8/2020 | SRF | Prepare COS for declaration on vacating the prior leasehold premises. Upload both. | | 0.40 475.00/hr | NO CHARGE |
| 7/15/2020 | SRF | Telephone call from MF to discuss financing issues, in particular, doing a PPP loan, and cash flow issues. | | 0.20 475.00/hr | 95.00 |

|  |  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 11/30/2020 | SRF | Telephone call to bookkeeper to discuss the financial reports I had requested for the cash collateral motion. | | 0.20 475.00/hr | 95.00 |
| 12/6/2020 | SRF | Work on the next cash collateral motion. | | 1.90 475.00/hr | 902.50 |
| 12/9/2020 | SRF | Work further on the cash collateral motion.  (Filed and served this day.) | | 0.30 475.00/hr | 142.50 |
| 12/16/2020 | SRF | Work on the stipulation on cash collateral. | | 0.40 475.00/hr | 190.00 |
| 1/5/2021 | SRF | Prepare order on 3rd supplement to use of cash collateral.  Forward to bank's counsel with comments. | | 0.20 475.00/hr | 95.00 |
| SUBTOTAL: | | | [ | 34.90 | 12,485.00] |

Lit MRS

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/25/2020 | LBD | Review Landlord motion for relief from stay. | 2.00 450.00/hr | 900.00 |
| 2/26/2020 | SRF | Telephone conference with MF and Lesley Davis to review the landlord's motion to terminate the stay, the IDI and 341(a) and other issues. | 0.80 475.00/hr | NO CHARGE |
| 2/27/2020 | LBD | Continue reviewing exhibits to motion for relief from stay by Landlord. | 1.00 450.00/hr | 450.00 |
| 3/12/2020 | LBD | Research and review caselaw re opposition to relieve from stay by landlord. | 2.90 450.00/hr | 1,305.00 |
| 3/13/2020 | LBD | Research caselaw re landlord's motion for relief from stay and prepare a draft of the opposition. | 2.00 450.00/hr | 900.00 |
| 3/16/2020 | LBD | Further research re section 365 and 362 case law re opposition. | 1.90 450.00/hr | 855.00 |
|  | LBD | Work on opposition to landlord's motion for relief. | 3.50 450.00/hr | 1,575.00 |
|  | LBD | Prepare declaration of M. Ferreira in support of opposition to motion for relief. | 0.80 450.00/hr | 360.00 |

|  |  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 3/16/2020 | SRF | Work on the opposition to the landlord's motion for relief from stay. Review the draft L.Davis has prepared. (.2) Telephone call to LD to discuss. (.2) Telephone call to Debtor's bookkeeper to obtain information for the opposition. (.1) | | 1.30 475.00/hr | 617.50 |
|  |  | Later, work through next draft of the opposition with LD and conference call in Debtor's bookkeeper. (.4) | | | |
|  |  | Then call LD to go through the principal's declaration. (.2) Conduct a conference call with Debtor's principal to review his declaration, line by line. (.2) | | | |
| 3/26/2020 | SRF | First read through of the landlord's reply to the motion for relief from stay. Send to client principal with comments. | | 0.30 475.00/hr | 142.50 |
| 4/9/2020 | SRF | Prepare for hearing. Read through the various pleadings and the exhibits. Prepare notes and argument. (1.0) Telephone call to MF ahead of the hearing to discuss. (.2) Call in for the hearing, wait over one hour for the matter to be discussed and appear at the hearing on the landlord's motion to terminate the stay. (1.5) | | 2.70 475.00/hr | 1,282.50 |
| 4/14/2020 | SRF | Telephone call to MG for the landlord. Discuss terms of a new potential deal. (.1) Work on notes and thoughts for next call. (.1) Telephone call to MF at the Debtor to discuss. (.2) | | 0.60 475.00/hr | 285.00 |
|  |  | Return later call from Mauro F with a question about the deal terms. (.1) Call from MG, landlord's counsel, regarding terms. (.1) | | | |

SUBTOTAL:                                                             [        19.80                  8,672.50]

Lit State Court

| 3/3/2020 | LBD | Prepare a notice of stay proceedings in Heritage Bank of Commerce lawsuit filed in San Mateo. | | 0.20 450.00/hr | 90.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/26/2020 | LBD | Reviewed and downloaded documents from state court litigation in Heritage Bank v. Douce France (.5); Email to client re copy of request for entry of default (.1) | 0.60 450.00/hr | 270.00 |
| SUBTOTAL: |  |  | [      0.80 | 360.00] |

Litigation

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/4/2020 | SRF | Meet with principals from 1:00 to 3:00 p.m. | 2.00 475.00/hr | 950.00 |
|  | SRF | Attend the hearings on cash collateral, payroll and utilities. Motions granted. | 0.70 475.00/hr | 332.50 |
|  | SRF | Confer following the hearings with principals. | 0.80 475.00/hr | 380.00 |
|  | SRF | Begin working at 12 noon for the hearing. | 1.00 475.00/hr | 475.00 |
|  | SRF | Travel to SFO. This is a partial charge for travel time. | 2.00 475.00/hr | 950.00 |
| 6/19/2020 | SRF | Email from MF regarding a writ of execution by Challenge Dairy. Read through the 18 pages, pull up and read other documents I have on the state court lawsuit (.2) and call MF to discuss potential steps to take. (.2) | 0.40 475.00/hr | 190.00 |
| SUBTOTAL: |  |  | [      6.90 | 3,277.50] |

U.S. Trustee

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/3/2020 | LBD | Email to T. Broadlick re OUST compliance and adding OUST as additional insured on insurance policies. | 0.10 450.00/hr | 45.00 |
| 2/5/2020 | LBD | Telephone conference with J. Balico at Bank of the West re holds on DIP accounts. | 0.20 450.00/hr | 90.00 |
|  | LBD | Telephone conference with M. Ferreira re holds on funds on DIP accounts. | 0.20 450.00/hr | 90.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/6/2020 | LBD | Telephone conference with M. Ferreria re problems with DIP accounts. | 0.10 450.00/hr | 45.00 |
| | LBD | Telephone conference with R. Pena re releasing holds on account. | 0.10 450.00/hr | 45.00 |
| | LBD | Telephone conference with S. Pang at Bank of the West re issues with DIP accounts. | 0.20 450.00/hr | 90.00 |
| | LBD | Telephone conference with A. Allan at Bank of the West re issues with DIP accounts and holds. | 0.50 450.00/hr | 225.00 |
| 2/7/2020 | LBD | Commence preparation of chapter 11 initial reporting requirements. | 0.80 450.00/hr | 360.00 |
| 2/10/2020 | LBD | Work on Chapter 11 Initial Reporting and prepare exhibits thereto.  6.5 hours devoted.  Charge is 3.5 hours.  No charge 3.0 hours. | 3.50 450.00/hr | 1,575.00 |
| | LBD | Email to A. Allan re copies of signature cards re DIP accounts. | 0.10 450.00/hr | 45.00 |
| | LBD | Multiple emails with T. Broadlick re information needed to respond to the OUST Initial Reporting. | 0.60 450.00/hr | 270.00 |
| | LBD | Email to T. Broadlick re adding OUST re additional insured. | 0.10 450.00/hr | 45.00 |
| | LBD | Email to M. Ferreira re information regarding attorney authorization with OUST and information needed for the response to the initial reporting requirementsl | 0.20 450.00/hr | 90.00 |
| | LBD | No charge portion of 2/10/2020 slip working on UST compliance.  6.5 hours total.  3.0 hours no charged via this slip. | 3.00 450.00/hr | NO CHARGE |
| 2/11/2020 | SRF | Work with attorney Lesley Davis on UST compliance matters. | 0.20 475.00/hr | NO CHARGE |
| 2/19/2020 | LBD | Travel to/ from San Fransciso (same day travel) to attend the IDI meeting.  7.0 hours total travel time.  No charge | 4.50 450.00/hr | 2,025.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | 2.5 hours via separate slip.  4.5 hours travel time charged. | | |
| 2/19/2020 | LBD | IDI meeting/travel day.  Total travel time 7.0 hours.  4.5 hours charged via separate slip.  No charge time 2.5 hours. | 2.50 450.00/hr | NO CHARGE |
| | LBD | Attend IDI with client. | 1.50 450.00/hr | 675.00 |
| 2/21/2020 | LBD | Telephone conference with T. Broadlick re UST request for items from the IDI. | 0.80 450.00/hr | 360.00 |
| 2/25/2020 | LBD | Travel to/from San Francisco for creditors' meeting.  Total travel time to/from at 7 hours.  5 hours charged, 2 hours not charged.  Attend meeting of creditors (1.0) Total 8 Hours. | 5.00 450.00/hr | 2,250.00 |
| | LBD | No charge for portion of Meeting of Creditors under 341(a) travel day.  2.5 hours travel time not charged. | 3.00 450.00/hr | NO CHARGE |
| 2/28/2020 | LBD | Telephone conference with T. Broadlick re revised projections and other financial statements for the OUST. | 0.20 450.00/hr | 90.00 |
| 3/2/2020 | LBD | Prepare exhibits to letter to K. McAbee re additional documents requested. | 2.50 450.00/hr | 1,125.00 |
| | LBD | Prepare letter to K. McAbee, Bankruptcy Analyst, re additional documents requested after IDI. | 0.50 450.00/hr | 225.00 |
| 3/19/2020 | LBD | Review Monthly operating report with T. Broadlick. | 0.30 450.00/hr | 135.00 |
| 3/23/2020 | LBD | Email to K. McAbee re delay in receiving Monthly operating report due to illness of bookkeeper and coronavirus. | 0.10 450.00/hr | 45.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/23/2020 | LBD | Multiple emails with T.Broadlick re corrections to Monthly operating report and attachments to Monthly operating report. | 0.40 450.00/hr | 180.00 |
| 3/27/2020 | LBD | Telephone with T. Broadlick re Monthly operating report issues. | 0.30 450.00/hr | 135.00 |
|  | LBD | Review monthly operating report for January and February. | 1.50 450.00/hr | 675.00 |
| 3/28/2020 | LBD | Prepare Monthly operating report for filing. | 0.30 450.00/hr | NO CHARGE |
| 4/8/2020 | LBD | Review email from K. McAbee re outstanding documents form review of additional documents provided to the OUST from the IDI. | 0.10 450.00/hr | 45.00 |
| 4/9/2020 | LBD | Multiple emails with K. McAbee re outstanding documents request and handling properly the Debtor's use of personal credit cards of the shareholder. | 0.40 450.00/hr | 180.00 |
|  | LBD | Multiple emails with K. McAbee re the handling of amending the schedules to properly reflect the loan to the Debtor by use of principal credit cards for business purposes. | 0.40 450.00/hr | 180.00 |
| 4/10/2020 | LBD | Email to T. Boradlick re insurance on cargo vehicle per OUST email . | 0.10 450.00/hr | 45.00 |
|  | LBD | Review and respond to T. Broadlick re status of obtaining insurance coverage on the cargo vehicle. | 0.20 450.00/hr | 90.00 |
| 4/12/2020 | LBD | Email to T. Broadlick re status of March Monthly operating report. | 0.10 450.00/hr | 45.00 |
| 4/14/2020 | LBD | Multiple emails with T. Broadlick re Monthly operating report. | 0.20 450.00/hr | 90.00 |
|  | LBD | Email to M. Ferreira re status of insurance information on 20008 cargo vehicle re response to UST email. | 0.10 450.00/hr | 45.00 |
|  | LBD | Review and assemble March Monthly operating report. | 1.90 450.00/hr | NO CHARGE |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/15/2020 | SRF | Work through the draft March, 2020, Monthly operating report. | 0.20 475.00/hr | 95.00 |
| 4/17/2020 | LBD | Multiple emails with T. Broadlick re issues with the Monthly operating report. | 0.20 450.00/hr | 90.00 |
| 4/19/2020 | LBD | Revise Monthly operating report with footnote re total assets and liabilities as of petition date (.2); Email to T. Broadlick re canceled checks re Monthly operating report.(.1). | 0.30 450.00/hr | 135.00 |
| | LBD | Oversee filing of March Monthly operating report. | 0.20 450.00/hr | NO CHARGE |
| 4/20/2020 | SRF | Read through the filed March Monthly operating report. | 0.10 475.00/hr | NO CHARGE |
| 5/11/2020 | SRF | Work through the April 2020 Monthly operating report. | 0.20 475.00/hr | 95.00 |
| 6/19/2020 | SRF | Telephone call from bookkeeper to discuss the May Monthly operating report. | 0.10 475.00/hr | 47.50 |
| 7/27/2020 | SRF | Work through the June Monthly operating report. | 0.30 475.00/hr | 142.50 |
| 8/17/2020 | SRF | Final review of the July Monthly operating report. | 0.20 475.00/hr | 95.00 |
| 9/16/2020 | P | Work on the August Monthly operating report looking to make sure that the numbers tie up, etc. | 0.70 125.00/hr | 87.50 |
| 9/17/2020 | P | Work on the final version of the August, Monthly operating report, e.g. redacting. | 0.20 125.00/hr | NO CHARGE |
| 11/16/2020 | SRF | Work on the October Monthly operating report. | 0.20 475.00/hr | 95.00 |
| 12/15/2020 | SRF | Review the November Monthly operating report and provide instructions to staff regarding redactions and efiling. | 0.20 475.00/hr | 95.00 |
| 1/16/2021 | SRF | Work through the December, 2020, Monthly operating report and pass it on to staff with instructions. | 0.20 475.00/hr | 95.00 |

|  | Hrs/Rate | Amount |
|---|---|---|
| SUBTOTAL: | [      40.10 | 12,727.50] |
| For professional services rendered | 246.80 | $94,765.00 |

# Exhibit "E"

The Fox Law Corporation
17835 Ventura Blvd., Suite 306
Encino, CA 91316

# BILLING BY PROFESSIONAL

Invoice submitted to:
Douce France d/b/a Douce France Bakery
686 Broadway Street,
Redwood City, CA 94063

February 3, 2021

Professional Services

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| **LBD** | | | | | |
| 1/29/2020 | LBD | Telephone call to bookkeeper regarding inter-company transfers and to verify information for critical vendors.  Review the schedules with Vanessa.  Continue reviewing local rules for the first day motions.  Make changes on Schedule D.  Go through court dockets to get updated information for the various lawsuits.  Review the employment application for Fox and its exhibits.  Work on first day declaration, revise the employment application and work on other first day motions. | | 3.70 450.00/hr | 1,665.00 |
| | LBD | Review and revise order re employment of TFLC to comply with Judge Blumenstiel's order re authorizing employment. | | 0.60 450.00/hr | 270.00 |
| | LBD | Commence preparation of ex parte application for order shortening time re First Day Motions. | | 0.70 450.00/hr | 315.00 |
| | LBD | Work on the first day declaration of M. Ferriera. | | 1.50 450.00/hr | 675.00 |

|            |     |                                                                                                                                          | Hrs/Rate           | Amount     |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------|--------------------|------------|
| 1/30/2020  | LBD | Left message for J. Day at OUST re filing of ex parte and first day motions                                                               | 0.20 450.00/hr     | 90.00      |
|            | LBD | Telephone conference to Judge's law clerks re filing of ex parte and first day motions.                                                   | 0.10 450.00/hr     | 45.00      |
| 2/3/2020   | LBD | Prepare spreadsheets of payrolls to be approved and paid per the payroll motion.                                                          | 0.50 450.00/hr     | NO CHARGE  |
|            | LBD | Email to M. Ferreira and bookkeeper T. Broadlick re scheduling a time to review of all documents in preparation of first day motion hearing. | 0.10 450.00/hr  | NO CHARGE  |
|            | LBD | Telephone conference with UST J. Day re first day motions and exhibits and application to employ TFLC.                                    | 0.60 450.00/hr     | 270.00     |
|            | LBD | Email to T. Broadlick re OUST compliance and adding OUST as additional insured on insurance policies.                                     | 0.10 450.00/hr     | 45.00      |
|            | LBD | Review Judge Blumenstiel's procedures for telephonic appearances                                                                          | 0.10 450.00/hr     | NO CHARGE  |
|            | LBD | Prepare supplement to Declaration of M. Ferreira re payroll motion exhibits                                                               | 0.20 450.00/hr     | 90.00      |
|            | LBD | Conference call with M. Ferreira and T. Broadlick re review of first day motions and declarations and review of petition and schedules re preparation for first day hearing | 1.70 450.00/hr | 765.00 |
| 2/4/2020   | LBD | Review and revise current payroll spreadsheet.                                                                                            | 0.20 450.00/hr     | 90.00      |
|            | LBD | Prepare cash collateral order.                                                                                                            | 0.50 450.00/hr     | 225.00     |
|            | LBD | Prepare payroll order.                                                                                                                    | 0.50 450.00/hr     | 225.00     |
|            | LBD | Telephone conference with T. Broadlick re payroll spreadsheet for current payroll.                                                        | 0.20 450.00/hr     | 90.00      |

Douce France d/b/a Douce France Bakery

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/4/2020 | LBD | Prepare Utility order. | 0.50 450.00/hr | 225.00 |
|  | LBD | Revise cash collateral order. | 0.20 450.00/hr | 90.00 |
|  | LBD | Court call re first day motions.  Listen in to the hearing on the first day motions.  Use the information gathered from the hearing to prepare the orders on the first day motions. | 0.90 450.00/hr | NO CHARGE |
|  | LBD | Revise order approving use of cash collateral on interim basis after hearing on first day motions | 0.30 450.00/hr | 135.00 |
|  | LBD | Revise payroll order after hearing on first day motions. | 0.40 450.00/hr | 180.00 |
|  | LBD | Review and revise Utility Order after hearing on first day motions | 0.40 450.00/hr | 180.00 |
| 2/5/2020 | LBD | Prepare Notice of Final Hearing on cash collateral, utility and payroll motions. | 0.40 450.00/hr | 180.00 |
|  | LBD | Prepare notices of deposit for each of utility companies to be mailed with a copy of the entered utility order. | 0.50 450.00/hr | 225.00 |
|  | LBD | Telephone conference with M. Ferreira re holds on funds on DIP accounts. | 0.20 450.00/hr | 90.00 |
|  | LBD | Telephone conference with J. Balico at Bank of the West re holds on DIP accounts. | 0.20 450.00/hr | 90.00 |
| 2/6/2020 | LBD | Telephone conference with R. Pena re releasing holds on account. | 0.10 450.00/hr | 45.00 |
|  | LBD | Telephone conference with S. Pang at Bank of the West re issues with DIP accounts. | 0.20 450.00/hr | 90.00 |
|  | LBD | Telephone conference with A. Allan at Bank of the West re issues with DIP accounts and holds. | 0.50 450.00/hr | 225.00 |

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 2/6/2020 | LBD | Telephone conference with M. Ferreria re problems with DIP accounts. | 0.10 450.00/hr | 45.00 |
| 2/7/2020 | LBD | Commence preparation of chapter 11 initial reporting requirements. | 0.80 450.00/hr | 360.00 |
| 2/10/2020 | LBD | Email to M. Ferreira re information regarding attorney authorization with OUST and information needed for the response to the initial reporting requirementsl | 0.20 450.00/hr | 90.00 |
| | LBD | Email to T. Broadlick re adding OUST re additional insured. | 0.10 450.00/hr | 45.00 |
| | LBD | Email to A. Allan re copies of signature cards re DIP accounts. | 0.10 450.00/hr | 45.00 |
| | LBD | Work on Chapter 11 Initial Reporting and prepare exhibits thereto.  6.5 hours devoted.  Charge is 3.5 hours. No charge 3.0 hours. | 3.50 450.00/hr | 1,575.00 |
| | LBD | Multiple emails with T. Broadlick re information needed to respond to the OUST Initial Reporting. | 0.60 450.00/hr | 270.00 |
| | LBD | No charge portion of 2/10/2020 slip working on UST compliance.  6.5 hours total.  3.0 hours no charged via this slip. | 3.00 450.00/hr | NO CHARGE |
| 2/13/2020 | LBD | Review and revise certificate of service for service of utility order and notice of deposit re service on February 4th. | 0.20 450.00/hr | 90.00 |
| 2/18/2020 | LBD | Left message for C. Horton at PG&E re letter requesting adequate assurance. | 0.10 450.00/hr | 45.00 |
| 2/19/2020 | LBD | Travel to/ from San Franscisco (same day travel) to attend the IDI meeting. 7.0 hours total travel time.  No charge 2.5 hours via separate slip.  4.5 hours travel time charged. | 4.50 450.00/hr | 2,025.00 |
| | LBD | Attend IDI with client. | 1.50 450.00/hr | 675.00 |

Douce France d/b/a Douce France Bakery

Page 5

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/19/2020 | LBD | Meeting with client re IDI. | 1.00 450.00/hr | 450.00 |
| | LBD | IDI meeting/travel day. Total travel time 7.0 hours. 4.5 hours charged via separate slip. No charge time 2.5 hours. | 2.50 450.00/hr | NO CHARGE |
| 2/21/2020 | LBD | Telephone conference with AT&T re disconnection notice. | 0.50 450.00/hr | 225.00 |
| | LBD | Email to M. Ferreira re discussion with AT&T and no disconnection. | 0.10 450.00/hr | 45.00 |
| | LBD | Telephone conference to C. Horton at PG&E re adequate assurance request. | 0.40 450.00/hr | 180.00 |
| | LBD | Follow up with C. Horton re February 18 voicemail message left for PG&E. | 0.10 450.00/hr | 45.00 |
| | LBD | Telephone conference with T. Broadlick re UST request for items from the IDI. | 0.80 450.00/hr | 360.00 |
| 2/24/2020 | LBD | Telephone conference with I. White and B. McGuffee re Credit Collection Services multiple letters and not able to associate to Debtor. | 0.50 450.00/hr | 225.00 |
| 2/25/2020 | LBD | Travel to/from San Francisco for creditors' meeting. Total travel time to/from at 7 hours. 5 hours charged, 2 hours not charged.<br><br>Attend meeting of creditors (1.0) Total 8 Hours. | 5.00 450.00/hr | 2,250.00 |
| | LBD | Review Landlord motion for relief from stay. | 2.00 450.00/hr | 900.00 |
| | LBD | No charge for portion of Meeting of Creditors under 341(a) travel day. 2.5 hours travel time not charged. | 3.00 450.00/hr | NO CHARGE |
| 2/26/2020 | LBD | Conference call with M. Ferreira and S. Fox re business license renewal, upcoming hearings and Landlord's motion for relief from stay. | 0.80 450.00/hr | 360.00 |

|            |     |                                                                                                     | Hrs/Rate          | Amount   |
|------------|-----|-----------------------------------------------------------------------------------------------------|-------------------|----------|
| 2/26/2020  | LBD | Email to M. Ferreira re requesting written confirmation of the credit the landlord has indicated.  | 0.10 450.00/hr    | 45.00    |
|            | LBD | Telephone call with Shannon at AT&T Bankruptcy Department re disconnection of service despite already receiving notice of the bankruptcy. | 0.30 450.00/hr    | 135.00   |
| 2/27/2020  | LBD | Continue reviewing exhibits to motion for relief from stay by Landlord.                             | 1.00 450.00/hr    | 450.00   |
|            | LBD | Telephone conference with T. Broadlick re revised budget for cash collateral hearing.              | 0.20 450.00/hr    | 90.00    |
|            | LBD | Prepare for filing with court, Demand of Adequate Assurance Request by PG&E and Declaration of L. Davis in support. | 1.00 450.00/hr    | 450.00   |
| 2/28/2020  | LBD | Telephone conference with T. Broadlick re revised projections and other financial statements for the OUST. | 0.20 450.00/hr    | 90.00    |
| 3/2/2020   | LBD | Telephone conference with M. Simon, counsel to PG&E, re adequate assurance.                        | 0.30 450.00/hr    | 135.00   |
|            | LBD | Prepare exhibits to letter to K. McAbee re additional documents requested.                         | 2.50 450.00/hr    | 1,125.00 |
|            | LBD | Prepare amended SOFA and attachments to questions 4 and 30 re response to OUST.                    | 0.30 450.00/hr    | 135.00   |
|            | LBD | Review and revise order re employment of Debtor's counsel.                                          | 0.10 450.00/hr    | 45.00    |
|            | LBD | Prepare letter to K. McAbee, Bankruptcy Analyst, re additional documents requested after IDI.      | 0.50 450.00/hr    | 225.00   |
|            | LBD | Conference call with T. Broadlick, bookkeeper and S. Fox re budget to actual and revised projections. | 0.20 450.00/hr    | 90.00    |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/3/2020 | LBD | Telephone conference with M. Simon re settlement discussions re adequate assurance payment. | 0.20 450.00/hr | 90.00 |
| | LBD | Email to M. Simon re copy of the current billing statement. | 0.10 450.00/hr | 45.00 |
| | LBD | Telephone call with T. Broadlick, bookkeeper, re discussions of PG&E deposit and where we can cover the adequate assurance payment. | 0.40 450.00/hr | 180.00 |
| | LBD | Left message for M. Simon re adequate assurance payment. | 0.10 450.00/hr | 45.00 |
| | LBD | Prepare a notice of stay proceedings in Heritage Bank of Commerce lawsuit filed in San Mateo. | 0.20 450.00/hr | 90.00 |
| 3/4/2020 | LBD | Telephone conference with T. Broadlick, bookkeeper, re accounts receivable for January and February and review of budget to actual re upcoming hearing on cash collateral. | 0.80 450.00/hr | 360.00 |
| | LBD | Prepare Debtor's revised projection through June 20, 2020 for filing with court. | 0.30 450.00/hr | 135.00 |
| | LBD | Meeting with S. Fox re review of issues raised in cash collateral motion by Heritage for upcoming hearing. | 0.50 450.00/hr | 225.00 |
| | LBD | Telephone conference with T. Broadlick re payroll payments re upcoming hearing. | 0.20 450.00/hr | 90.00 |
| | LBD | Telephone conference with M. Ferreira re PG&E proposed settlement and payroll re upcoming hearing. | 0.20 450.00/hr | 90.00 |
| 3/5/2020 | LBD | Conference call with S. Fox and M. Ferreira re cash collateral hearing. | 0.20 450.00/hr | NO CHARGE |
| | LBD | Attend via court call final hearing on payroll and cash collateral.  Use of cash collateral granted. | 1.50 450.00/hr | 675.00 |
| 3/6/2020 | LBD | Prepare notice of continued hearing on final hearing for cash collateral and prepetition payroll. | 0.50 450.00/hr | 225.00 |

|            |     |                                                                                                              | Hrs/Rate          | Amount     |
|------------|-----|--------------------------------------------------------------------------------------------------------------|-------------------|------------|
| 3/6/2020   | LBD | Prepare certificate of service re notice of final hearing.                                                   | 0.30<br>450.00/hr | NO CHARGE  |
| 3/9/2020   | LBD | Email to T. Broadlick re backup for the loans to shareholders re declaration to be provided to the court.    | 0.10<br>450.00/hr | 45.00      |
| 3/10/2020  | LBD | Telephone conference with M. Simon re stipulation re reduced adequate assurance.                             | 0.10<br>450.00/hr | 45.00      |
|            | LBD | Email to T. Broadlick re payment of new PG&E bill.                                                           | 0.10<br>450.00/hr | NO CHARGE  |
| 3/12/2020  | LBD | Research and review caselaw re opposition to relieve from stay by landlord.                                  | 2.90<br>450.00/hr | 1,305.00   |
|            | LBD | Further discussions with M. Simon re settlement of PG&E adequate assurance.                                  | 0.20<br>450.00/hr | 90.00      |
| 3/13/2020  | LBD | Research caselaw re landlord's motion for relief from stay and prepare a draft of the opposition.            | 2.00<br>450.00/hr | 900.00     |
| 3/16/2020  | LBD | Work on opposition to landlord's motion for relief.                                                          | 3.50<br>450.00/hr | 1,575.00   |
|            | LBD | Further research re section 365 and 362 case law re opposition.                                              | 1.90<br>450.00/hr | 855.00     |
|            | LBD | Prepare declaration of M. Ferreira in support of opposition to motion for relief.                            | 0.80<br>450.00/hr | 360.00     |
| 3/19/2020  | LBD | Review Monthly operating report with T. Broadlick.                                                           | 0.30<br>450.00/hr | 135.00     |
| 3/21/2020  | LBD | Work telephonically with attorney S. Fox of firm on things to do in the DF case. Go through motions needed, issues with the corona virus and UST matters. | 0.30<br>450.00/hr | NO CHARGE  |
| 3/23/2020  | LBD | Prepare declaration of M. Ferreira re explanation of loans to shareholders from January statement of cash flows. | 0.50<br>450.00/hr | 225.00     |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/23/2020 | LBD | Email to K. McAbee re delay in receiving Monthly operating report due to illness of bookkeeper and coronavirus. | 0.10 450.00/hr | 45.00 |
|  | LBD | Multiple emails with T.Broadlick re corrections to Monthly operating report and attachments to Monthly operating report. | 0.40 450.00/hr | 180.00 |
| 3/24/2020 | LBD | Review email from M. Simon re PG& E Stipulation | 0.10 450.00/hr | 45.00 |
|  | LBD | Telephone conference with M. Simon re stipulation status with PG&E due to coronavirus. | 0.20 450.00/hr | 90.00 |
| 3/25/2020 | LBD | Prepare status report. | 2.50 450.00/hr | 1,125.00 |
| 3/26/2020 | LBD | Multiple emails with T. Broadlick re customer lists. | 0.20 450.00/hr | 90.00 |
|  | LBD | Email with T. Broadlick re revised projections. | 0.10 450.00/hr | 45.00 |
|  | LBD | Prepare M. Ferreira declaration insurance support of status report. | 2.50 450.00/hr | 1,125.00 |
|  | LBD | Reviewed and downloaded documents from state court litigation in Heritage Bank v. Douce France (.5); Email to client re copy of request for entry of default (.1) | 0.60 450.00/hr | 270.00 |
| 3/27/2020 | LBD | Telephone with T. Broadlick re Monthly operating report issues. | 0.30 450.00/hr | 135.00 |
|  | LBD | Review monthly operating report for January and February. | 1.50 450.00/hr | 675.00 |
| 3/28/2020 | LBD | Prepare Monthly operating report for filing. | 0.30 450.00/hr | NO CHARGE |
|  | LBD | Telephone conference with M. Ferreira re review of current customer list for March. | 0.20 450.00/hr | 90.00 |
|  | LBD | Email to T. Lewis re accounts receivable list for February and February customer list. | 0.10 450.00/hr | NO CHARGE |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/30/2020 | LBD | Review projections and WIP and revise footnotes to projection in support of supplement to cash collaterals for hearing. | 0.90 450.00/hr | NO CHARGE |
|  | LBD | Review and revise supplement to cash collateral regarding revised projections for cash collateral hearing. | 0.80 450.00/hr | 360.00 |
| 3/31/2020 | LBD | Review and reply to M. Simon re adequate assurance with PG&E | 0.10 450.00/hr | 45.00 |
|  | LBD | Email to M. Ferreira re adequate assurance payment to PG&E | 0.10 450.00/hr | NO CHARGE |
| 4/2/2020 | LBD | Review and revise order granting payroll motion. | 0.20 450.00/hr | 90.00 |
|  | LBD | Prepare order granting payroll motion on final basis. | 0.50 450.00/hr | 225.00 |
|  | LBD | Prepare cash collateral order. | 0.60 450.00/hr | 270.00 |
|  | LBD | Discussion with S. Fox regarding the results of the hearing on cash collateral and payroll motions. | 0.40 450.00/hr | NO CHARGE |
| 4/3/2020 | LBD | Prepare order continuing status conference and setting other deadlines. | 0.50 450.00/hr | 225.00 |
|  | LBD | Review and file order re application to employ  Fox Law Corp. | 0.20 450.00/hr | 90.00 |
| 4/6/2020 | LBD | Oversee filing of payroll order. | 0.20 450.00/hr | NO CHARGE |
|  | LBD | Review and finalize cash collateral order. | 0.20 450.00/hr | 90.00 |
|  | LBD | Telephone conference with  S. Fox to review things to do in the case including the application to employ Certified public accountant  and  the landlord Motion for relief from stay being heard on Thursday. | 0.20 450.00/hr | NO CHARGE |
| 4/7/2020 | LBD | Review court NEF message regarding cash collateral order and service. | 0.10 450.00/hr | NO CHARGE |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/7/2020 | LBD | Revise order re cash collateral. | 0.20 450.00/hr | NO CHARGE |
| | LBD | Prepare certificate of service re cash collateral order. | 0.20 450.00/hr | NO CHARGE |
| | LBD | Prepare Order re appointment of responsible person. | 0.10 450.00/hr | 45.00 |
| 4/8/2020 | LBD | Review email from K. McAbee re outstanding documents form review of additional documents provided to the OUST from the IDI. | 0.10 450.00/hr | 45.00 |
| 4/9/2020 | LBD | Email to M. Ferreira re approval of March accounts receivable report and customer list to be sent to Heritage Bank. | 0.10 450.00/hr | 45.00 |
| | LBD | Email to T. Lewis and C. Torres re March Accounts receivable report and customer list. | 0.20 450.00/hr | 90.00 |
| | LBD | Email to M. Ferreira re verification about personal credit card use on behalf of the Debtor. | 0.10 450.00/hr | 45.00 |
| | LBD | Email to M. Ferreira re  2008 Chevy Cargo status as operational vehicle. | 0.10 450.00/hr | 45.00 |
| | LBD | Review and respond to M. Ferreira re status of cargo vehicle and insurance. | 0.20 450.00/hr | 90.00 |
| | LBD | Email to R. Say re engagement letter and resume for application to employ. | 0.10 450.00/hr | NO CHARGE |
| | LBD | Multiple emails with J. Day re OUST policy and/or form for drawn downs on retainers per court order. | 0.30 450.00/hr | NO CHARGE |
| | LBD | Multiple emails with K. McAbee re the handling of amending the schedules to properly reflect the loan to the Debtor by use of principal credit cards for business purposes. | 0.40 450.00/hr | 180.00 |
| | LBD | Research procedure for drawn down of retainer in Local Bankruptcy Rules and on OUST website for Region 17. | 0.50 450.00/hr | NO CHARGE |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/9/2020 | LBD | Follow up email with T. Broadlick re adequate protection payment to Heritage Bank. | 0.10 450.00/hr | 45.00 |
| | LBD | Multiple emails with K. McAbee re outstanding documents request and handling properly the Debtor's use of personal credit cards of the shareholder. | 0.40 450.00/hr | 180.00 |
| | LBD | Prepare application to employ Lucove, Say & Co. as accountants. | 1.80 450.00/hr | 810.00 |
| 4/10/2020 | LBD | Prepare declaration of R. Say in support of application to employ. | 0.60 450.00/hr | 270.00 |
| | LBD | Prepare Notice to Employ Accountant and Post-Petition Retainer. | 0.20 450.00/hr | 90.00 |
| | LBD | Review previously filed schedules and prepare amended schedule F and SOFA. | 1.50 450.00/hr | 675.00 |
| | LBD | Email to M. Ferreira re declaration re verification of schedules and SOFA requiring review and signature. | 0.20 450.00/hr | NO CHARGE |
| | LBD | Email to R. Say re declaration for signature. | 0.20 450.00/hr | NO CHARGE |
| | LBD | Telephone conference with M. Ferreria re declaration verifying the schedules and amended Schedule F and SOFA. | 0.30 450.00/hr | 135.00 |
| | LBD | Finalize application to employ Lucove, Say &Co. | 0.40 450.00/hr | 180.00 |
| | LBD | Multiple emails with J. Day re listing of personal credit cards on Sched F and related issues. | 0.20 450.00/hr | 90.00 |
| | LBD | Prepare amended declaration concerning Debtor's schedules and amendment cover sheet. | 0.30 450.00/hr | 135.00 |
| | LBD | Email to M. Ferreira re update case status re employment of Certified public accountant and other issues. | 0.20 450.00/hr | 90.00 |

Douce France d/b/a Douce France Bakery                    Page    13

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/10/2020 | LBD | Review and respond to T. Broadlick re status of obtaining insurance coverage on the cargo vehicle. | 0.20 450.00/hr | 90.00 |
|  | LBD | Email to T. Boradlick re insurance on cargo vehicle per OUST email . | 0.10 450.00/hr | 45.00 |
|  | LBD | Telephone conference with M. Ferreira re application to employ for review and signature. | 0.20 450.00/hr | 90.00 |
|  | LBD | Review and respond to S. Fox email re application to employ certified public accountant. | 0.20 450.00/hr | 90.00 |
|  | LBD | Multiple email with R. Say services covered in engagement letter. | 0.30 450.00/hr | 135.00 |
|  | LBD | Email court re issues with cash collateral order. | 0.20 450.00/hr | 90.00 |
|  | LBD | Review NEF rejection from court re order appointing responsible party and refile. | 0.20 450.00/hr | NO CHARGE |
|  | LBD | Email to M. Ferreira re application to employ accountant re signature. | 0.10 450.00/hr | NO CHARGE |
| 4/12/2020 | LBD | Review Heritage Bank of Commerce proof of claim. | 0.10 450.00/hr | 45.00 |
|  | LBD | Email to T. Broadlick re status of March Monthly operating report. | 0.10 450.00/hr | 45.00 |
| 4/14/2020 | LBD | Multiple emails with T. Broadlick re Monthly operating report. | 0.20 450.00/hr | 90.00 |
|  | LBD | Email to M. Ferreira re status of insurance information on 20008 cargo vehicle re response to UST email. | 0.10 450.00/hr | 45.00 |
|  | LBD | Review and assemble March Monthly operating report. | 1.90 450.00/hr | NO CHARGE |
| 4/17/2020 | LBD | Telephone conference with S. Fox to review things to do in the case including cash collateral order, new cash collateral motion and other issues. | 0.30 450.00/hr | NO CHARGE |

|            |     |                                                                                                                                                      | Hrs/Rate          | Amount      |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-------------|
| 4/17/2020  | LBD | Multiple emails with T. Broadlick re issues with the Monthly operating report.                                                                       | 0.20 450.00/hr    | 90.00       |
| 4/19/2020  | LBD | Revise Monthly operating report with footnote re total assets and liabilities as of petition date (.2); Email to T. Broadlick re canceled checks re Monthly operating report.(.1). | 0.30 450.00/hr    | 135.00      |
|            | LBD | Oversee filing of March Monthly operating report.                                                                                                    | 0.20 450.00/hr    | NO CHARGE   |

SUBTOTAL:                                                                                                 [      100.60           37,305.00]

Paralegal

|            |   |                                                                                                                                                                                                                                  | Hrs/Rate        | Amount      |
|------------|---|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|-------------|
| 1/29/2020  | P | Work through a plethora of emails with attachments from bookkeeper updating various reports.  Review the initial bankruptcy papers page by page with LBD, make changes, review documents looking for more information, prepare final set of bankruptcy papers for filing. | 4.00 125.00/hr  | 500.00      |
| 5/14/2020  | P | Work on internal claims register used to track claims and for plan projections.                                                                                                                                                  | 0.50 125.00/hr  | 62.50       |
| 9/16/2020  | P | Work on the August Monthly operating report looking to make sure that the numbers tie up, etc.                                                                                                                                   | 0.70 125.00/hr  | 87.50       |
| 9/17/2020  | P | Work on the final version of the August, Monthly operating report, e.g. redacting.                                                                                                                                               | 0.20 125.00/hr  | NO CHARGE   |
| 1/15/2021  | P | Prepare plan confirmation memo for filing, get attorney approval.  Review the Ballot Summary, organize it for filing.  Prepare the certificate of service.  Get Fox approval for three efilings.                                  | 2.10 125.00/hr  | NO CHARGE   |

SUBTOTAL:                                                                                                 [        7.50              650.00]

|  |  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
|  | | SRF | | | |
| | 1/29/2020 | SRF | Review and revise the first day declaration. | 0.30 475.00/hr | 142.50 |
| | | SRF | Work with staff on first day motions (preparing them in part). Review schedules and other matter for filing. | 1.50 475.00/hr | 712.50 |
| | 1/30/2020 | SRF | Prepare the payroll motion. (.9)<br><br>Work telephonically with bookkeeper, MR and Lesley Davis to figure out payroll issues, e.g. what employees will be owed what and how the employees will be paid. (.6) | 1.50 475.00/hr | 712.50 |
| | | SRF | Review and revise the motion to shorten time for first day hearings. | 0.30 475.00/hr | 142.50 |
| | | SRF | Utilities Motion. Work on the utilities motion. | 0.50 475.00/hr | 237.50 |
| | | SRF | Prepare the cash collateral motion. | 1.50 475.00/hr | 712.50 |
| | 1/31/2020 | SRF | Telephone call to bookkeeper Tammy Broadlick (TB) to discuss payroll and accounting problems. | 0.20 475.00/hr | 95.00 |
| | 2/2/2020 | SRF | Email M.F. regarding the first day hearings. | 0.20 475.00/hr | 95.00 |
| | 2/4/2020 | SRF | Travel to SFO. This is a partial charge for travel time. | 2.00 475.00/hr | 950.00 |
| | | SRF | Begin working at 12 noon for the hearing. | 1.00 475.00/hr | 475.00 |
| | | SRF | Meet with principals from 1:00 to 3:00 p.m. | 2.00 475.00/hr | 950.00 |
| | | SRF | Attend the hearings on cash collateral, payroll and utilities. Motions granted. | 0.70 475.00/hr | 332.50 |
| | | SRF | Confer following the hearings with principals. | 0.80 475.00/hr | 380.00 |
| | 2/5/2020 | SRF | Return to LA from SF the morning after the first day hearings. Total time for travel from hotel to airport, to LA to | 2.50 475.00/hr | 1,187.50 |

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
|  |  |  | office 5 hours.  Time charged 2.5 hours. |  |  |
| 2/5/2020 | SRF |  | No charged portion of 5 hours travel time from SF to LA following first day hearings. | 2.50 475.00/hr | NO CHARGE |
| 2/11/2020 | SRF |  | Work with attorney Lesley Davis on UST compliance matters. | 0.20 475.00/hr | NO CHARGE |
| 2/17/2020 | SRF |  | Telephone call to bookkeeper TB to discuss the budget to actual report and potential changes to the cash collateral projections.  (.2)  Telephone call to MF to discuss the same.  (.2) | 0.40 475.00/hr | 190.00 |
| 2/22/2020 | SRF |  | Read Heritage Bank's 9 point demand on cash collateral.  Prepare a lengthy draft responsive communication for client comment.  As part of this send 2 emails to client personnel. | 0.30 475.00/hr | 142.50 |
| 2/26/2020 | SRF |  | Return MF's phone call about a business license issue.  Discuss that issue and case/business issues. | 0.20 475.00/hr | 95.00 |
|  | SRF |  | Telephone conference with MF and Lesley Davis to review the landlord's motion to terminate the stay, the IDI and 341(a) and other issues. | 0.80 475.00/hr | NO CHARGE |
| 3/2/2020 | SRF |  | Work with bookkeper and LD on the reports for the cash collateral supplement. | 0.20 475.00/hr | 95.00 |
| 3/4/2020 | SRF |  | Work with attorney LD on tomorrow's hearing on cash collateral. | 0.50 475.00/hr | NO CHARGE |
| 3/5/2020 | SRF |  | Telephone call to MF, ahead of the hearing, regarding today's hearing on cash collateral. | 0.20 475.00/hr | NO CHARGE |
|  | SRF |  | Telephone call from MF, following the hearing, regarding results.  (.2) Telephone call to Lesley Davis regarding the same.  (.2) | 0.40 475.00/hr | NO CHARGE |
| 3/13/2020 | SRF |  | Utilities.  Work telephonically with LBD on utility issues. | 0.20 475.00/hr | NO CHARGE |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/16/2020 | SRF | Work on the opposition to the landlord's motion for relief from stay. Review the draft L.Davis has prepared. (.2) Telephone call to LD to discuss. (.2) Telephone call to Debtor's bookkeeper to obtain information for the opposition. (.1)<br><br>Later, work through next draft of the opposition with LD and conference call in Debtor's bookkeeper. (.4)<br><br>Then call LD to go through the principal's declaration. (.2) Conduct a conference call with Debtor's principal to review his declaration, line by line. (.2) | 1.30<br>475.00/hr | 617.50 |
| 3/20/2020 | SRF | Telephone call from MF, for our scheduled 7 a.m. call, to discuss his efforts yesterday to obtain new business. Work with him on an email to a contact at the SBA looking for payment relief. | 0.30<br>475.00/hr | 142.50 |
| 3/21/2020 | SRF | Work telephonically with attorney LD of firm on things to do in the DF case. Go through motions needed, issues with the corona virus and UST matters. | 0.30<br>475.00/hr | NO CHARGE |
| 3/23/2020 | SRF | Declaration of MF regarding loans. Review and revise the declaration of MF regarding loans. As part of this call the company's bookkeeper to obtain more information. (.3)<br><br>Follow up call with LD of my office to go through the edits. (.1) | 0.40<br>475.00/hr | 190.00 |
| 3/24/2020 | SRF | Declaration of shareholder loans. Review and revise the declaration. | 0.10<br>475.00/hr | NO CHARGE |
| 3/25/2020 | SRF | Ch. 11 Status Report. Telephone call from bookkeeper TB to discuss the cash flow projections and other financial reports we intend to provide with the chapter 11 status report being filed later this week. | 0.20<br>475.00/hr | 95.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/26/2020 | SRF | Review and revise the status report for the 04 2020 hearing. (.4) | 0.60 475.00/hr | 285.00 |
|  |  | Further revisions. (.2) |  |  |
|  | SRF | First read through of the landlord's reply to the motion for relief from stay. Send to client principal with comments. | 0.30 475.00/hr | 142.50 |
|  | SRF | Conference call with client personnel regarding projections of income and expenses going forward. | 0.40 475.00/hr | 190.00 |
| 3/27/2020 | SRF | Lengthy discussion of Covid 19, impact on orders, the revised projections, means to raise monies, etc. | 0.80 475.00/hr | 380.00 |
|  | SRF | Telephone call to attorney for landlord to see if settlement discussions would be fruitful. (.3) Follow up email to DF regarding the same. (.1) | 0.40 475.00/hr | 190.00 |
|  | SRF | Work with Lesley Davis on the various case and business issues presently outstanding. | 0.20 475.00/hr | NO CHARGE |
| 3/28/2020 | SRF | Telephone call to MF for scheduled call to discuss projections, competition, rebuilding from Covid 19, the landlord and Heritage Bank. | 1.30 475.00/hr | 617.50 |
|  | SRF | Telephone call to company personnel to discuss the projections. | 0.30 475.00/hr | NO CHARGE |
| 3/29/2020 | SRF | With revised projections in light of Covid 19 and the Debtor's changes to its business, prepare a supplemental filing explaining this. (.4) Email to associate attorney and then to MF asking for work to be done. (.2) | 0.80 475.00/hr | 380.00 |
|  |  | Emails to/from MF about the customer lists for February and March and the WIP listings. (.2) |  |  |
| 3/31/2020 | SRF | With notes from Debtor's principal, prepare a proposed settlement offer to the landlord. Provide to client with comments. | 0.40 475.00/hr | 190.00 |

Douce France d/b/a Douce France Bakery                          Page      19

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                    | Hrs/Rate          | Amount    |
|------------|-----|----------------------------------------------------------------------------------------------|-------------------|-----------|
| 4/1/2020   | SRF | Prepare an offer to settle to the landlord based on my notes to MF and his acceptance of the terms I had suggested.                                                                                            | 0.30 475.00/hr    | 142.50    |
|            | SRF | Work telephonically with MF to prepare a counter offer to the Bank.                            | 0.70 475.00/hr    | 332.50    |
| 4/2/2020   | SRF | Prepare for hearing on cash collateral, payroll motion and status conference. Read through the materials and devote time to analyzing the bank's objection to the use of cash collateral. (.6)  Call in to the hearing and wait for the matter to be called.  Participate in the hearings.  The two motions were granted and the status conference was continued.  (1.0)  Telephone call from MF at the Debtor to discuss the hearing and moving forward.  (.2) Telephone call to associate Lesley David to have her work on the two older orders, the orders from today and the amended Statement of Financial Affairs. (.4) | 2.20 475.00/hr    | 1,045.00  |
|            | SRF | Telephone call from building landlord with a proposal to settle the dispute. Following call, put together notes to understand the proposal.              | 0.30 475.00/hr    | 142.50    |
| 4/3/2020   | SRF | Telephone call from landlord's attorney to discuss potential settlement of issues.             | 0.20 475.00/hr    | 95.00     |
|            | SRF | Prepare lengthy email to MF at DF discussing the landlord's proposal to settle, look at options and make a recommendation.                              | 0.30 475.00/hr    | 142.50    |
| 4/6/2020   | SRF | Telephone call from attorney for landlord to continue settlement discussions.  (.3)  Prepare email to MF regarding status.  (.2)                        | 0.50 475.00/hr    | 237.50    |
|            | SRF | Telephone conference with LD of my office to review things to do in this case including the Certified public accountant 327 application and the landlord Motion for relief from stay being heard on Thursday. | 0.20 475.00/hr    | NO CHARGE |

|            |     |                                                                                                                                                                                                                                                          | Hrs/Rate          | Amount    |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 4/9/2020   | SRF | Prepare for hearing.  Read through the various pleadings and the exhibits. Prepare notes and argument.  (1.0) Telephone call to MF ahead of the hearing to discuss.  (.2)  Call in for the hearing, wait over one hour for the matter to be discussed and appear at the hearing on the landlord's motion to terminate the stay.  (1.5) | 2.70 475.00/hr    | 1,282.50  |
| 4/14/2020  | SRF | Telephone call to MG for the landlord. Discuss terms of a new potential deal. (.1)  Work on notes and thoughts for next call.  (.1) Telephone call to MF at the Debtor to discuss.  (.2)<br><br>Return later call from Mauro F with a question about  the deal terms.  (.1) Call from MG, landlord's counsel, regarding terms.  (.1) | 0.60 475.00/hr    | 285.00    |
| 4/15/2020  | SRF | Work through the draft March, 2020, Monthly operating report.                                                                                                                                                                                             | 0.20 475.00/hr    | 95.00     |
|            | SRF | Leasehold.  Telephone call to landlord's attorney to discuss paper over the phone the terms of what we believe is the deal.  (.2)  Prepare detailed memo to client regarding the same.  (.2)                                                               | 0.40 475.00/hr    | 190.00    |
| 4/20/2020  | SRF | Read through the filed March Monthly operating report.                                                                                                                                                                                                    | 0.10 475.00/hr    | NO CHARGE |
| 4/21/2020  | SRF | Lease rejection.  Read through the stipulation by the landlord to reject the lease and for other relief.  Make changes to it.  Pull up the original lease and summarize relevant provisions for DF.  (.3) Prepare an email to DF personnel regarding the rejection and its various provisions. (.2) | 0.50 475.00/hr    | 237.50    |
| 4/22/2020  | SRF | Building lease.  Telephone call to landlord's attorney to discuss stipulation terms.                                                                                                                                                                      | 0.20 475.00/hr    | 95.00     |
|            | SRF | Telephone call to MF to review the landlord's drafted stipulation with him. Answer his questions and review portions of the building lease with him. While on the call, draft much of an                                                                  | 0.60 475.00/hr    | 285.00    |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | email to the landlord's attorney and get MF's approval.  (.4)  Following call, continue to prepare the communication.  (.2) | | |
| 4/23/2020 | SRF | Go back to the stipulation and go through it again with an eye on yesterday's call to the landlord's attorney.  Call MF to discuss deal terms and today's inspection of the premises by the landlord.  (.3)  Follow up email to landlord's attorney regarding final terms to stipulation.  (.1) | 0.40 475.00/hr | 190.00 |
| 4/25/2020 | SRF | Building Lease.  Telephone call from MF to discuss the latest draft of the rejection stipulation. | 0.30 475.00/hr | 142.50 |
| 4/29/2020 | SRF | Telephone conference with MF to discuss the landlord stipulation and repair/maintenance costs. | 0.20 475.00/hr | 95.00 |
| 5/6/2020 | SRF | Email to landlord's attorney with update about move and proposed change to settlement terms. | 0.10 475.00/hr | 47.50 |
| 5/7/2020 | SRF | Telephone call to MF to obtain approval of the settlement terms. (.1)  Email to landlord's attorney regarding the same.  (.1)  Begin to draft the settlement motion.  (1.2) | 1.40 475.00/hr | 665.00 |
| 5/11/2020 | SRF | Work on administrative matters in the case. | 0.80 475.00/hr | NO CHARGE |
| | SRF | Work through the April 2020 Monthly operating report. | 0.20 475.00/hr | 95.00 |
| 5/12/2020 | SRF | Respond to inquiry by landlord about the settlement. | 0.10 475.00/hr | 47.50 |
| | SRF | Work on cash collateral issues in part emailing counsel for Heritage Bank. | 0.20 475.00/hr | 95.00 |
| 5/13/2020 | SRF | Work on the cash collateral order from the April hearing and upload it. | 0.50 475.00/hr | NO CHARGE |
| 5/14/2020 | SRF | Further work on the motion and notice for the compromise motion with the landlord.  Approx. 2 hours spent. | 0.50 475.00/hr | 237.50 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/14/2020 | SRF | No charged portion of time spent working on the compromise motion and notice.  2.0 hours total.  1.5 hours no charged. | 1.50<br>475.00/hr | NO CHARGE |
| 5/15/2020 | SRF | Complete the landlord compromise motion and notice.  (.4) | 0.60<br>475.00/hr | 285.00 |
|  |  | Telephone call to MF to discuss the motion and a new location.  (.2) During call, send him two emails. |  |  |
|  | SRF | Begin work on the next cash collateral motion. | 0.60<br>475.00/hr | 285.00 |
| 5/16/2020 | SRF | Further work on the compromise motion with the landlord, the notice and the COS. | 0.80<br>475.00/hr | 380.00 |
| 5/17/2020 | SRF | Further work on the 2nd supplement to the cash collateral application and the MF declaration. | 0.80<br>475.00/hr | 380.00 |
| 5/18/2020 | SRF | Download and review the two motions (borrow and cash collateral), the notices and the COS.  Provide to client personnel with comments. | 0.30<br>475.00/hr | NO CHARGE |
| 5/19/2020 | SRF | Prepare amended notices on hearings on the cash collateral | 0.20<br>475.00/hr | NO CHARGE |
|  | SRF | Prepare amended notice of hearing on the lease rejection compromise. | 0.20<br>475.00/hr | NO CHARGE |
| 6/1/2020 | SRF | Prepare status report ahead of 6/2 deadline.  Emails to/from bookkeeper for financial information.  Draft the status report. | 0.90<br>475.00/hr | 427.50 |
| 6/2/2020 | SRF | Status Report.  Final revisions to the status report and speak with the bookkeeper and then MR about figures for the status report and final revisions. | 0.40<br>475.00/hr | 190.00 |
| 6/4/2020 | SRF | Telephone call from MF regarding Heritage's Bank's notice of inspect/valuation and efforts to move the business.  (.2) | 0.20<br>475.00/hr | NO CHARGE |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/11/2020 | SRF | Prepare for the hearings on the motion to use cash collateral through 12/202, the compromise with the landlord on the chapter 11 status conference. (.3) Call in to CourtCall and wait for docket to begin and case to be called. (.7) Appear at hearing on the two motions and the status conference. (.3) | 1.30 475.00/hr | 617.50 |
|  | SRF | Prepare order on the use of cash collateral. (.3) Forward to bank's counsel for his signature with comments. (.1) | 0.40 475.00/hr | 190.00 |
|  | SRF | Landlord compromise. Prepare order on the compromise order. Re-draft the stipulation into the order. (.5) Then send to landlord's counsel with comments and questions. (.1) | 0.60 475.00/hr | 285.00 |
|  | SRF | Telephone call to MF regarding the lease situation and moving. | 0.20 475.00/hr | 95.00 |
| 6/12/2020 | SRF | Prepare COS and final set up for order authorizing use of cash collateral. Check local rule and website requirements. Upload the COS and the order. | 0.50 475.00/hr | NO CHARGE |
|  | SRF | Review and revise the order on the compromise with the landlord. Return by email to the landlord's attorney with comments. | 0.30 475.00/hr | 142.50 |
| 6/16/2020 | SRF | Landlord motion. Final check to the order and then upload. | 0.50 475.00/hr | NO CHARGE |
| 6/19/2020 | SRF | Telephone call from bookkeeper to discuss the May Monthly operating report. | 0.10 475.00/hr | 47.50 |
|  | SRF | Email from MF regarding a writ of execution by Challenge Dairy. Read through the 18 pages, pull up and read other documents I have on the state court lawsuit (.2) and call MF to discuss potential steps to take. (.2) | 0.40 475.00/hr | 190.00 |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/24/2020 | SRF | Begin work on the motion to enter into the lease and the sub-lease.  Read the leases and start drafting the motion. | 1.20 475.00/hr | 570.00 |
| 6/25/2020 | SRF | Continue working on the motion to enter into the lease and the sub-lease. (.6) | 2.40 475.00/hr | 1,140.00 |
| | | Telephone call to MF to go through the motion line by line looking for information, etc.  (.8) | | |
| | | Continue working on the motion.  (.8) | | |
| 6/26/2020 | SRF | Leases.  Work on the application to shorten time for notice of hearing (.5) and also email MF with requests of things for him to do in connection with the motion. (.1) Call MF with a question for him (.1), send him one email with other requests (.1) and one call from MF with a question for me about the motion.  (.1) | 1.40 475.00/hr | 665.00 |
| | | Call the two landlords and the one sub-landlord to discuss the ex parte application and the motion with each of them.  (.4)  Follow up call to MF to keep him on track to get one more signed document.  (.1) | | |
| 7/1/2020 | SRF | Telephone call from MF regarding the 7/1 move out and the landlord's inspection. | 0.20 475.00/hr | 95.00 |
| | SRF | Work with staff on filing issues for the motion to enter into new leases and to shorten time for notice of a hearing. | 0.80 475.00/hr | NO CHARGE |
| 7/2/2020 | SRF | Leases.  Continue work on the motion to enter into the new leases, the declaration and the motion to shorten time. | 1.60 475.00/hr | 760.00 |
| 7/7/2020 | SRF | Telephone call from DF's bookkeeper to discuss ongoing issues for the company.  (.1) | 0.40 475.00/hr | 190.00 |
| | | Prepare declaration of MF regarding | | |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | move from the prior leasehold to the new locations.  (.3) | | |
| 7/8/2020 | SRF | Prepare COS for declaration on vacating the prior leasehold premises. Upload both. | 0.40 475.00/hr | NO CHARGE |
| | SRF | Old leasehold.  Return call from old landlord's attorney regarding the move out. (.2)  Follow up by phone with MF on one question the landlord has.  (.1) | 0.30 475.00/hr | 142.50 |
| 7/9/2020 | SRF | Motion to enter into new leases. Prepare for hearing.  (.3)  Call in and wait for matter to be called. Participate in the hearing.  Motion granted.  (.5)  Telephone call to MF to discuss hearing and also last issue with prior landlord.  (.1)  Prepare order granting the motion.  (.3) | 1.20 475.00/hr | 570.00 |
| | SRF | Prepare a notice of opportunity to object and work with staff on filing and service issues. | 0.50 475.00/hr | NO CHARGE |
| 7/15/2020 | SRF | Telephone call from MF to discuss financing issues, in particular, doing a PPP loan, and cash flow issues. | 0.20 475.00/hr | 95.00 |
| 7/27/2020 | SRF | Telephone call to MF to discuss business status and infusion of monies. | 0.20 475.00/hr | 95.00 |
| | SRF | Work through the June Monthly operating report. | 0.30 475.00/hr | 142.50 |
| 8/2/2020 | SRF | Begin work on the Disclosure Statement by emailing DF personnel including its bookkeeper asking questions and seeking information. Do some discussion of necessary items for a Disclosure Statement  and the projections. | 0.40 475.00/hr | 190.00 |
| 8/5/2020 | SRF | Work on the liquidation analysis. (.2) Send email to MF regarding his work on the analysis. (.1)  Prepare email to Heritage Bank's counsel about the bank's treatment.  (.2) | 0.50 475.00/hr | 237.50 |

Douce France d/b/a Douce France Bakery                                    Page      26

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/6/2020 | SRF | Telephone call to counsel for Heritage Bank to discuss plan provisions and the business.  (.4) | 0.60 475.00/hr | 285.00 |
|  |  | Email to client to discuss settlement issues.  (.2) |  |  |
| 8/8/2020 | SRF | Email to bank's counsel regarding the settlement discussions we have started. | 0.10 475.00/hr | 47.50 |
|  | SRF | Telephone call to MF to discuss various matters including the plan projections, confirmation issues, insurance and business status. | 0.40 475.00/hr | 190.00 |
| 8/11/2020 | SRF | Work with bookkeeper on the initial draft of the projections.  Go item by item, question assumptions and check back-up information.  Conclude with tasks to be followed up on to complete a decent draft of the projections. | 0.80 475.00/hr | 380.00 |
|  | SRF | Email to counsel for Heritage Bank, continuing settlement discussions. | 0.20 475.00/hr | 95.00 |
| 8/12/2020 | SRF | Telephone call from D.F.'s bookkeeper to further discuss the projections. | 0.20 475.00/hr | 95.00 |
| 8/13/2020 | SRF | Work through the projections draft and make additional suggestions for changes. | 0.30 475.00/hr | 142.50 |
| 8/17/2020 | SRF | Telephone call to MF to work through the spreadsheet he sent to me yesterday.  Follow up email to bank's counsel regarding the same spreadsheet. | 0.30 475.00/hr | 142.50 |
|  | SRF | Final review of the July Monthly operating report. | 0.20 475.00/hr | 95.00 |
|  | SRF | Prepare the first draft of the Disclosure Statement. | 3.20 475.00/hr | 1,520.00 |
| 8/18/2020 | SRF | Continued work on the Disclosure Statement. | 0.80 475.00/hr | 380.00 |

|            |     |                                                                                                                                                                                                                                                                                                     | Hrs/Rate          | Amount   |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 8/18/2020  | SRF | Telephone conference with MF to discuss in detail the Heritage Bank proposal on the plan.  Discuss the proposal and a counter proposal.                                                                                                                                                              | 0.50 475.00/hr    | 237.50   |
| 8/19/2020  | SRF | Email to MF regarding a counter to the bank.  (.1)  Telephone call to MF regarding the same.  (.1)  Upon receiving authorization, draft a proposal to the bank.  (.4)                                                                                                                                 | 0.60 475.00/hr    | 285.00   |
|            | SRF | Go through the projections with MF, asking about assumptions and individual categories.                                                                                                                                                                                                             | 0.60 475.00/hr    | 285.00   |
| 8/24/2020  | SRF | Examine and then prepare communication to client regarding bank's present settlement position.                                                                                                                                                                                                      | 0.30 475.00/hr    | 142.50   |
|            | SRF | Continued work on the Disclosure Statement.                                                                                                                                                                                                                                                          | 1.80 475.00/hr    | 855.00   |
|            | SRF | Continued work at night on the draft Disclosure Statement.                                                                                                                                                                                                                                           | 0.60 475.00/hr    | 285.00   |
| 8/25/2020  | SRF | Telephone conference with MF and Joanne F. to discuss the settlement discussions with the bank and to form a counter proposal.  (.6)  Following the call, draft a proposed counter offer, prepare an amortization chart and send both to DF with comments.  (.4)  Continued work on the draft disclosure statement. Complete a first draft of the Disclosure Statement, the declaration and the liquidation analysis.  (1.6) | 2.60 475.00/hr    | 1,235.00 |
| 8/26/2020  | SRF | Continued work on the Disclosure Statement, editing and inputting information from the projections.                                                                                                                                                                                                  | 0.50 475.00/hr    | 237.50   |
|            | SRF | With authorization from MF, edit and complete the latest counter offer to the bank.                                                                                                                                                                                                                  | 0.30 475.00/hr    | 142.50   |
|            | SRF | Phone conference with bank's counsel to discuss intricacies of the 1111(b) election, looking to see if the parties approach the election in the same                                                                                                                                                 | 0.60 475.00/hr    | 285.00   |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | way.  Discuss the current counter proposal.  (.5)  Memo to MF regarding the call.  (.1) |  |  |
| 8/26/2020 | SRF | Go line by line through the Disclosure Statement  with MF, asking questions, answering questions and confirming information. | 1.80 475.00/hr | 855.00 |
|  | SRF | In light of bank's stated intent to take the 1111(b) election, do legal research concerning classification of unsecured portion, what payment stream the creditor is entitled to under the election, etc. | 0.70 475.00/hr | 332.50 |
| 8/27/2020 | SRF | Work further on the Disclosure Statement. | 1.60 475.00/hr | 760.00 |
|  | SRF | Spend time at the court's website reading about Disclosure Statement and plan requirements, forms, procedures, etc. | 0.70 475.00/hr | NO CHARGE |
|  | SRF | Emails to/from bank counsel (.2)  then call from counsel to discuss settlement further.  (.1) | 0.30 475.00/hr | 142.50 |
| 8/28/2020 | SRF | Continued work on the Disclosure Statement in light of MF's changes and general editing.  Incorporate additional provisions into the Disclosure Statement. | 2.30 475.00/hr | 1,092.50 |
|  | SRF | Work on the plan. | 1.60 475.00/hr | 760.00 |
| 8/29/2020 | SRF | Complete work on the Disclosure Statement and Plan.  (1.8)  Prepare the notice of hearing - completed.  (.1) Prepare the certificate of service.  (.2) Review the LBR and the judge's procedures for any potential issues with the Disclosure Statement  and Plan.  (.2) | 2.30 475.00/hr | 1,092.50 |
| 8/31/2020 | SRF | Assist staff with preparing Disclosure Statement  and related materials for filing, service and efiling. | 1.40 475.00/hr | NO CHARGE |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/2/2020 | SRF | Prepare the status report and declaration for the 9/10 hearing. | 1.20 475.00/hr | 570.00 |
| 9/10/2020 | SRF | Prepare motion to extend time under 1121/1129(e) for SBD cases. Complete by 8:15 a.m.   (1.5) Telephone call from MF to discuss his declaration.  (.1)  Following the status conference on this date, revise a portion of the motion and declaration and review with MF.  (.4) | 2.00 475.00/hr | 950.00 |
| | SRF | Prepare for (.2) and attend the status conference.  (.6)  Following the status conference, go through files and find the PACER version of the notice of hearing on the Disclosure Statement that the Court could not find, speak with MF about moving forward and getting the PPP monies back to the lender (.2) and revise the notice of hearing for filing today.  (.2) Telephone call from Bank's attorney regarding the next steps.  (.2) | 1.40 475.00/hr | 665.00 |
| | SRF | Work with staff on filing issues for the motion to extend time and its notice and COS and also the notice of Disclosure Statement  hearing and its COS.  Work on the items with staff and assist with the efiling. | 1.60 475.00/hr | NO CHARGE |
| 9/13/2020 | SRF | On a Sunday morning, work on the bank's 4 page letter regarding the Disclosure Statement  and changes the bank would like (.3) before a telephone conference with MF discussing the bank's points and how to respond.  (1.1) | 1.40 475.00/hr | 665.00 |
| 9/15/2020 | SRF | Work through the bank's 4 page letter of requested changes to the Disclosure Statement  and provide responses and thoughts, item by item. As part of this conduct legal research on status of lien under an 1111(b) election when the secured portion of the claim is paid. | 1.30 475.00/hr | 617.50 |

|            |     |                                                                                                                                                     | Hrs/Rate          | Amount    |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 9/16/2020  | SRF | Work further on the response to the bank's issues with the Disclosure Statement and Plan.                                                            | 0.20 475.00/hr    | 95.00     |
|            | SRF | Upon receipt of 2nd reviewing email from MF, complete draft of response to the bank concerning its potential objections to the Disclosure Statement and plan. | 0.20 475.00/hr    | 95.00     |
| 9/20/2020  | SRF | Lengthy conference call with MF to discuss the bank's responses on the various Disclosure Statement and plan issues that the bank has raised.        | 0.80 475.00/hr    | 380.00    |
| 9/22/2020  | SRF | Further response to bank on its positions about changes to the Disclosure Statement and the Plan.                                                    | 0.30 475.00/hr    | 142.50    |
| 9/30/2020  | SRF | Further revisions to the negotiating terms with the bank on the Disclosure Statement and plan. During this work, call MF to obtain guidance and instructions. (.5) Telephone call from Tom Lewis for the bank regarding the changes. (.1) | 0.60 475.00/hr    | 285.00    |
| 10/5/2020  | SRF | Work on the First Amended Disclosure Statement.                                                                                                      | 0.80 475.00/hr    | 380.00    |
| 10/8/2020  | SRF | Work with staff to complete the status report and the COS, work to get them served and efiled.                                                      | 0.90 475.00/hr    | NO CHARGE |
| 10/14/2020 | SRF | Telephone call to MF to discuss the impact of the hospitalization on the business and the changes he will make at the business going forward to compensate. | 0.20 475.00/hr    | 95.00     |
| 10/15/2020 | SRF | Prepare for hearing on the original Disclosure Statement, the motion to extend time to confirm a plan and the status conference. Read the Disclosure Statement plus the amended Disclosure Statement with the changes the bank and the debtor have agreed to, put notes together for the hearing. Emails to/from counsel for bank to discuss our remaining difference. (.8) Appear at the hearing on the Disclosure Statement, the | 1.60 475.00/hr    | 760.00    |

|            |     |                                                                                                                                                                                          | Hrs/Rate          | Amount     |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|------------|
|            |     | status conference and the motion to extend time to confirm a plan.  Wait for matters to be called.  (.7)  Telephone call to MF following the hearing.  (.1)                               |                   |            |
| 10/16/2020 | SRF | Work with bookkeeper on DF projections.  Note the absence of the $20k new value monies, look at the rate of growth at 1% and other items to see if more net income can be generated.  Adjust payment amounts for the bank's two claims. | 0.40 475.00/hr    | 190.00     |
| 10/29/2020 | SRF | Work on the FADS.                                                                                                                                                                         | 0.90 475.00/hr    | 427.50     |
| 11/2/2020  | SRF | Work on the revised Disclosure Statement  and plan.                                                                                                                                      | 0.80 475.00/hr    | 380.00     |
| 11/10/2020 | SRF | Work on the Firs Amended Disclosure Statement  and Plan with bank's edits.                                                                                                                | 0.50 475.00/hr    | 237.50     |
| 11/11/2020 | SRF | Further work on the FADS/Plan.                                                                                                                                                            | 0.50 475.00/hr    | 237.50     |
| 11/12/2020 | SRF | Further work on the Disclosure Statement  on own looking for missing information (.3) and then page by page with bank's counsel. (.3)                                                     | 0.60 475.00/hr    | 285.00     |
|            | SRF | Speak by phone with MF regarding the debtor's FADS.                                                                                                                                       | 0.20 475.00/hr    | 95.00      |
| 11/13/2020 | SRF | Further work on the FADS/Plan. (.8)  Confer by phone with MF (.3)                                                                                                                         | 1.10 475.00/hr    | 522.50     |
| 11/15/2020 | SRF | Continued work on the FADS/Plan.  Two calls with MF to discuss.                                                                                                                           | 1.00 475.00/hr    | 475.00     |
| 11/16/2020 | SRF | Work on the October Monthly operating report.                                                                                                                                            | 0.20 475.00/hr    | 95.00      |
| 11/17/2020 | SRF | Further work on the Disclosure Statement /Plan.  Go through the COS and direct edits/ changes.  Prepare the notice of hearing.  Email to/from court clerk regarding a hearing date (as the court's procedures state that the hearing may not be unilaterally set).  Go back through the Disclosure Statement /Plan for issues.  (1.2) | 1.60 475.00/hr    | NO CHARGE  |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Work with staff (at no charge) to get the papers (the Disclosure Statement /Plan, the Notice, exhibits, COS, etc.) ready for filing.  (.4) | | |
| 11/30/2020 | SRF | Telephone call to bookkeeper to discuss the financial reports I had requested for the cash collateral motion. | 0.20 475.00/hr | 95.00 |
| 12/3/2020 | SRF | Prepare for hearing on the FADS.  (.5) | 2.50 475.00/hr | 1,187.50 |
| | | Attend the hearing, wait for it to be called and discuss the Disclosure Statement  with the court.  (.7)  Call to MF and to JF to discuss the court's concerns about feasibility.  Discuss means to satisfy court's concern.  Also address other case issues.  (.5) | | |
| | | Prepare email to bank's counsel regarding feasibility, the last day to obtain approval and cash collateral. (.2) | | |
| | | Prepare order giving tentative approval of the disclosure statement. (.6) | | |
| 12/5/2020 | SRF | Work on and come close to finalizing the 2nd motion to extend time to confirm a plan.  Work on the ex parte application to shorten time for notice of the hearing.  Email UST and bank's counsel for their positions on the ex part motion. | 1.50 475.00/hr | 712.50 |
| 12/6/2020 | SRF | Work on the next cash collateral motion. | 1.90 475.00/hr | 902.50 |
| | SRF | Further work on the motion to extend time to confirm a plan and the ex parte application to shorten time. | 0.40 475.00/hr | 190.00 |
| 12/9/2020 | SRF | Work further on the cash collateral motion.  (Filed and served this day.) | 0.30 475.00/hr | 142.50 |
| | SRF | Work with staff on filing and service issues for the 2nd motion to extend time to assume lease.  (.5) | 0.50 475.00/hr | NO CHARGE |

|            |     |                                                                                                             | Hrs/Rate         | Amount   |
|------------|-----|-------------------------------------------------------------------------------------------------------------|------------------|----------|
| 12/11/2020 | SRF | Prepare notice of confirmation hearing.                                                                     | 0.30<br>475.00/hr | 142.50   |
| 12/15/2020 | SRF | Review the November Monthly operating report and provide instructions to staff regarding redactions and efiling. | 0.20<br>475.00/hr | 95.00    |
| 12/16/2020 | SRF | Work telephonically with MF regarding obtaining ballots, going through solicitation rules and process.       | 0.50<br>475.00/hr | 237.50   |
|            | SRF | Work on the stipulation on cash collateral.                                                                 | 0.40<br>475.00/hr | 190.00   |
| 1/2/2021   | SRF | Work on a first draft of the plan confirmation memorandum and motion.                                       | 1.40<br>475.00/hr | 665.00   |
| 1/5/2021   | SRF | Prepare order on 3rd supplement to use of cash collateral.  Forward to bank's counsel with comments.         | 0.20<br>475.00/hr | 95.00    |
| 1/10/2021  | SRF | Continued work on the plan confirmation memorandum.                                                         | 0.50<br>475.00/hr | 237.50   |
| 1/12/2021  | SRF | Telephone call from MF to discuss the status of confirmation and to review feasibility issue.               | 0.30<br>475.00/hr | 142.50   |
|            | SRF | Further work on the confirmation memo.                                                                      | 0.90<br>475.00/hr | 427.50   |
| 1/13/2021  | SRF | Work on the plan confirmation memo focusing on the sections that discuss the concerns the court raised at the disclosure statement hearing. | 1.60<br>475.00/hr | 760.00   |
|            | SRF | Telephone call to MF to discuss changes to business structure that will enhance plan feasibility.  Discuss related issues. | 0.40<br>475.00/hr | 190.00   |
| 1/14/2021  | SRF | Continue work on the plan confirmation motion.                                                             | 3.50<br>475.00/hr | 1,662.50 |
| 1/16/2021  | SRF | Complete the plan confirmation memo, prepare the ballot summary.                                            | 0.50<br>475.00/hr | 237.50   |

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/16/2021 | SRF | Work through the December, 2020, Monthly operating report and pass it on to staff with instructions. | 0.20 475.00/hr | 95.00 |
| 1/21/2021 | SRF | Beginning at 7:30 a.m., begin reviewing the plan, the memorandum and the various financial exhibits. (.5) Telephone conference with MF and JF to review his testimony. Go through the operative documents and prepare him for questions and cross exam. (1.6) Continue preparing for the hearing. (.2) Attend the hearing and wait for calendar to be called. Plan confirmed. (.2) Telephone conference with JF and MF following to explain the next steps and to answer their questions. (.3) | 3.50 475.00/hr | 1,662.50 |
| | | Prepare order on confirmation. (.7) | | |
| SUBTOTAL: | | | [      138.70 | 56,810.00] |
| For professional services rendered | | | 246.80 | $94,765.00 |

# Exhibit "F"

The Fox Law Corporation
17835 Ventura Blvd., Suite 306
Encino, CA 91316

# EXPENSES

Invoice submitted to:
Douce France d/b/a Douce France Bakery
686 Broadway Street,
Redwood City, CA 94063


February 3, 2021


Additional Charges :

| | | Amount |
|---|---|---|
| 1/29/2020 | Photocopies: $0.25 per page. Prepetition photocopies. 590 copies at | 147.50 |
| 1/31/2020 | Photocopies: 2055 @ $0.25 per page. | 513.75 |
| | Postage including charges for overnight mailings for first day hearing. | 773.50 |
| | Airfare charge to attend first day hearings. | 316.30 |
| 2/29/2020 | 2/4/20 Lyft ride from the Bankruptcy Court to the Hotel in South San Francisco after the first day hearings were completed. | 23.74 |
| | 2/5//20 Lyft ride from LA international to home following first day hearings. | 49.67 |
| | Travel charge.  Tax cab fair from airport to hotel in S. SF.  $26.16.  First day hearings 2/4/2020. | 26.16 |
| | 2/10/20 Booked roundtrip airfare to Oakland 2/19/20 to attend IDI meeting at OUST. | 375.97 |
| | 2/4/20 CourtCall fees | 37.00 |
| 2/22/2020 | Court Fees - Pacer January 2020 - Research for sample pleadings | 67.90 |

|  |  |  | Amount |
|---|---|---|---:|
| 2/29/2020 | Court Fees - Pacer February 2020 | | 19.70 |
| | 2/19/20 Train and Lyft fare expenses to attend IDI meeting at UST office in San Francisco. | | 68.53 |
| | 2/25/20 Train expense to attend Meeting of Creditors at US Trustee Office. | | 11.00 |
| | 2/25/20 Parking at LAX - Meeting of Creditors at US Trustee Office. | | 28.55 |
| | Postage - February 2020 | | 64.00 |
| | Photocopies: February 2020: 1597 @ $0.25 per page | | 399.25 |
| | Travel-2/25/20 LD- Airfare - Meeting with Creditors. | | 300.97 |
| | Travel - 3/5/20 LD- Airfare to attend Continued hearing of the first day motions. | | 201.96 |
| | Travel - 2/4/20 SRF- Hotel stay in San Francisco for first day hearings. | | 187.05 |
| | Court Fees - Pacer - February 2020 | | 6.60 |
| 3/31/2020 | Court Fees-3/5/20 Court Call appearance. | | 51.00 |
| | Court Fees - 4/2/20 Court Conference call appointment reservation. | | 22.50 |
| | Court Fees- March 2020 Pacer charges | | 27.10 |
| | Postage - March 2020 | | 75.35 |
| | Photocopies March 2020 - 743 @ $0.25 per page | | 185.75 |
| 4/30/2020 | Court Fees-4/2/20 Court Conference call duration was extended 30 minutes. | | 10.50 |
| | Court fees for amended schedules. | | 31.00 |
| | Court Fees - 4/9/20 CourtCall. | | 43.50 |

|  |  | Amount |
|---|---|---:|
| 4/30/2020 | Postage - April 2020 | 16.00 |
|  | Photocopies: April 2020 - 292 @ $0.25 per page. | 73.00 |
|  | Court Fees -  Pacer - April 2020 | 19.40 |
| 5/31/2020 | Court Fees. Pacer fees May 2020. | 9.40 |
|  | Postage. May 2020 | 56.60 |
|  | Photocopies: May 2020 1080 @ $0.25 per page | 270.00 |
| 6/30/2020 | Court Fees-6/11/20 CourtCall fees. | 33.00 |
|  | Court Fees - June 2020 Pacer | 0.60 |
|  | Photocopies: June 2020: 133 @ $0.25 per page | 33.25 |
|  | Postage - June 2020 | 8.00 |
| 7/31/2020 | 7/3/20-38 x $22.75 Postage for overnight mailings to all creditors ordered by the Court for the hearing on shortened notice on the motion to enter into new leases. | 864.50 |
|  | Court Fees-7/9/20 CourtCall fees - SRF | 22.50 |
|  | July 2020 Pacer fees | 0.30 |
|  | Photocopies: July 2020 -1097 @ $0.25 per page | 274.25 |
|  | Postage - July 2020 | 8.40 |
| 8/31/2020 | Postage - August 2020 | 19.90 |
|  | Pacer fees -  August 2020 | 12.50 |
|  | Photocopies: 201 @  $0.25 per page | 50.25 |
| 9/21/2020 | 9/13/20 CourtCall fees. | 22.50 |
| 9/30/2020 | Postage September 2020. | 115.50 |
|  | Photocopies: 2414 @ $0.25 per page. | 603.50 |

Douce France d/b/a Douce France Bakery                              Page        4

|            |                                                      | Amount     |
|------------|------------------------------------------------------|-----------:|
| 10/18/2020 | Courtcall ID#10906166 SRF                            | 27.75      |
| 12/2/2020  | U.S. Bankruptcy Court on-line research - Q3 PACER    | 12.80      |
| 10/31/2020 | U.S. Bankruptcy Court on-line research - Oct. 2020 PACER | 5.40   |
| 10/21/2020 | Photocopies: $0.25 per page                          | 143.75     |
| 10/31/2020 | Photocopies: $0.25 per page (adj.)                   | 44.25      |
| 11/20/2020 | Photocopies: $0.25 per page                          | 51.00      |
|            | Postage                                              | 21.10      |
| 11/30/2020 | U.S. Bankruptcy Court on-line research.              | 0.40       |
| 12/3/2020  | SF ALL 10982705                                      | 22.50      |
| 12/21/2020 | Postage                                              | 186.00     |
|            | Photocopies: $0.25 per page                          | 1,054.50   |
| 12/31/2020 | U.S. Bankruptcy Court on-line research.              | 0.30       |
| 1/21/2021  | Postage                                              | 54.00      |
|            | Photocopies: $0.25 per page                          | 377.50     |

Total additional charges                                            $8,580.40