| | |
|---|---|
| 1 | **THE FOX LAW CORPORATION, INC.**<br>Steven R. Fox, SBN 138808 |
| 2 | 17835 Ventura Blvd., Suite 306<br>Encino, CA 91316 |
| 3 | (818)774-3545; FAX (818)774-3707<br>srfox@foxlaw.com |
| 4 | |
| 5 | Attorneys for Debtor-in-Possession |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

In re

Douce France,

Debtor.

CASE NO.: 20-30095-HLB

CHAPTER 11

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION ON A FINAL BASIS FOR COUNSEL FOR DEBTOR-IN-POSSESSION**

Date : March 11, 2021
Time : 10:00 am.
Place : Courtroom 19, 16th Floor

(Remote Hearing Only)

**To All Creditors:**

**Please Take Notice** that the Debtor has filed the above named Motion. Debtor's counsel is seeking approval of its fees and expenses on a final basis for the chapter 11 case. The hearing is set for the date, time and place listed above.

The Debtor paid $45,000.00 to Applicant as a pre-petition retainer. Of this amount, $29,295.00 remained on hand when the chapter 11 case began. Applicant alleges that the total time involved, as of January 22, 2021, was 207.70 hours (plus 39.10 hours Applicant no charged - more than 15% of time billed was no charged).

Applicant seeks an award of $94,765.00 for attorney's fees incurred during the case plus costs of $8,580.40, less the retainer on hand when the case

- 1 -

commenced: $29,295.50, leaving $74,049.90 to be paid. Applicant's hourly rates during the case were the following:

        Attorney: $475.00/hour    (Steven R. Fox)

        Attorney: $450.00/hour    (Lesley Davis)

        Paralegal: $125.00/hour

Applicant and the Debtor previously agreed that notwithstanding the amount of fees and expenses the Court allows, the Debtor will pay the first $20,000 the Court allows from new value monies deposited into Applicant's client trust account by the Debtor's principal. Thereafter, the Debtor will pay allowed fees and expenses to Applicant as the Debtor can afford.

If you wish to receive a copy of the Application, you may make a request by email only to srfox@foxlaw.com or you may obtain a copy from the Court.

Objections, if any, must be filed not less than 14 days prior to the hearing. Please review the Local Bankruptcy Rules regarding oppositions.

The Court's General Order No. 38 states:

> All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website."

Dated: February 9, 2021        THE FOX LAW CORPORATION, INC.

/s/ Steven R. Fox
Steven R. Fox, counsel for Douce France, Post-Confirmation Debtor