Wm. Thomas Lewis/State Bar No. 116695
**ROBERTSON & LEWIS**
Attorneys at Law
PO Box 1257
Gilroy, CA 95021-1257
Telephone: (408) 294-3600
Attorneys for Secured Creditor
**HERITAGE BANK OF COMMERCE**

William J. Healy, Esq.
Law Office of William J. Healy
748 Holbrook Pl
Sunnyvale, CA 94087
Email: wjhealy7@gmail.com
Phone: 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
Special Counsel for Secured Creditor
HERITAGE BANK OF COMMERCE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| In re:<br><br>DOUCE FRANCE,<br><br>　　　　　　Debtor.<br>_____ | Case No. 20-30095-HLB<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON HERITAGE BANK OF COMMERCE'S MOTION FOR ATTORNEY'S FEES**<br><br>Date : April 22, 2021<br>Time: 10:00 a.m.<br>Place:<br>　United States Bankruptcy Court<br>　450 Golden Gate Avenue, 16th Fl.<br>　Courtroom 19<br>　San Francisco, CA 94102<br>Judge: Hon. Hannah L. Blumenstiel |

　　　TO THE HONORABLE HANNAH L. BLUMENSTIEL, UNITED STATES BANKRUPTCY JUDGE, THE CLERK OF THE COURT, THE OFFICE OF THE

1

UNITED STATES TRUSTEE, THE DEBTOR AND COUNSEL OF RECORD, AND PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT on April 22, 2021 at 10:00 a.m. in the courtroom of the Honorable Hannah L. Blumenstiel, United States Bankruptcy Judge, located at 450 Golden Gate Avenue, 16th Fl., Courtroom 19, San Francisco, CA 94102, a hearing will be held on Secured Creditor and party-in-interest Heritage Bank of Commerce's Motion For Attorney's Fees ("Motion").

PLEASE ALSO TAKE NOTICE that this Motion is made pursuant to 11 U.S.C. 105, 501, 502, 506, and 1111 and Bankruptcy Local Rule 9014-1 (a), (b)(1)(B), and (b)(2).

PLEASE ALSO TAKE NOTICE that pursuant to Bankruptcy Local Rule 9014-1 (c)(1) any opposition shall be filed and served on the initiating party at least 14 days prior to the actual scheduled hearing date and any reply shall be filed and served at least 7 days prior to the actual scheduled hearing date.

Dated: March 12, 2021  **ROBERTSON &LEWIS**
By: /s/ *Wm. Thomas Lewis, Esq.*
Wm. Thomas Lewis, Esq.,
Attorneys for Secured Creditor
**HERITAGE BANK OF COMMERCE**

Dated: March 12, 2020  LAW OFFICE OF WILLIAM J. HEALY
*/s/ William J. Healy, Esq.*
William J. Healy
Special Counsel for Secured Creditor
**HERITAGE BANK OF COMMERCE**