```
                                    Entered on Docket
                                    March 12, 2021
                                    EDWARD J. EMMONS, CLERK
                                    U.S. BANKRUPTCY COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```



THE FOX LAW CORPORATION, INC.
Steven R. Fox, CBN 138808
17835 Ventura Blvd., Suite 306
Encino, CA 91316
(818) 774-3545 Fax (818) 774-3707
srfox@foxlaw.com

Attorney for Post-Confirmation Debtor

Signed and Filed: March 12, 2021



_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>Douce France,<br><br>             Debtor.<br><br>_____ | ) CASE NO:   20-30095 HLB<br>)<br>) **CHAPTER 11**<br>)<br>) **ORDER GRANTING APPLICATION**<br>) **FOR COMPENSATION ON A FINAL**<br>) **BASIS FOR COUNSEL FOR**<br>) **DEBTOR-IN-POSSESSION**<br>)<br>) Date:  March 11, 2021<br>) Time:  10:00 a.m.<br>) Place: Courtroom 19 |

      On February 12, 2021, Applicant, the Fox Law Corporation, Inc., filed its Application for Compensation on a Final Basis for Counsel for Debtor-in-Possession. The Application is accompanied by a declaration of the Debtor's principal, Mauro Ferreira, in support of the Application.

      The Court has reviewed the Application, the notice of hearing (docket no. 157), the operative certificate of service (docket no. 159), and finds that service and notice were sufficient and that the Application is proper in form and substance. The fees and costs requested are reasonable.

      As no objection to the Application having been filed within the applicable deadline, and good cause appears, the Court makes the following Orders:

1. The Application is hereby Approved.
2. The Debtor is authorized to pay Applicant pursuant to the terms of the Application and the plan payments projection and pursuant to the terms of the arrangement between the Debtor and Applicant, described in the Application.
3. The hearing on the Application is vacated.

## COURT SERVICE LIST
**[ECF Participants Only, including the Office of the U.S. Trustee]**